No-02-04
Luis A. Centeno

FILED
IN CLERKS OFFICE

2004 JUN 10 A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

DeaR: federal CouRt cleRk
The folloWing I PRAY that You TROUBLE AND
AFFIDAVit

On 7-26-01 I WAS Visiting MY SisteR AT HeR APARTMENT ON
71 NESMith ST. 1st FlR. LAWRENCE. MA. IT WAS AFTER
MidNight WHEN HeR DAughTeR (CHRISTINA RivERA, 16 yRs old)
AT that time EnteRed MY SistERs APT. INTOXicATED
And High on MARjuANA MY SisteR (MARIA CENTENO)
ConfRonted HeR DAughTeR (CHRISTINA RivERA) And BEGAN
A VERBAL RepRimAnd, I (Luis CeNTENo) CouLD oNly —
HEAR them ARguing FRoM the LiVing Room WHERE I SAT
With MY Wife (ALExis R. CENTENo, And ouR 4 childRen
I HEARd AT one point MY SisteR (MARIA CENTENo) SAY
WHAT ARe you BAlling up YouR Fists FoR? ARe You —
Going to Hit Me? She Asked HeR DAughTeR (CHRISTINA)
these (2) QuestioNs And (CHRISTINA RiVERA) BECAME VERBAlly
DisRespectFul And VERY Loud, — then Got up Despite My
WifEs PleAding NoT To InteRVENE And BEGAN to VeRBAlly
RepRimAnd MY Niece (CHRISTINA RiVERA) IT WAS THEN thAt
I Noticed AFTER 10 MiNutes oR So thAt theRe WERE
Lights ShiNing In the FRoNt WiNdows FRoM AN OFFiceRs
FlAshlight. I LEARNed thAt the LAWRENCE Police Dept.
WAS CAiled By the LANdloRd Which Lives upstAiRs on
the SecoNd FlooR FRoM MY SisteR. the Police OFFiceRs
DispAtched WERE A TOTAL OF (5) TWO OFFiceRS Which
By WAY oF MY ReAdiNg theiR BAdge I LEARNed WERE
OFFiceR: Nelson POTTER And the SecoNd A RANKing
OFFiceR: Titled Sgt. JAMES. these OFFiceRs WERE Let into

continued

My Sisters Apt. Despite My telling them It was a
Family Dispute And It was under Control.
the one officer: nelson potter Questioned My
niece (CHRISTINA RiveRA) And Came BACK TO ME —
(Luis Centeno) And Asked Me If I HAd Assaulted
My niece (CHRISTINA RiveRA) I Said "no" And
they Went BACK TO My niece, when they Came
BACK officer: nelson potter ACCOMPANied By —
Sgt. JAMes told Me (Luis Centeno) that I was under
ARrest, It was then that I Asked If I Could
Speak to My wife And officer: nelson potter Asked
Sgt. JAMes If it was okay And He Said "I dont See
WHY not He's Complying with us", I Spoke to My
WiFe AlEXIS R Centeno Kissed Her GoodBye Asked
HER to tAke care of Herself And our 4 children,
And AFTER A Couple of Minutes officer: nelson
POTTER Said He HAd to Cuff Me, I Complied.
once He put the HANdcuffs on Me He BEgAn
to escort Me to His MARked police Cruiser
once outside, officer: nelson potter opened the
Left REAR DOOR of His Cruiser And place Me Into
custody. It was then that I (Luis Centeno) noticed
officer: nelson potter Headed towARds Another
MARked Cruiser As I Continued to Look over
My Right Shoulder I noticed that one officer
unknown to Me (Luis Centeno) STRUCK MY wife —
(AlEXIS R. Centeno) In the foreHEAD then MACed
HER, I noticed HER legs were Still HALF out of
the Cruiser And the unknown officer kept
RepEAtedly SlAMMing the Left REAR Door on My
wife (AlEXIS R. Centenos feet ...

continued.

