UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300

CENTENO, PRO-SE

v.                                    C.A. NO. 04-11381-MLW

POTTER,

**MOTION TO OBTAIN TRANSCRIPTS, POLICE REPORT, INCIDENT REPORTS, VIDEO OF BOOKING ROOM, LAWRENCE POLICE DEPT. LAWRENCE DISTRICT COURT.**

Now comes the plaintiff Luis A. Centeno whom is pro-se in the above case in caption and respectfully asks and moves this honorable court to order the Lawrence Police Dept. the Lawrence District Court to produce the following,

1. Court transcripts of Case # 0118CR5227A
2. Incident report from police dept of Lawrence MA. Dating... 07-26-01 And Police reports.
3. Video or photos from video of booking room of the Lawrence Police Dept. Dating 07-26-01.

Wherefore, I ask that this motion be allowed.

Respectfully Submitted.

Luis A. Centeno - Pro-Se.
P.O. Box 807      #6816
Middleton, MA. #1208.
01949     #211.

Dated: September 07, 2004.

Commonwealth of Massachusetts

ESSEX, SS                                          U.S. DISTRICT COURT

COMMONWEALTH OF MASSACHUSETTS )
LUIS A. CENTENO - PRO-SE             )
                VS.                                      )   DOCKET NO. C4-11381-MLW
                                                               )
Officer Nelson Porter, ET, AL        )
            (Defendant)

### DEFENDANT'S CERTIFICATE OF SERVICE

Under the pains of perjury, the undersigned, do hereby attest that on this date I have forwarded via first class mail to the parties named below a copy of the following documents related to the case captioned above:

1. Clerk-Magistrate of Court:  CLERK OF THE U.S. DISTRICT COURT. DEPT. 1 COURTHOUSE WAY, SUITE 2300 BOSTON, MASSACHUSETTS, 02210

2. District Attorney: _____

3. Other Party: _____

Signed on this the  WEDNESDAY  of  SEPTEMBER , 2004 .
                         (DAY)                    (MONTH)              (YEAR)

Respectfully submitted,

Luis A. Centeno - PRO-SE.
(DEFENDANT)

Essex County Correctional Facility
Housing Unit: 12O/B  -Cell # 211
Post Office Box 807
Middleton, MA 01949

E.C.C.F.
LIBRARY