UNITED STATES DIST. COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

Re: CENTENO V. POTTER, C.A. NO. 04-11381MLW.

MOTION FOR PRO-SE PRIVELEGES.

NOW COMES PLAINTIFF Luis A. CENTENO. PRO-Se And RESPECTFULLY MOVES THIS COURT TO ORDER THE ESSEX COUNTY SHERRIFS DEPT. TO ALLOW THE PLAINTIFF (2) TWO HOURS OF ACCESS TO THE CORRECTIONAL LEGAL LIBRARY THAT PLAINTIFF MAY HAVE TIME TO WORK ON THE ABOVE CIVIL NUMBERED ACTION.

THEREFORE, I ASK THIS MOTION WILL RESPECTFULLY BE ALLOWED.

RESPECTFULLY SUBMITTED.

Luis A. CENTENO. PRO-Se

x _Luis a Centeno_ PRO-Se

P.O. BOX. 807.   #6816
Middleton, MA   #1206.
01949           #211.

DATED: 09-09-04.

## Commonwealth of Massachusetts

ESSEX_____, SS                    _____ DISTRICT_____ COURT

~~COMMONWEALTH OF MASSACHUSETTS~~ )
Luis A. Centeno - pro-se         )
                    VS.          ) DOCKET NO. 04-11381-MLW
                                 )
Officer, Nelson perree, et, al.  )
        (Defendant)

### DEFENDANT'S CERTIFICATE OF SERVICE

Under the pains of perjury, the undersigned, do hereby attest that on this date I have forwarded via first class mail to the parties named below a copy of the following documents related to the case captioned above:

1. Clerk-Magistrate of Court:  Clerk of the U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, Massachusetts. 02210.

2. District Attorney: _____

3. Other Party: _____

Signed on this the __Wednesday__ of __September__, 200_4_.
                    (DAY)           (MONTH)       (YEAR)

Respectfully submitted,

_Luis A. Centeno - pro-se_
(DEFENDANT)

Essex County Correctional Facility
Housing Unit: _120B_ -Cell # _211_
Post Office Box 807
Middleton, MA 01949

E.C.C.F. LIBRARY