C.A. No. 04-11381MLW

DEAR: MRS. WEISSMAN

09-21-04

Luis A Centeno
PRO-SE.

FILED
2004 SEP 23 P 12:45
U.S. DISTRICT COURT
[ILLEGIBLE] MASS

THIS IS TO INFORM YOU THAT MY SENTENCE HAS EXPIRED AT THE ESSEX COUNTY FACILITY IN MIDDLETON AND WITH THIS LETTER I'M INTENDING TO NOTIFY MY CHANGE OF ADDRESS FOR FORWARDING OF ANY DOCUMENTATION PERTAINING TO CASE # 04-11381MLW CENTENO V. POTTER.

THANK YOU SO MUCH.

SINCERELY,

Luis A Centeno

Luis A. Centeno #44452.
P.O. Box 97 #18 DORM.
Cambridge, MA. 02141.

Mrs. Linn A. Weissman Pro-Se office.
U.S. District Court
1-Courthouse Way. Suite, 2300
Boston, Massachusetts. 02210

C.A. No. 04-11381(MLW).