# COMMONWEALTH OF MASSACHUSETTS
## COURT

ESSEX. SS.

SUPERIOR COURT DEPT.
TRIAL COOURT DIVISION

2004 SEP 14 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Name and Number: _Centeno V. Potter, C.A. No. 04-11381-MLW_

## AFFIDAVIT OF INDEGENCY AND REQUEST FOR WAIVER. SUSTITUTION OR STATE PAYMENT OF FEES AND COSTS

Pursuant to General Laws Ch.261. Sec. 27A-G. the applicant, **Luis A. Centeno**

Swears or affirms the following:

(Check One Only)   Applicant is indigent in that he/she is a person:

_____ (a) who receives public assistance under the Massachusetts Aid to Families with dependant children. General Relief or Veteran's Benefits programs or receives assistance under title XVI of the Social Security Act. Or the Medicaid Program. 42 USC 1396. et Seq., or

_____ (b) Whose income, after taxes is 125%, or less of the current poverty threshold annually established by the Community Services Administration pursuant to Sec. 625 of the Economic Opportunity Act, as amended. 1/ or

✓ (c) Who is unable to pay the fees and costs of the proceedings in which he is involved, or is unable to do so without depriving himself or his dependents of the necessities of life. Including food, shelter and clothing.

**NOTE:** If the applicant checks (c), he/she should fill in the information called for in the "Supplement to the Affidavit of Indigence."

2. Applicant requests that the following normal fees and costs (e.g. filing fee, service of process costs, etc.) either be **WAIVED**.

E.C.C.F.
LIBRARY