# Commonwealth of Massachusetts

ESSEX, SS                                         U.S. DISTRICT COURT

COMMONWEALTH OF MASSACHUSETTS )
Luis A. Centeno pro-se.         )
       VS.                      )  DOCKET NO. C.A. No. 04-11381-MLW.
                                )
Officer, Nelson Potter, ET. AL. )
              (Defendant)

## DEFENDANT'S MOTION for APPOINTMENT of COUNSEL

The Defendant, Luis A. Centeno, moves that the Court appoint counsel to represent him in the above captioned matter. It support thereof, the defendant states:.

1. That he is indigent and financially unable to retain counsel as attested to by the attached Affidavit of Indigency;

2. That he needs the assistance of counsel to adequately present his motion;

3. That attorney _____, who represented the Defendant, has failed to respond to the Defendant's phone calls and letters and the Defendant can no longer afford to pay Attorney _____.

4. That he is entitled to assistance of counsel under the Sixth and Fourteenth Amendments of the Constitution.

I HAVE ATTEMPTED TO OBTAIN COUNSEL THROUGH TWO ATTORIES.
① Joseph Mahaney.
   2 Pleasant, St. Natick, MA.
② Michael D. Brennan, ESQ.
   392 Union, Avenue,
   Framingham, MA. 01702.

Date: 09-07-04.

Respectfully submitted,

Luis A. Centeno pro-se.
(DEFENDANT)
Essex County Correctional Facility
Housing Unit: 120B. -Cell # 211.
Post Office Box 807
Middleton, MA 01949

E.C.C.F. LIBRARY