United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts. 02210.

Luis A. Centeno. Pro-Se.          Civil Docket for Case #
          Plaintiff.                    # 1:04-cv-11381-MLW
    V.

Officer Nelson Potter, Et. Al.
          Defendant.

## Motion to Modify Last Paragraph of Complaint.

On June 10th, 2004 I Luis A. Centeno Respectfully Filed an Complaint and 'am Respectfully Moving This Honorable Court to Admit This Motion For Complaint Modification.

① On June, 10th, 2004 I Forgot to Enter the Relief-

①A. That the Defendant pay In Full the Re-Construction of My Mouth, Including Medical Bills, Dentures, Operations. Etc.

② That I Get a Restraining order Issued Against Defendant Nelson Potter (Officer)

③ That the Defendant Nelson Potter (Officer) Is Made to pay $1500,000 Dollars, Individually And Officially.

④ That All of Defendant Officer Nelson Potter's Assets be Frozen until the outcome of This Suit.

⑤ That the Defendant Resigns or Be —

( Continued Next Page )