## Commonwealth of Massachusetts

ESSEX, SS                                    U.S. DISTRICT COURT

COMMONWEALTH OF MASSACHUSETTS )
Luis A. Centeno pro-se           )
                        VS.      )   DOCKET NO. C.A. No. 04-11381-MLW
                                 )
Officer Nelson Potter, ET, AL.   )
                (Defendant)

### DEFENDANT'S CERTIFICATE OF SERVICE

Under the pains of perjury, the undersigned, do hereby attest that on this date I have forwarded via first class mail to the parties named below a copy of the following documents related to the case captioned above:

1. Clerk-Magistrate of Court: United States District Court District of Massachusetts. 1 Courthouse Way, Suite 2300 Boston, Massachusetts 02210.

2. District Attorney: _____

3. Other Party: _____

Signed on this the  Tuesday  of  09th , 2004.
                     (DAY)         (MONTH)    (YEAR)

Respectfully submitted,

Luis A. Centeno  pro-se.
(DEFENDANT)

Essex County Correctional Facility
Housing Unit: 12D - Cell # 211
Post Office Box 807
Middleton, MA 01949

E.C.C.F.
LIBRARY