C.A. No. 04-11381 MLW.

09-21-04.

Luis A. Centeno
PRO-Se.

Dear: Clerk of the U.S. District Court.

This is to inform you that my sentence has expired at the Essex County Corr. Facility in Middleton, MA. And with this letter I'm respectfully intending to notify your dept. with my change of address for forwarding of any documentation pertaining to Case # 04-11381 MLW. Centeno v. Potter.

Thank you so much.

Sincerely,

Luis A Centeno