C.A. No. 11381MLW.

10-07-04.
Luis "A" Centeno

Dear Clerk of the U.S. District Court.

(RE, Letter/Motion filed on or about Sept. 7th, 2004, Motion to Proceed without prepayment)

I've sent a motion to your office pertaining to a motion to proceed without pre-payment and there was a deadline ordered by Judge Mark L. Wof, he ordered for me to have said motion, to be in by — Oct. 4th, and I donnot see any reflection of the motion on the docket report sheet I have here on hand.

So if you was to be as kind as to let me know what has happened to that motion I'd appreciate it, or if it's in order.
And also if you could let me know if the defendant(s) have an attorney on record please let me know. Thank you for everything I'd also like to know what has happened to the motion to appoint counsel if you would.

→ See Reverse.

THANK YOU VERY Much.

Sincerely Submitted

*[signature]*

PRO-Se.
P.O. Box 97
CAMBRidge, MA.
02141.