```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

LUIS CENTENO,                    )
          Plaintiff,             )
                                 )
     v.                          )   C.A. No. 04-11381-MLW
                                 )
OFFICER NELSON POTTER,           )
          Defendant.             )
```

MEMORANDUM AND ORDER

For the reasons stated below, plaintiff's (1) motion to obtain documents (Docket No. 3) is denied without prejudice; (2) motion for pro se privileges (Docket No. 4) is denied as moot; (3) motion to appoint counsel (Docket No. 8) is denied without prejudice; and (4) the motion to amend the complaint (Docket No. 9) is granted.

BACKGROUND

On June 10, 2004, Luis Centeno, an inmate then-confined at the Essex County Correctional Facility, commenced this action by filing an "affidavit" in this court describing events surrounding his July 2001 arrest in Lawrence, Massachusetts and his alleged beating by by a Lawrence police officer.

While this court was reviewing plaintiff's claims and his application to proceed without prepayment of fees,[1] Centano

---

[1] In an order dated August 21, 2004, I ordered plaintiff to either pay the filing fee or submit an application to proceed without prepayment of filings fees.  On September 14, 2004, Centano timely filed an application to proceed without prepayment of fees, and I will address that application in a

filed several motions seeking to obtain certain documents from the defendant, a motion seeking an order from the court allowing time at the prison library, a motion to appoint counsel, and a motion to amend the complaint.

ANALYSIS

I. <u>The Motion For Documents</u>

Because plaintiff is a prisoner and because he has filed an application to proceed <u>in forma pauperis</u>, this Court is required to screen the merits of complaint before summonses issue under Sections 1915 and 1915A. Because the defendant has not yet been served with a summonses or complaint, any request for production of documents is premature and will thus be denied without prejudice.

II. <u>The Motion For Pro Se Privileges</u>

In this motion, plaintiff sought an order directing officials at the Essex County Correctional Facility to allow plaintiff two hours of time at that facility's law library. Plaintiff has since informed the court that he is no longer incarcerated at that facility, and I will deny the motion as moot.

III. <u>The Motion to Appoint Counsel</u>

Under Section 1915(e)(1) of title 28, the Court "may request an attorney to represent any person unable to afford

---

separate order.

counsel." 28 U.S.C. § 1915(e)(1). However, a civil plaintiff lacks a constitutional right to free counsel. DesRosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991) (citations omitted).

In order to qualify for appointment of counsel, a party must be indigent and exceptional circumstances must exist such that the denial of counsel will result in fundamental unfairness impinging on the party's due process rights. Id. To determine whether there are exceptional circumstances sufficient to warrant the appointment of counsel, a court must examine the total situation, focusing on the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself. Id. at 24 (citations omitted).

Because the complaint has not yet been served on the defendant and the defendant has thus not filed an answer or other responsive pleading to the complaint, I cannot determine, at this time, whether there are exceptional circumstances sufficient to warrant appointment of counsel. Thus, I deny the motion for counsel without prejudice to its refiling after the defendant has filed an answer or other responsive pleading to the complaint.

### IV. The Motion to Amend the Complaint

Under Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Because the complaint has not yet been served on the defendant and no responsive pleading has been

3

filed, I grant plaintiff's motion to amend his complaint.

## CONCLUSION

ACCORDINGLY,

(1) Plaintiff's motion to obtain documents (Docket No. 3) is denied without prejudice;

(2) Plaintiff's motion for pro se privileges (Docket No. 4) is denied as moot;

(3) Plaintiff's motion to appoint counsel (Docket No. 8) is denied without prejudice; and

(4) Plaintiff's motion to amend the complaint (Docket No. 9) is granted.

SO ORDERED.

Dated at Boston, Massachusetts, this 2nd day of December, 2004.

/s/ Mark L. Wolf
MARK L. WOLF
UNITED STATES DISTRICT JUDGE