04-11381

Dear L.A. Weissman,

Luis Centeno

Greetings.

I'M WRITING you THIS 3 sheet letter to let you know that I Was Moved out to Another Facility Which is Located at the Following Address, From Cambridge.

Luis A Centeno  I.D. # 38858
   P.C.C.F                       unit. BN1
26 Long pond Rd
plymouth, MA. 02360.

please Send Notice To The Appropriate PARTIES AT the U.S. DISTRICT COURT So That my Address Can Be Changed Thank you for your Help N/M'AM

Sincerely,
Luis centeno

P.S. upon Receipt please notify me that the Address Has Been Changed. And Also Can You let Me Know IF Any of My Motions Have Been Heard on. Thanks