C.A. No. 11381-MLW
Luis Centeno
v
Nelson Potter

12-10-04

Luis Centeno

Dear Linn A Weisman:

"Greetings", And Happy Holidays!

This is to inform you that I have moved to the MCI Concord P.O. Box 9106, Concord MA 01742-9106. @ Correctional Facility please send any correspondence pertaining to the above case here to me.

Thank you very much.

Respectfully

Luis A Centeno #184630 Pro Se
J-2.

MCI Concord
P.O. Box 9106
Concord, MA 01742-9106