UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA. 02210.

C.A. NO. 11381-MLW.

Luis A. Centeno PRO-SE
12-30-04.

Luis A. Centeno PRO-SE
        PLAINTIFF.
V.
OFFICER: NELSON POTTER      C.A. NO. 04-11381-MLW.
        DEFENDANT.

## Motion For Pro-Se Privileges For Law Library.

Now comes the above named plaintiff and orders the Commonwealth or it's agents or any person(s) under it's control to allow the plaintiff (3) three hours a day-(5) five days a week of unimpeded physical access to the prison law library during normal operating hours. To include material, and equipment, copies, necessary for the preparing and proceedings of the above named and numbered case. Consistent with 103 CMR 934.01 4(a)(b), Bounds v. Smith, 43 US 817. 97 S. Ct. 1491 52 L.ed. 2.72 (1977) AND Cepulions v. Fair, 732 F. 2d 1. (1st Cir.), 1984. Also see Lewis v. Casey, 518 US 343 S. Ct. 2174. 135 L.ed 2d. 606. 1996.

THEREFORE, I ASK THIS MOTION BE ALLOWED

REPRESENTED BY:
Luis A. Centeno PRO-SE.
                I.D. W84630
MCI Concord.    # WEST-UP
P.O. Box 9106   # 235.
Concord, MA.
                01742-9106

I Luis A. Centeno PRO-SE hereby certify that on Friday, 3 2004. I have served a copy of the Motion For Prose Priveleges For Law Library on the US. District Court, District of Massachusetts, 1 Courthouse Way, Suite 2300. Boston, MA 02210.