CA NO. 04-11381-MLW

FILED IN CLERKS OFFICE  01-13-05
2005 JAN 20 P 12:40           LUIS A. CENTENO PRO SE
U.S. DISTRICT COURT
DISTRICT OF MASS

DEAR: CLERK OF THE U.S. DISTRICT COURT.

GREETINGS.

I'M WRITING TO ASK YOU IF YOU COULD LET ME KNOW IF YOU'VE GOTTEN AN ANSWER ON THE SUMMONS I SENT TO THE DEFENDANT OFFICER: NELSON POTTER BECAUSE I SENT THE SUMMONS ON 12-20-04 AND I HAVENT HEARD ANYTHING ON THAT. AND PLEASE LET ME KNOW THE STATUS OF THE CASE. I HAVE A FEW MOTIONS WHICH ARE READY FOR FILING AND I NEED TO KNOW IF THE DEFENDANT OFFICER: NELSON POTTER HAS ANSWERED. PLEASE LET ME KNOW.

Sincerely

Luis A. Centeno   PRO SE.
#W84630
MCI Concord. # WEST-4P
P.O. BOX 9106    #235
Concord, MA. 01742-9106.

Your prompt response will be greatly appreciated. Thank you.