United States District Court.
Office of the Clerk.
Case Manager/Dennis O'Leary.
United States Courthouse.
1 Courthouse Way, Suite 2300.
Boston, MA. 02210.

C.A. No. 2004-11381-MLW.
Centeno v. Potter.

01-29-05
Luis Centeno Pro-Se

FILED
CLERKS OFFICE
2005 FEB -3 P 12:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Mr. Dennis O'Leary.
   Greetings.
I just recieved a letter from the Pro-se Staff Attorney Rebecca Greenberg, and she has sadly informed me that the summons along with all requisite papers for service to the U.S. Marshals office was unexecutable and service to the defendant: Officer: Nelson Potter was not successfully executed.
Reason being is unknown to me and I'm confused as to why service wasn't made to the defendant at his place of employment by the Marshals office.
I was directed to send another USM-285 form with a correct address to the defendant, I am not in anyway able to obtain his home address and I do understand that it's not the court's job to obtain it for me, but, the only address I got is the defendant's place of employment located at L.P.D. 90 Lowell Street. Lawrence, MA. 01841.
I truly am boggled that service couldn't be made at the above address but I respectfully ask that if this is gonna be a problem please direct this matter

PAGE 2 OF 1.

C.A. No. 04-11381-MLW.
Centeno V. Potter.

TO THE HONORABLE Judge MARK L. WOLF.
Sir, THANK you FOR your TIME.

Your PROMPT Response Would Be GREATLY APRECIATED.

Respectfully Submitted By:

Luis A. CENTENO PRO-SE.
MCI Concord. #484630
P.O. Box 9106.   #West-up.
Concord, MA.       #235.
    01742-9106.