CA C4-11381-MLW
Centeno v Potter.

FILED
CLERKS OFFICE

02-13-05.
Luis A Centeno PRO-SE

DEAR: DENNIS O'LEARY Clerk/CASE MANAGER.
GREETINGS.

U.S. DISTRICT COURT
DISTRICT OF MASS

Sir, This is in regard to a letter sent to you resently concerning the fact that I attempted to have the defendant officer: nelson Potter served and I was advised that the service was unsuccessful, by pro-se office staff: Well, I'm asking through this letter if you have presented to the Honorable Judge. MARK L. WOLF the letter I sent you? if And you'd be as kind as to write me in regard to this matter.

Thank you very much for your title

Respectfully.
Luis a Centeno PRO-SE.