U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LUIS A. CENTENO PRO-SE | C.A 04-11381-MLW |
| DEFENDANT | TYPE OF PROCESS |
| OFFICER NELSON POTTER | CIVIL |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LAWRENCE POLICE DEPT.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 90 LOWELL STREET, LAWRENCE, MA. 01841

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LUIS A. CENTENO PRO-SE #W84630.
MCI CONCORD #WEST-UP
P.O. BOX 9106  #235
CONCORD, MA. 01742-9106

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve This Officer Nelson Potter on the 2nd Shift 4 to 12. Call Ahead and ask what time can he be paged into L.P.D. once you arrive there in Lawrence MA. Defendant L.P.D. # 978-686-6163. Tell his supervisor to have Nelson Potter to come to police station.

Signature of Attorney or other Originator requesting service on behalf of: Luis A. Centeno PRO-SE
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: ∅
DATE: 02- -05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 2/17/05

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service: 2-23-05
Time: 3:05 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.— | 19.71 | | 109.71 | | | |

REMARKS: Called 2/18 UNAVAIL - ON FLD. Call Capt Tues. 2/22 Called LPD. Currently 9-5.
2 HRS