CENTENO V. OFFICER FRANKLIN POTTER

02-24-05    Pro-Se

Luis A. Centeno

FILED
CLERKS OFFICE

DEAR U.S. DISTRICT JUDGE MARK L. WOLF / Dennis O'Leary.

GREETINGS.

U.S. DISTRICT COURT
DISTRICT OF MASS

I'm WRITING TO ASK YOU SIR If YOU Could
Possibly Let ME KNOW the STATUS of THE
Motion I SENT IN REGARDS To the
ORDERING the D.O.C. to Give ME Pro-Se
PRIViLeges.
And Also I'D LikE TO ASE YOU FOR A Copy
of THE SUMMONS PERTAINING To this Case

PLEASE Send ME A Copy of the SUMMONS
So I CouLD Send it out the ATTORNEY
GENERALS OFFICE IN THE DISTRICT of
COLUMBIA.    THANK you very SMuch.

Respectfully Submitted By:

Pro-Se

Luis A. Centeno
MCI Concord # W84630
P.O. Box. 9106    # W55 4P
Concord, MA.    # 235.
01742-9106.

YOUR PROMPT RESPONSE WiLL BE GREATLY
APPRECIATED.