OFFICE OF THE CLERK
JOSEPH MCAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA. 02210

CENTENO V. OFFICER: NELSON POTTER.

PRO-SE

LUIS A. CENTENO.
   PLAINTIFF
V.

OFFICER: NELSON POTTER.
   DEFENDANT

FILED
CLERKS OFFICE
2005 MAR 10 ᴬ 11:48
C.A. NO. 04-11381-MLW.
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION TO FREEZE AND CONTROL OFFICER: NELSON POTTERS ASSETS.

NOW COMES THE ABOVE PLAINTIFF IN A PRO-SE CAPACITY AND MOVES THIS HONORABLE COURT TO ORDER THAT OFFICER: NELSON POTTER' ASSETS BE FROZEN AND CONTROLLED UNTIL THE OUTCOME OF THE ABOVE NUMBERED AND NAMED CASE. CENTENO V. OFFICER: NELSON POTTER. C.A. NO. 04-11381-MLW.

WHEREFORE, I LUIS A. CENTENO VERY RESPECTFULLY ASK THAT THIS MOTION BE ALLOWED.

x *Luis A Centeno* PRO-SE

I LUIS A. CENTENO HEREBY CERTIFY THAT A MOTION TO ~~FREEZE~~ AND CONTROL DEFENDANT OFFICER: NELSON POTTER' ASSETS UNTIL THE OUTCOME OF THE CASE NUMBERED AND NAMED ABOVE WAS SENT TO THE U.S DISTRICT COURT TODAY 03-07-05 FOR THE CLERKS DEPTS' FILING.