UNITED STATES DISTRICT COURT. DISTRICT OF MASSACHUSETTS. OFFICE OF THE CLERK 1 COURTHOUSE WAY, SUITE 2300. BOSTON, MA. 02210.

C.A. NO. 04-11381-MLW. Luis A. Centeno V. Officer: Nelson Potter. A1

FILED CLERKS OFFICE 2005 MAR 21 P 3:02 U.S. DISTRICT COURT DISTRICT OF MASS

Luis A. Centeno PRO-SE PLAINTIFF.
V.
OFFICER: Nelson Potter DEFENDANT

Luis A. Centeno PRO-Se.
C.A. NO. 04-11381-MLW.

MOTION FOR SUMMARY JUDGEMENT ON CASE AND NUMBER LUIS A. CENTENO PRO-SE V. OFFICER: NELSON POTTER' FAILURE TO ANSWER SUMMONS SENT ON 02-13-05 AND EXECUTED ON 02-23-05. BY U.S. MARSHALS OFFICE IN ACCORDANCE WITH RULE (4). AND SUMMARY JUDGEMENT PERSUANT TO MASS FEDERAL RULES OF CIVIL PROCEDURES, RULE. 56.

NOW COMES THE PLAINTIFF, LUIS A. CENTENO PRO-SE. AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT THE ORDER OF THIS SUMMARY JUDGEMENT MOTION ON THE GROUNDS THAT THE DEFENDANT OFFICER: NELSON POTTER HAS FAILED TO ANSWER THE SUMMONS WHICH THE PLAINTIFF. LUIS A. CENTENO PRO-SE. SENT TO BE SERVED BY THE UNITED STATES MARSHALS OFFICE, ON. 02-13-05. AND THE U.S. MARSHALS OFFICE DID MAKE A SUCCESFUL EXECUTION OF THE WRIT AND SUMMONS 02-23-05 REGARDING THE ABOVE MATTER, HOWEVER, ANSWER TO THE SUMMONS FROM DEFENDANT IS DUE BY 03-15-05. THE DEFENDANT OFFICER: NELSON POTTER HAS FAILED TO ANSWER THE SUMMONS FOR THE ABOVE NAMED AND NUMBERED CASE.

 Luis A. Centeno Plaintiff
v.
Officer Nelson Potter. Defendant.

PRO-SE
LUIS A. CENTENO, THE CLERK OF THE UNITED STATES DISTRICT COURT, IN BOSTON, MA.

FILED
IN CLERKS OFFICE
2005 MAR 21 P 3:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

WHEREFORE, THE DEFENDANT OFFICER: NELSON POTTER HAS FAILED TO ANSWER THE SUMMON(S) AND IS CLEARLY "NOT," IN COMPLIANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURES, RULE(.56.)

PRO-SE
THEREFORE, I LUIS A. CENTENO ASKS AS WELL AS PRAYS THAT THIS MOTION BE ALLOWED.

PRO-SE
I LUIS A. CENTENO, HEREBY CERTIFY THAT ON THIS DAY, THE 15TH, OF MARCH OF THE YEAR 2005 HAS SERVED THE UNITED STATES DISTRICT COURT CLERKS DEPT. WITH THE ABOVE MOTION FOR SUMMARY JUDGEMENT RULE(.56.) OF THE FEDERAL RULES OF CIVIL PROCEDURES.

CC. OFFICER: NELSON POTTER. Defendant.
IN ACCORDANCE WITH RULE.5.2

CC. ATTORNEY: GENERALS OFFICE OF THE U.S.
DEPT. OF. JUSTICE.
950 PENNSYLVANIA, AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA.

C.A. NO. 11381-MLW
Centeno V. Officer: Potter

03-14-05
Luis A. Centeno Pro-se

FILED
CLERKS OFFICE
2005 MAR 21 P 3:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

DEAR, MR. DENNIS O'LEARY.
GREETINGS.

Sir, I'D Like To Bring To THE Judge MARK L. WOLF' ATTENTION THAT I'M HAVING DIFFICULTIES IN OBTAINING COPIES OF LEGAL DOCUMENTS Which PERTAIN TO MY CIVIL CASE.

I Sent A Motion For PRO-Se Privileges on DEC, 04 Sometime And I'D Like To KNOW if it HAS Been Approved OR NOT, KATHY BOYCE Did ENTER that Motion For PRO-Se Privileges On 1-10-05.

I'D Like To ASK You ALSO Sir if It's possible And if it's NOT TOO Much To ASK please Let Me KNOW if THE DEFENDANT NELSON POTTER HAS Made OR Sent An Answer TO My Summons yet. Which WAS Served on 02-23-05. Answer is Due By 03-15-05. So that I MAY APPLY For Judgement.
And Finally I'M ATTAChinG this DENTAL Record Which I've Gotten From the Medical Dept. Here At Concord D.O.C. And Since I Cannot Get Copies I'D Like To ASK Your office To Send