United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Luis A. Centeno
Pro-Se

Pro-Se
Luis Centeno
03-15-05

SCANNED
DATE: 3-22-05
BY: KTB

v.

Officer: Nelson Potter.

C.A. No. 04-11381-MLW

## Motion For Judgement By Default Persuant To Federal Rules Of Civil Procedures Rule 55.

Now comes the above plaintiff Luis A. Centeno Pro-Se and respectfully moves this Honorable Court to order and grant judgement by default against the above named defendant Officer: Nelson Potter for defaulting and failing to answer the summons regarding the above name and numbered case served upon the defendant Officer: Nelson Potter by U.S. Marshals on 02-23-05. And answer was due by 03-15-05. In addition defendant Officer: Nelson Potter was given 20 days of alloted time which to answer and has not and is therefore in default. And defendant has failed to comply with the Federal Rules of Civil Procedures.

# CERTIFICATE OF SERVICE

I Luis A. Centeno PRO-Se DO HEREBY CERTIFY THAT ON 03-15-05 I HAVE SERVED THE UNITED STATES DISTRICT COURTS OFFICE OF THE CLERK WITH A MOTION FOR JUDGEMENT BY DEFAULT PERSUANT TO FEDERAL RULES OF CIVIL PROCEDURES RULE(55.) FOR THE ENTERING OF SAID MOTION AND PROCEEDINGS.

Luis A. Centeno PRO-Se
MCI Concord #W84630
#WEST-UP.
P.O. BOX 9106 #235
Concord, MA. 01742-9106