UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS OFFICE

| | |
|---|---|
| LUIS A. CENTENO,<br>        **Plaintiff,** | ) 2005 MAR 23  A 11: 55<br>)<br>) |
| v. | ) U.S. DISTRICT COURT<br>) DIS CIA. No. 04-11381-MLW |
| | ) |
| NELSON POTTER,<br>        **Defendant.** | )<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the undersigned's appearance on behalf of the Defendant, Nelson Potter.

Respectfully submitted,
For the Defendant,
**Nelson Potter,**
By his attorney,

Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated: March 22, 2005
f:\lpa\potter0311381mlw\pldgs\bmm.noa.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, Esquire, hereby certify that I have served a true and accurate copy of the foregoing document upon the Plaintiff, Luis A. Centeno, #484630, MCI-Concord, P.O. Box 9106, Concord, Massachusetts, 01742-9106, this 22nd day of March, 2005.

Brian M. Maser