UNITED STATES DISTRICT COURT.
JOHN JOSEPH MOAKLEY COURTHOUSE.
1 COURTHOUSE WAY, SUITE 2300.
BOSTON, MA. 02210.

C.A. NO. 04-11381-MLW.

Luis Centeno
v.
Officer: Nelson Potter.

03-18-05.

Luis Centeno. PRO-SE
PLAINTIFF.

FILED
U.S. MASS OFFICE
Luis Centeno PRO-SE

Officer: Nelson Potter.
DEFENDANT.

2005 MAR 24 P 1:21
C.A. NO. #04-1138 1-MLW.
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION FOR HABEAS CORPUS.

NOW COMES THE ABOVE NAMED PLAINTIFF AND RESPECTFULLY ASKS THAT THIS MOST HONORABLE COURT GRANT THIS MOTION FOR HABEAS CORPUS AND ORDERS THE DEPT. OF CORRECTIONS TO TRANSPORT THE ABOVE PLAINTIFF LUIS A. CENTENO PRO-SE. SO THAT THE PLAINTIFF IS PRESENT IN THE PROCEEDINGS OF A MOTION FOR JUDGEMENT BY DEFAULT SENT BY THE PLAINTIFF LUIS A. CENTENO PRO-SE ON 03-15-05.

WHEREFORE, I LUIS A. CENTENO PRO-SE ASKS THAT THIS MOTION BE ALLOWED.

I LUIS A. CENTENO PRO-SE. DO HEREBY CERTIFY THAT A MOTION FOR HABEAS CORPUS WAS SENT ON 03-18-05. TO THE OFFICE OF THE CLERK OF THE UNITED STATES DISTRICT COURT IN BOSTON FOR ITS DOCKETING AND PROCESS.

"AFFIDAVIT IN SUPPORT";

I Luis A. Centeno PRO-Se. under the penalties and pains of perjury do swear that what has been said and written on this attached motion for habeas corpus is true and accurate.

Respectfully,

Luis a. Centeno PRO-Se
MCI Concord.    #W84630.
P.O. Box. 9106.    #West-up.
                   #235.
Concord, MA. 01742-9106.