UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300

LUIS A. CENTENO PRO-SE
PLAINTIFF
V.
OFFICER: NELSON POTTER
DEFENDANT

C.A. NO. 04-11381-MLW

FILED
OFFICER: NELSON POTTER

03-24-05

LUIS A. CENTENO PRO-SE

U.S. DISTRICT COURT
C.A. NO. 04-11381-MLW
DISTRICT OF MASS.

## EX-PARTE MOTION FOR ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b.)

NOW COMES THE ABOVE PLAINTIFF LUIS A. CENTENO PRO-SE AND MOVES THIS HONORABLE COURT TO GRANT THIS MOTION FOR ENLARGEMENT OF TIME UNDER FED. R. CIV. P. 6(b.).

IF THE PLAINTIFF IS IN VIOLATION OF THE ABOVE RULE HE RESPECTFULLY ASKS THAT THIS COURT NOTES THAT THE PLAINTIFF WOULD LIKE THIS MOTION TO BE ALLOWED NOW THAT HE WAS NOT AWARE THAT HIS SUMMONS AND ALL PERTINENT DOCUMENTS TO THE ABOVE CASE DELIVERED AND EXECUTED BY U.S. MARSHALS OFFICE ON 02-23-05/3:05 P.M. WERE IF THE DOCUMENTS THAT IS EXCEEDED THE 120 DAY LIMIT, I ALSO ASK THAT THE COURT SEND A NOTICE OF THIS MOTION TO THE DEFENDANT OFFICER: NELSON POTTER, NOW THAT PLAINTIFF IS UNABLE TO OBTAIN COPIES OF HIS LEGAL WORK.

WHEREFORE, I ASK THIS MOTION BE ALLOWED.

RESPECTFULLY SUBMITTED BY: