U.S. DISTRICT COURT. C.A. No. 04-11381-MLW

John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300.
Boston, MA. 02210.

04-01-05. Pro-se
Luis A. Centeno

DEAR: CLERK OF U.S. DISTRICT COURT.
   Greetings.

THIS IS TO INFORM YOU THAT I'VE MOVED TO MCI SHIRLEY DEPT. OF. CORRECTIONS. LOCATED AT: MCI Shirley HARVARD ROAD P.O. BOX. 1218 SHIRLEY, MA. 01464.

ANY FUTURE CORRESPONCe Sent TO ME AT THE ABOVE ADDRESS.

   THANK YOU.

      Respectfully

U.S. DISTRICT COURT
DISTRICT OF MASS
2005 APR -4 P 3:54
FILED
CLERKS OFFICE

         Luis A. Centeno
         MCI Shirley          # W84630
         HARVARD ROAD         # A1-unit
         P.O. BOX. 1218       # Cell. 21
         SHIRLEY, MA. 01464.