United States District Court
Massachusetts.
John Joseph Moakley Courthouse.
1 Courthouse Way, Suite 2300
Boston, MA. 02210.

C.A. No. 04-11381-MLW.
Centeno v. Officer Nelson Potter

FILED 02-26-05
CLERKS OFFICE
Luis A. Centeno PRO-SE

2005 APR -4 A 10:00
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear: Judge: Mark L. Wolf.
  Greetings.
Your Honour I'm enclosing a couple letters that I recieved from attornies in the past.
Sir, I've called many, many, lawyers on the phone And a lot of them are not civil lawyers or just tell me that they never go after police officers, Your Honor I pray that you could appoint counsel to represent me in this case, I really don't like to go after anyone in court especially someone like Officer: Nelson Potter whom has a family But, he has broken the law And by getting an attorney I look forward to seeing justice served without me jeopardizing my case against him.

I pray you can help in this matter, And Thank you for what you have already done.

Respectfully Submitted.
PRO-SE

**Law Offices of Howard Friedman, P.C.**

90 Canal Street, 5th Floor
Boston, MA 02114-2022

Telephone
617-742-4100

Telecopier
617-742-5858

info@civil-rights-law.com

Howard Friedman
Myong J. Joun
Jennifer L. Bills

January 25, 2005

Mr. Luis A. Centeno (#W84630)
MCI-Concord
P.O. Box 9106
Concord, MA 01742-9106

Dear Mr. Centeno:

Thank you for contacting our office regarding your possible claims stemming from an incident with the Lawrence Police on July 26, 2001. I am writing to inform you that I have decided not to accept your case. This office evaluates many cases but can only take a small number of them. Therefore, we will not represent you in this matter.

The fact that I will not accept your case does not mean that your claim is without merit; it only means that this office is not willing to accept the matter. If you wish to pursue the claim, you should consult another attorney immediately. You may wish to contact the American Civil Liberties Union at 617-482-3170 or you may wish to contact the Massachusetts Bar Association Lawyer Referral Service at (617) 654-0400.

You should know that there are strict time limitations within which you must bring your claim. In civil rights cases in Massachusetts, you must file suit within three years of the date of the incident. To bring a negligence claim against a government entity, you must first send a written demand letter within two years of the date of the incident. If you do not follow these rules, then you will not be allowed to bring the claim.

I am returning the fact statement you sent to me. I am sorry that we are not able to assist you in this matter. I wish you the best of luck in the future.

Sincerely,

Howard Friedman

HF:as
Enclosure

09-23-04
Luis A. Centeno

Dear: Mrs. Bridget Murphy.
Greetings.
Re Centeno V. Nelson Potter, Et, Al
C.A. No. 11381MLW.

The Soul purpose of this letter is to ask you if you handle Civil Cases, I have filed the above case in caption with the U.S. District Court in Boston, MA. as a 440 Civil Rights Act Violation and I'm welcoming you to look at the case if you're interested.
If you don't handle these types of cases please give me a referal to an attorney who does. I'm enclosing a Statement of Facts. If it turns out that you will not be interested in the case please return the statement if you kindly would.

Thank you for your time Ma'am.

Sincerely And Respectfully.

Luis A. Centeno



David Kelly, Intake Staff
617-482-3170 ext. 317
DKelly@aclu-mass.org

October 4, 2004

Luis A. Centero #44452
#18# Dorm
Box 97
Cambridge, MA 02141

    Thank you for your recent inquiry.  I am sorry to report that the American Civil Liberties Union of Massachusetts cannot provide you with legal assistance.  We are a relatively small private organization, supported by membership contributions.  A large number of complaints come in to us regarding violations of civil rights and civil liberties, and we are only able to handle a very few.  The result is that we must sometimes decline to help people who have meritorious claims.

    However, you may wish to contact the Massachusetts Bar Association (MBA), Lawyer Referral Service at 617-654-0400.

    I am sorry that we could not be more helpful.

                                 Sincerely yours,

                                 David Kelly

# The Commonwealth of Massachusetts
## Department of Industrial Accidents
436 Dwight Street
Springfield, Massachusetts 01103

**MITT ROMNEY**
*Governor*

**KERRY HEALEY**
*Lieutenant Governor*

**JANE C. EDMONDS**
*Director of Workforce Development*

**ANGELO R. BUONOPANE**
*Director of Labor*

**JOHN C. CHAPMAN**
*Commissioner*

October 22, 2004

Luis A. Centeno
P.O. Box 97
Cambridge, MA 02141

Dear Mr. Centeno:

In response to your letter of September 23, 2004, Bridget Murphy does not handle civil cases. Therefore, I am returning your information to you.

Sincerely,

Marcia E. Wearing
Assistant to Bridget M. Murphy

/mew

Tel. (413) 784-1133 - www.mass.gov/dia