UNITED STATES DISTRICT COURT.
1-COURTHOUSE WAY, SUITE 2300.
BOSTON, MA. 02210.

Luis A. CENTENO PRO-SE
        PLAINTIFF.
V
OFFICER: NELSON POTTER
        DEFENDANT.

C.A.NO. 04-11381-MLW.

C.A. No. 04-11381-MLW.
LUIS A. CENTENO PRO-SE
V
OFFICER, NELSON POTTER.
03-24-05
LUIS A. CENTENO PRO-SE

## EX-PARTE MOTION ALLOWING COURT TO ORDER THE COURT TO BILL THE PLAINTIFF LUIS A. CENTENO PRO-SE PRISON ACCOUNT FOR COPY COSTS.

NOW COMES THE ABOVE NAMED PLAINTIFF AND RESPECTFULLY ORDERS THAT THIS COURT GRANTS THE ABOVE MOTION OF ALLOWING COURT TO BILL THE PLAINTIFF PRISON ACCOUNT FOR ALL COSTS OF THE COPYING OF ALL DOCUMENTS AND MATERIAL INVOLVING THE ABOVE NAMED AND NUMBERED CASE.

WHEREFORE, I RESPECTFULLY ASK THAT THIS MOTION BE ALLOWED.

RESPECTFULLY SUBMITTED BY:

Luis A. CENTENO PRO-SE #W84630
MCI Concord.    #WEST-UP
P.O.BOX. 9106.  #235
Concord, MA. 01742-9106

I, LUIS A. CENTENO PRO-SE DO HEREBY CERTIFY THAT A COPY OF THE FOREGOING DOCUMENT HAS BEEN SERVED ON THE U.S. DISTRICT COURT IN BOSTON, MA.