United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Luis A. Centeno, Pro-Se
Plaintiff

FILED
IN CLERKS OFFICE
v.
2005 APR -4 A 10:00
Officer: Nelson Potter
U.S. DISTRICT COURT
DISTRICT OF  Defendant

C.A. No. 04-11381-MLW

Luis A. Centeno Pro-Se
v.
Officer: Nelson Potter

03-24-05
Luis A. Centeno Pro-Se

C.A. No. 04-11381-MLW

EX-PARTE MOTION TO OPPOSE OFFICER: NELSON POTTERS MOTION FOR PERMISSION FOR LATE FILING OF MOTION TO DISMISS: AND DEFENDANT(S) OFFICER: NELSON POTTER' MOTION TO DISMISS.

Now comes the above Plaintiff: Luis A. Centeno Pro-Se in the above captioned matter and orders this Honorable Court to grant this motion to oppose defendant officer: Nelson Potter' motion for permission for late filing of motion to dismiss: and defendant officer: Nelson Potter' motion to dismiss.

On the grounds that plaintiff did send the defendant all pertinent documents as follows: "A one-sided", handwritten document, which is the civil complaint. A summons, a civil action cover sheet, and a tracking order.

(1.) Plaintiff Luis A. Centeno Pro-Se never sends double sided documents as defendant officer: Nelson Potter' attorney: Brian M. Maser alleges.

(2.) Officer: Nelson Potter has stated

THE UNITED STATES DISTRICT COURT IN BOSTON MA.

HOWEVER THE DEFENDANT(S) OFFICER: NELSON POTTER' ATTORNEY: MR. BRIAN M. MASER CLAIMS THAT THIS CASE WAS DISMISSED AT THE LAWRENCE SUPERIOR COURT IN ESSEX COUNTY AND THE DEFENDANTS ATTORNEY: BRIAN M. MASER IS CORRECT, ALSO ATTORNEY: BRIAN M. MASER FAILS TO STATE THAT THE CASE WHICH WAS ONCE ACTIVE IN the LAWRENCE SUPERIOR COURT WAS DISMISSED FOR PROCEDURAL MISTAKES AND NOT BECAUSE THE PLAINTIFF AND THE DEFENDANT AGREED ON THE DISMISSING OF THE CASE MUTUALLY, AS THE DEFENDANT OFFICER: NELSON POTTER' ATTORNEY BRIAN M. MASER ALLEGES.

ATTORNEY: BRIAN M. MASER CITES AN ARRAY OF CASES WHICH I DO RESPECT BUT, MR. BRIAN M. MASER FAILS TO STATE THE EXACT NATURE OF THE DISMISSALS WHICH HAD VERY MUCH TO DO WITH THE FACT THAT THE PLAINTIFF LACKED THE KNOWLEDGE OF PROPER CIVIL LITIGATION, THE PLAINTIFF LUIS A. CENTENO PRO-SE ASKS THAT THE MOTION FOR OPPOSITION ON DEFENDANTS BEHALF BE CAREFULLY WEIGHED WITH THE FACT THAT PLAINTIFF LUIS A. CENTENO PRO-SE IS NOT IN ANY WAY TRYING TO EMANCIPATE HIMSELF BY THE REFILING OF THIS CASE

Case 1:04-cv-11381-MLW    Document 40    Filed 04/04/2005    Page 3 of 5

2 OF 3

Case 1:04-cv-11381-MLW.
Luis Centeno V. Officer: Nelson Potter.

ACTION COVER SHEET, AND A TRACKING ORDER. WHICH WERE ALSO EXECUTED ON: 02-23-05 3:05 P.M. IN HAND BY THE U.S. MARSHALS OFFICE PERSUANT TO FEDERAL Rules OF CIVIL PROCEDURE RULE 4(d).

