UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS.

LUIS A. CENTENO PRO-se.
PLAINTIFF.
v.
OFFICER: NELSON POTTER
DEFENDANT.

C.A. NO. 2004-11381-MLW

CLERKS OFFICE
2005 APR 11 P 3:18
U.S. DISTRICT COURT
DISTRICT OF MASS

## REQUEST FOR DEFAULT RULE 55(A.))

I, LUIS A. CENTENO PRO-se, UNDERSIGNED FOR THE ABOVE NAMED PLAINTIFF LUIS A. CENTENO STATE THAT THE COMPLAINT IN THIS ACTION WAS FILED ON, 06-10-04, AND SUMMONS AND A COPY OF THE COMPLAINT WERE SERVED ON THE DEFENDANT(S) OFFICER: NELSON POTTER, ON 02-23-05, AS APPEARS (ON) FROM THE OFFICERS RETURN RECIEPT; AND THE DEFENDANT HERIN HAS (HAVE) FAILED TO SERVE A RESPONSIVE PLEADING OR TO OTHERWISE DEFEND AS PROVIDED BY RULE.

THEREFORE, I LUIS A. CENTENO PRO-se REQUEST THAT DEFAULT BE ENTERED AGAINST DEFENDANT(S) OFFICER: NELSON POTTER IN THIS ACTION.

I, LUIS A. CENTENO PRO-se DO HEREBY CERTIFY THAT THIS DOCUMENT WHICH I WROTE IS TRUE AND ACCURATE TO THE BEST OF MY ABILITY AND TO THE BEST OF MY KNOWLEDGE, (COPY) ATTACHED FOR FILING.

## AFFIDAVIT IN SUPPORT.

I, LUIS A. CENTENO PRO-se DO SIGN THIS DOCUMENT UNDER PAINS AND PENALTIES OF PERJURY, AND I, LUIS A. CENTENO PRO-se SWEARS THAT THIS WHICH I WROTE IS TRUE AND ACCURATE TO THE BEST OF MY ABILITY AND TO THE BEST OF MY KNOWLEDGE.

Luis A. Centeno PRO-se

DATED: 04-05-05.   MCI Shirley. #W84630.
P.O. BOX. 1218  # UNIT-A-1.
HARVAR ROAD.  # Cell-21.
SHIRLEY, MA. 01464.