UNITED STATES DISTRICT COURT.
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO
PRO-SE.
PLAINTIFF,

V.                                         C.A. 04-11381-MLW

OFFICER: NELSON POTTER.
DEFENDANT,

PLAINTIFF' MOTION TO OPPOSE, DEFENDANTS OPPOSITION
TO PLAINTIFF' MOTION FOR HABEAS CORPUS, AND FOR
ENTRY OF JUDGEMENT BY DEFAULT.

NOW COMES THE ABOVE PLAINTIFF Luis A. CENTENO PRO-SE
AND OPPOSES DEFENDANTS OFFICER: NELSON POTTER' MOTION
FOR OPPOSITION TO PLAINTIFF' MOTION FOR HABEAS CORPUS
AND MOTION FOR ENTRY OF JUDGEMENT BY DEFAULT ON
THE GROUNDS THAT ATTORNEY FOR THE DEFENDANT IS BEING
SPECIOUS BY SAYING THAT THE PLAINTIFF HAS NOT CONFORMED
TO OF: FOLLOWED THE FEDERAL RULES OF CIVIL PROCEDURES
RULE 55(A.) AND RULE 55(b.)(1.)' AND THE ABOVE
PLAINTIFF HAS CONFORMED TO THE ABOVE RULES AS BEST
(HE) THE PLAINTIFF COULD HAVE, DUE TO DEFENDANT(S)
OPPOSITION THE PLAINTIFF HAS ENSURED THAT THE PROPER
FORMS AND DOCUMENTS WERE FOREWARDED TO THE U.S.
DISTRICT TO RECTIFY ANY LATTER PROBLEM IN THE
PLAINTIFF' MOTION FOR HABEAS CORPUS, AND MOTION FOR
ENTRY OF JUDGEMENT BY DEFAULT.

WHEREFORE, I, LUIS A. CENTENO PRO-SE. ASKS AND PRAYS THAT
THIS MOTION BE ALLOWED.

I, LUIS A. CENTENO PRO-SE. HEREBY CERTIFY THAT I HAVE SERVED
A TRUE AND ACCURATE COPY OF THE FOREGOING
DOCUMENTS UPON THE UNITED STATES DISTRICT COURT CLERKS
OFFICE, U.S. DISTRICT COURT. John Joseph MOAKLEY COURT-
HOUSE, 1. COURTHOUSE WAY, SUITE 2300. BOSTON, MA.
02210.

# AFFIDAVIT IN SUPPORT.

PRO-se.

I, LUIS A. CENTENO, DO SIGN THIS DOCUMENT UNDER THE PAINS AND PENALTIES OF PERJURY, I, LUIS A. CENTENO, SWEARS THAT THIS WHICH I, HAVE WRITTEN IS TRUE AND ACCURATE TO THE BEST OF MY ABILITY AND TO THE BEST OF MY KNOWLEDGE.

Luis a. Centeno-PRO-se.

MCI SHIRLEY.        #W84630

DATED. 04-06-05. P.O. BOX. 1218.    #UNIT-A-1.

HARVARD ROAD. #Cell-21.

SHIRLEY, MA. 01464.

## CERTIFICATE OF SERVICE.

PRO-se.

I, LUIS A. CENTENO, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND ACCURATE Copy OF THE FOREGOING DOCUMENT UPON THE DEFENDANT(S) OFFICER: NELSON POTTER ATTORNEY: BRIAM M. MASER FOR THE DEFENDANT(S) AT:

DWYER, DUDDY AND FACKLAM
ATTORNEYS AT LAW, P.C.
ONE CENTER PLAZA, SUITE 360
BOSTON, MASSACHUSETTS 02108-1804.