United States District Court
John Joseph Moakley Courthouse
1-Courthouse Way, Suite 2300
Boston, MA. 02210.

C.A.NO.04-11381-MLW.

Luis A. Centeno, PRO-SE.
  Plaintiff
   v.
Officer: Nelson Potter, p 3:48A. No. 2004-11381-MLW.
  Defendant

04-04-05
Luis A. Centeno PRO-SE.

## Petition for Habeas Corpus Ad-Testificandum.

Now comes the Plaintiff in the above matter and petitions this Most Honorable Court to order Shirley, MA. Dept. of Corrections to transport the body of the Plaintiff Luis A. Centeno PRO-SE. to the United States District Court so that the Plaintiff may be present on the date set by the U.S. District Court Judge: Mark L. Wolf, in Boston MA. for the proceedings regarding motions filed by Defendants Officer: Nelson Potter' Attorney: Brian M. Maser. Dated March, 22nd, 2005 for:

1.) Defendant Nelson Potter' motion for permission for late filing of motion to dismiss, and
2.) Defendants Nelson Potter' motion to dismiss.
3.) Request for default motion / judgement by default motion.

Wherefore, I Luis A. Centeno PRO-SE. asks this petition be granted.

Signed under the pains and penalties of perjury.

Luis a. Centeno PRO-SE.

### Affidavit in Support.

I, Luis A. Centeno, do sign these documents under the pains and penalties of perjury, and I swear that this which I wrote is true and accurate to the best of my ability and to the best of my knowledge.

Luis a. Centeno PRO-SE.
#W84630
MCI Shirley.   #Unit-A-1
P.O. Box 1218.   #Cell-21.
Harvard Road.
Shirley, MA. 01464.