REQUEST FOR DEFAULT JUDGEMENT
RULE 55(b.)(1.))

FILED
CLERKS OFFICE
04-04-05
2005 APR 11 P 3:18
U.S. DISTRICT COURT
DISTRICT OF MASS

LUIS A. CENTENO, PRO-SE
PLAINTIFF
v.
OFFICER: NELSON POTTER.
DEFENDANT.

C.A. No. 2004-11381-MLW.

UNITED STATES DISTRICT COURT.
DISTRICT OF MASSACHUSETTS.

REQUEST FOR DEFAULT JUDGEMENT
RULE 55(b.)(1.))

I, LUIS A. CENTENO THE UNDERSIGNED, PRO-SE FOR THE ABOVE PLAINTIFF LUIS A. CENTENO, REQUEST THAT DEFAULT JUDGEMENT BE ENTERED AGAINST THE DEFENDANT(S) OFFICER: NELSON POTTER, IN THE AMOUNT OF $500,000 (IN AN OFFICIAL CAPACITY.) AND $500,000 (IN AN INDIVIDUAL CAPACITY.) TOGETHER WITH THE INTEREST IN THE AMOUNT OF $500,000, WITH THE COSTS AND MAKE AFFIDAVIT THAT:

1.) THAT TOTAL AMOUNT DUE THE PLAINTIFF EXCLUSIVE OF COSTS IN HIS CLAIM AGAINST THE DEFENDAN(S) IS $1.5 MILLION.

2.) THE DEFENDANT(S) IS NOT AN INFANT OR AN INCOMPOTENT PERSON.

3.) THE DEFENDANT(S) IS NOT IN THE MILITARY SERVICES OF THE UNITED STATES OR ITS ALLIES, AS DEFINED IN THE SOLDIER' AND SAILOR' RELIEF ACT OF 1940, AS AMENDED, BUT IS AT PRESENT A POLICE OFFICER IN THE CITY OF LAWRENCE MASSACHUSSETTS POLICE DEPARTMENT.

THEREFORE, I, LUIS A. CENTENO PRO-SE REQUEST THAT JUDGEMENT FOR DEFAULT BE ENTERED AGAINST DEFENDANT OFFICER: NELSON POTTER IN THIS ACTION.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno (PRO-se) hereby certify that the foregoing copy was sent to the Clerk of the United States District Court in Boston, MA for filing.

## AFFIDAVIT IN SUPPORT.

I, Luis A. Centeno (PRO-se), do sign these documents under the pains and penalties of perjury, and I, swear this which was written by me is true and accurate to the best of my ability and to the best of my knowledge.

Luis A. Centeno #W84630. PRO-se.
MCI Shirley        #Unit-A-1
P.O. Box 1218      #Cell-21.
Harvard Road.
Shirley MA. 01464.

x *Luis A. Centeno* PRO-se