At that time I began to Scream to Get the Officers Attention, When the Officers Finally And Forcefully Got the Door Closed of Cruiser Where My Wife (Alexis R. Centeno) Laid In Agony — Officer: Nelson Potter And Sgt. James Approached the Marked Cruiser I (Luis Centeno) Sat in, Once Officer: Nelson Potter Got to the left Rear Door of the Cruiser He Yanked It open And Explicitly Said "What the Fuck Do You Want"? I told Him that My Wifes Rights Were Violated And With the Sgt. James At earshot I Said Please don't let Them Hit Her Anymore. It Was Then that Officer: Nelson Potter Struck Me In the Forehead Cutting My Forehead A Second Blow to My Mouth Lacerating Both My upper And Lower lips And cracking one tooth In Half Another tooth Blew out of My Face And I Still Have Half Of It Lodged In My upper Gum, Officer: Nelson Potter Struck Me With His Flashlight.

In Closing I'd like To Add that to Date I Have Been In Pain And I Also Filed this Case In the Superior court In Lawrence. MA. Dkt # 2-01234 on June 27th 2002 And I Tried to Obtain Counsel But Could Not, I Went Ahead And Put In A Few Motions Which Resulted In the Finishing Of My Case Due To Procedural Mistakes that Wouldn't of Happened If I Would've Obtained the proper — Counseling, On March, 9th 04 I Went Before Justice Bohn Jr. And He Didn't Apprise Me Of My Rights Or Protected My Rights And My Case Was therefore Finished, I Appealed the Case But not Yet Have I Recieved Response.

Continued...

CIVIL ACTION COVER SHEET

_Federal District_
_____ Division

**PLAINTIFF(S)**

Luis A. Centeno

**DEFENDANT(S)** officer: nelson potter, ET AL
of the Lawrence police Dept.

TORNEY(S) FIRM NAME, ADDRESS AND TEL.)

**ATTORNEY(S) (If known)**

Board of Bar Overseers # (Required)

## ORIGIN CODE AND TRACK DESIGNATION

Place an ☒ in one box only:

☐ 1. F01 Original Complaint
☐ 2. F02 Removal to Sup. Ct. c 231, s. 104 (F)
☐ 3. F03 Retransfer to Sup. Ct. c 231, s. 102C (X)

☐ 4. F04 District Ct. Appeal c231, s. 97 (X)
☐ 5. F05 Reactivated after Rescript; Relief from
judgment/order (Mass. R Civ. P. 60 (X)
☐ 6. E10 Summary process appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other negligence - personal Injury etc. | (F) | ☒ Yes  ☐ No |

1. PLEASE GIVE A CONCISE STATEMENT OF THE FACTS: (Required in ALL Types of Actions)

I WAS Assaulted By An officer of the Lawrence, MA. police Dept By the NAME
of nelson potter while I WAS Already In Custody And HANdcuffed In The
BAck Seat of Said officers Cruiser, After He Assaulted Me He MAced Me, He
Hit Me With His Flashlight once, on The Forehead Cutting Me And once on the Mouth
Lacerating My upper And lower Lips CRACking one Tooth And Breaking Another
Causing HAIF of It To STAY Lodged In MY upper Gum, And TRAUMA To MY Bottom
teeth + Gums. A SGT. JAMES WAS Present And Did Not Intervene when I WAS
Being Assaulted By officer: nelson potter. (AFFIDAVIT Enclosed)

2. IN A CONTRACT ACTION (CODE A) OR A TORT ACTION (CODE B) STATE, WITH PARTICULARITY, MONEY DAMAGES WHICH WOULD WARRANT A REASONABLE LIKELIHOOD THAT RECOVERY WOULD EXCEED $25,000:

3. PLEASE IDENTIFY, BY CASE NUMBER, NAME AND DIVISION, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

SIGNATURE OF ATTORNEY OF RECORD OR PLAINTIFF

DATE
06-03-04

**OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**

### DISPOSITION

A. Judgment Entered
☐ 1. Before jury trial or non-jury hearing
☐ 2. During jury trial or non-jury hearing
☐ 3. After jury verdict
☐ 4. After court finding
☐ 5. After post trial motion