(3.) THE PLAINTIFF Luis A. CENTENO PRO-SE would LIKE WITH ALL DO RESPECT POINT OUT TO THIS MOST HONORABLE COURT THAT THE DEFENDANT OFFICER: NELSON POTTER GIVES A VERY POOR EXCUSE FOR HIS NOT RECOGNIZING THE CIVIL COMPLAINT, A SUMMONS, A CIVIL ACTION COVER SHEET, AND A TRACKING ORDER. THESE MENTIONED DOCUMENTS PER INSTRUCTIONS OF THE UNITED STATES DISTRICT COURTS PACKET STEP BY STEP, A SIMPLE GUIDE FILING A CIVIL ACTION WERE CAREFULLY AND LEGIBALLY WERE DRAFTED BY THE PLAINTIFF Luis A. CENTENO PRO-SE.

(4.) ALSO IN A LETTER RECIEVED TODAY BY PLAINTIFF Luis A. Centeno PRO-SE FROM THE LAWFIRM OF DWYER, DUDDY, AND FACKLAM, CAME A PACKET CONTAINING SOME EXHIBITS (A) THROUGH (G) THE PLAINTIFF Luis A.

ON THIS PACKET SENT BY DEFENDANT OFFICER NELSON POTTER ATTORNEY: BRIAN M. MASER. AND THIS WOULD BE FOUND ON EXHIBIT (A) OF THIS SAID PACKET. FURTHERMORE THE ATTORNEY BRIAN M. MASER HAS ENTERED A MOTION FOR LATE FILING OF MOTION TO DISMISS: AND DEFENDANTS MOTION TO DISMISS. AND IS QUOTING A NUMBER OF CASES AND THIS ATTORNEY BRIAN M. MASER IS REFERRING TO A PRIOR CIVIL CASE FILED IN THE LAWRENCE SUPERIOR WHICH WAS DISMISSED AND AS PREVIOUSLY STATED BY PLAINTIFF LUIS A. CENTENO PRO-SE WHEN HE FILED IT ON JUNE 10TH, 04. WITH THE U.S. DISTRICT COURT ON JUNE, 10TH, 04.

(5.) THE PLAINTIFF LUIS A. CENTENO PRO-SE DID REFILE A CIVIL COMPLAINT IN THE U.S. DISTRICT COURT AND DID NOT INTENTIONALLY FILE THIS CASE AS A MALICIOUS, FRAUDULENT CASE OR ANYTHING OF THE LIKE AS THE COURT WOULD HAVE DETECTED THAT FACT, AND IN CLOSING THE PLAINTIFF LUIS A. CENTENO PRO-SE HAS BEEN UP TO DATE REPRESENTING HIMSELF TO THE BEST OF HIS ABILITY AND PRAYS THAT THIS HONORABLE COURT ASSISTS

# CERTIFICATE OF SERVICE.

RESPECTFULLY SUBMITTED BY:
Luis A. CENTENO pro-se

I, Luis A. CENTENO pro-se. HEREBY CERTIFY THAT I HAVE SERVED A VERY AND ACCARATE COPY OF THE FOREGOING DOCUMENTS TO THE HONORABLE JUDGE. MARK. L. WOLF. AT THE U.S. DISTRICT COURT. John Joseph Moakley Courthouse 1 COURTHOUSE WAY, SUITE 2300. BOSTON, MA. 02210.

Luis A. Centeno pro-se
MCI Concord W84630
P.O. BOX. 9106,  # WEST-UP
#235.
Concord, MA. 01742-9106.

---

(1.) EX-PARTE MOTION TO OPPOSE OFFICER: Nelson Potters MOTION FOR PERMISSION FOR LATE FILING OF MOTION TO DISMISS: AND DEFENDANT(S) OFFICER: Nelson Potter' MOTION TO DISMISS.

(2.) EX-PARTE MOTION FOR ENLARGEMENT OF TIME PERSUANT TO FED. R. CIV. P. 6(b).

(3.) EX-PARTE MOTION TO OPPOSE OFFICER: NELSON POTTER' MOTION FOR PERMISSION FOR LATE FILING OF MOTION TO DISMISS