B. No Judgment Entered
☐ 6. Transferred to District Court under G.L. c.231, s.102C.

Disposition Date _____

RECEIVED

DATE ✓

DISPOSITION ENTERED

BY

DATE

## CIVIL ACTION COVER SHEET

## INSTRUCTIONS

### TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

(A) = Average    (F) = Fast    (X) = Accelerated

Select only one of the following Types of Actions:

| CONTRACT | | REAL PROPERTY | | MISCELLANEOUS | |
|---|---|---|---|---|---|
| A01 Services, labor and materials | (F) | C01 Land taking (eminent domain) | (F) | E02 Appeal from administrative | |
| A02 Goods sold and delivered | (F) | C02 Zoning appeal, G.L. c.40A | (F) | agency, G.L. c.30A | (X) |
| A03 Commercial Paper | (F) | C03 Dispute concerning title | (F) | E03 Action against Commonwealth or | |
| A08 Sale or lease of real estate | (F) | C04 Foreclosure of mortgage | (X) | municipality, G.L. c.258 | (A) |
| A12 Construction Dispute | (A) | C99 Other (specify) | (F) | E04 Taxpayer suit, G.L. c.40 s.53 | (A) |
| A99 Other (specify) | (F) | | | E05 Confirmation of arbitration | |
| | | | | awards, G.L. c.251 | (X) |
| **TORT** | | **EQUITABLE REMEDIES** | | E06 Massachusetts Antitrust Act | |
| B03 Motor vehicle negligence - personal | | D01 Specific performance of contract | (A) | G.L. c.93 | (A) |
| injury/property damage | (F) | D02 Reach and apply, G.L. c.214, | | E07 c.112, s.12S (Mary Moe) | (X) |
| B04 Other negligence - personal | | s.3(6)-(9) | (F) | E08 Appointment of receiver | (X) |
| injury/property damage | (F) | D06 Contribution or indemnification | (F) | E09 General contractor's surety | |
| B05 Products liability | (A) | D07 Imposition of trust | (A) | bond, G.L. c.149, §29, 29a | (A) |
| B06 Malpractice - medical | (A) | D08 Minority stockholder's suit | (A) | E11 Workman's Compensation | (X) |
| B07 Malpractice - other (specify) | (A) | D10 Accounting | (A) | E13 Labor Dispute | (X) |
| B08 Wrongful death, G.L. c.229, s2A | (A) | D12 Dissolution of partnership | (F) | E14 Chapter 123A Petition-SDP | (X) |
| B15 Defamation (libel-slander) | (A) | D13 Declaratory judgment, | | E15 Abuse Petition, G.L. c.209A | (X) |
| B19 Asbestos | (A) | G.L. c.231A | (A) | E16 Auto Surcharge Appeal | (X) |
| B99 Other (specify) | (F) | D99 Other (specify) | (F) | E17 Civil Rights Act, G.L. c.12, §11H-1 | (A) |
| | | | | E99 Other (specify) | (X) |

### TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence - Personal Injury | (F) | X Yes    ☐ No |

### SUPERIOR COURT RULE 29

DUTY OF THE PLAINTIFF. The plaintiff or his counsel shall set forth, on the face sheet, a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

DUTY OF THE DEFENDANT. Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.

FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.

CIVIL ACTION COVER SHEET

~~SUPERIOR COURT DEPARTMENT~~ Division

PLAINTIFF(S)

Luis A. Centeno

ATTORNEY(S) (FIRM NAME, ADDRESS AND TEL.)

Board of Bar Overseers # (Required)

DEFENDANT(S)
Officer: ~~Nelson~~ Porter. /Etal. / OF The
Lawrence Police Dept

ATTORNEY (if known)
FILED
2004 JUN 10 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

## ORIGIN CODE AND TRACK DESIGNATION

Place an ☒ in one box only:

- ☐ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup. Ct. c 231, s. 104 (F)
- ☐ 3. F03 Retransfer to Sup. Ct. c 231, s. 102C (X)

- ☐ 4. F04 District Ct. Appeal c231, s. 97 (X)
- ☐ 5. F05 Reactivated after Rescript; Relief from judgment/order (Mass. R Civ. P. 60 (X)
- ☐ 6. E10 Summary process appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E-17 | Civil Rights Action. | (F) | ☒ Yes  ☐ No |

1. PLEASE GIVE A CONCISE STATEMENT OF THE FACTS: (Required in ALL Types of Actions)

I was Assaulted By An OFFicer of the Lawrence police Dept.
While I was Already In Custody And Handcuffed In
the Back Seat of said OFFicers Cruiser, After He Assaulted
Me He Maced Me. He Hit Me With His Flashlight once on
the Forehead Cutting Me, And once In the Mouth Lacerating My
Upper And Lower Lips Cracking one Tooth And Breaking Another
Causing Half of It to Stay Lodged In my Upper Gum, Trauma to lower Teeth.

2. IN A CONTRACT ACTION (CODE A) OR A TORT ACTION (CODE B) STATE, WITH PARTICULARITY, MONEY DAMAGES WHICH WOULD WARRANT A REASONABLE LIKELIHOOD THAT RECOVERY WOULD EXCEED $25,000:

3. PLEASE IDENTIFY, BY CASE NUMBER, NAME AND DIVISION, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

| SIGNATURE OF ATTORNEY OF RECORD OR PLAINTIFF | DATE |
|---|---|
|  | 06-03-04 |

OFFICE USE ONLY DO NOT WRITE BELOW THIS LINE
DISPOSITION

A. Judgment Entered
- ☐ 1. Before jury trial or non-jury hearing
- ☐ 2. During jury trial or non-jury hearing
- ☐ 3. After jury verdict
- ☐ 4. After court finding
- ☐ 5. After post trial motion

B. No Judgment Entered
- ☐ 6. Transferred to District Court under G.L. c.231, s.102C.

Disposition Date _____

RECEIVED
BY
DATE

DISPOSITION ENTERED
BY
DATE

## CIVIL ACTION COVER SHEET
## INSTRUCTIONS

TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

(A) = Average      (F) = Fast      (X) = Accelerated

Select only one of the following Types of Actions:

### CONTRACT
| | |
|---|---|
| A01 Services, labor and materials | (F) |
| A02 Goods sold and delivered | (F) |
| A03 Commercial Paper | (F) |
| A08 Sale or lease of real estate | (F) |
| A12 Construction Dispute | (A) |
| A99 Other (specify) | (F) |

### REAL PROPERTY
| | |
|---|---|
| C01 Land taking (eminent domain) | (F) |
| C02 Zoning appeal, G.L. c.40A | (F) |
| C03 Dispute concerning title | (F) |
| C04 Foreclosure of mortgage | (X) |
| C99 Other (specify) | (F) |

### MISCELLANEOUS
| | |
|---|---|
| E02 Appeal from administrative agency, G.L. c.30A | (X) |
| E03 Action against Commonwealth or municipality, G.L. c.258 | (A) |
| E04 Taxpayer suit, G.L. c.40 s.53 | (A) |
| E05 Confirmation of arbitration awards, G.L. c.251 | (X) |
| E06 Massachusetts Antitrust Act G.L. c.93 | (A) |
| E07 c.112, s.12S (Mary Moe) | (X) |
| E08 Appointment of receiver | (X) |
| E09 General contractor's surety bond, G.L. c.149, §29, 29a | (A) |
| E11 Workman's Compensation | (X) |
| E13 Labor Dispute | (X) |
| E14 Chapter 123A Petition-SDP | (X) |
| E15 Abuse Petition, G.L. c.209A | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, §.11H-1 | (A) |
| E99 Other (specify) | (X) |

### TORT
| | |
|---|---|
| B03 Motor vehicle negligence - personal injury/property damage | (F) |
| B04 Other negligence - personal injury/property damage | (F) |
| B05 Products liability | (A) |
| B06 Malpractice - medical | (A) |
| B07 Malpractice - other (specify) | (A) |
| B08 Wrongful death, G.L. c.229, s2A | (A) |
| B15 Defamation (libel-slander) | (A) |
| B19 Asbestos | (A) |
| B99 Other (specify) | (F) |

### EQUITABLE REMEDIES
| | |
|---|---|
| D01 Specific performance of contract | (A) |
| D02 Reach and apply, G.L. c.214, s.3(6)-(9) | (F) |
| D06 Contribution or indemnification | (F) |
| D07 Imposition of trust | (A) |
| D08 Minority stockholder's suit | (A) |
| D10 Accounting | (A) |
| D12 Dissolution of partnership | (F) |
| D13 Declaratory judgment, G.L. c.231A | (A) |
| D99 Other (specify) | (F) |

TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence - Personal Injury | (F) | X̲ Yes    ☐ No |

---

## SUPERIOR COURT RULE 29

DUTY OF THE PLAINTIFF. The plaintiff or his counsel shall set forth, on the face sheet, a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

DUTY OF THE DEFENDANT. Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.

FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.

# Commonwealth of Massachusetts

_____, SS    (FedeRAl) FiRst DistRict _____ COURT

PlaintiFF: Luis A. CentenO

~~COMMONWEALTH OF MASSACHUSETTS~~ )
                                   )
                    VS.            )    DOCKET NO. _____
                                   )
OFFicer: nelson PotteR, ETAL _____)
                    (Defendant)

## DEFENDANT'S MOTION for APPOINTMENT of COUNSEL

The ~~Defendant~~ PlaintiFF: Luis A. CentenO _____, moves that the Court appoint counsel to represent him in the above captioned matter. It support thereof, the defendant states:.

1. That he is indigent and financially unable to retain counsel as attested to by the attached Affidavit of Indigency;

2. That he needs the assistance of counsel to adequately present his motion;

3. That attorney _____, who represented the Defendant, has failed to respond to the Defendant's phone calls and letters and the Defendant can no longer afford to pay Attorney _____.

4. That he is entitled to assistance of counsel under the Sixth and Fourteenth Amendments of the Constitution.

Respectfully submitted,

Luis a Centeno #6816

~~(DEFENDANT)~~
PlaintiFF:
Essex County Correctional Facility
Housing Unit: 2C3 -Cell # 207
Post Office Box 807
Middleton, MA 01949

Date: 06-03-04.

E.C.C.F.
LIBRARY

06-03-04.
Luis Centeno

TO WHOM IT MAY CONCERN:

I Filed A Civil CLAIM AGAINST AN OFFICER: Nelson potter In the LAWRENCE SUPERIOR COURT AND I'D LIKE TO HAVE the following forms — NOTICE OF LAWSUIT FORM #1A. And FORM #1 SUMMONS.

I'D LIKE IT TO BE KNOWN THAT I understand that your dept Cannot Give Advice BUT I DON'T REally Know what to file OR DO ABOUT proceeding With this Case So I Implore that You Send me the proper forms So THAT I MAY file A Civil Rights Against this OFFICER: nelson potter.

thank You VERY Much.

P.S. I AM Also INDIGENT AFFIDAVIT OF INDIGENCY IS In the Superior In ESSEX County ALReAdy Filed.

## Commonwealth of Massachusetts

FILED
IN CLERKS OFFICE.

Suffolk County SS
Luis A. Centeno
~~COMMONWEALTH OF MASSACHUSETTS~~ )

Federal District (First) COURT
2004 JUN 10 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

                                    )
                VS.                 )    DOCKET NO. _____
                                    )
Officer: Nelson Potter, ETAL ____   )
                    (Defendant)

## DEFENDANT'S CERTIFICATE OF SERVICE

    Under the pains of perjury, the undersigned, do hereby attest that on this date I have forwarded via first class mail to the parties named below a copy of the following documents related to the case captioned above:

    1.  Clerk-Magistrate of Court: _____

    _____

    2.  District Attorney: _____

    _____

    3.  Other Party:   Federal Court clerk. _____

    _____

Signed on this the ___03ʳᵈ___ of __06ᵀʰ__, 200_4_.
                (DAY)        (MONTH)     (YEAR)

                    Respectfully submitted,

                    Luis a Centeno #6816.
                    ~~(DEFENDANT)~~
                    PlaintiFF

                    Essex County Correctional Facility
                    Housing Unit: _120B._ -Cell # _207._
                    Post Office Box 807
                    Middleton, MA 01949

E.C.C.F.
LIBRARY