A

DATE & TIME
AUGUST, 28th '01

Luis A. Centeno

"In THE ABOVE DATE OFFICER Nelson DOTTER And Sgt. JAMES
were DISPATCHED to 71 rest 6th St. 1st FLOOR, where they Asked
me IF I HAD Hit my niece CHRISTINA RIVERA (15 yrs old) WHOM
I HAD Reprimanded Verbally For COMing Home High on
MARIJUANA, And Disrespecting Her Mother Verbally ———
(HER A. Centeno) when Officer Nelson DOTTER Arrested
me I Complied, I WAS Cuffed And ESCORTED to the
PATROL CAR (Marked) With no further Incident,
and then I Observed Sgt. JAMES HAD And WAS
ESCORTING my Wife (Alexis R. Centeno) to Another
Marked Cruiser Where they Struck Her In the
forehead With A flashlight And MACED Her, I
then Summoned Officer (nelson DOTTER) to the
vehicle Where I WAS Already Sitting And He ———
approached the Left Rear Cruiser Door Where I
Sat In Handcuffs And He opened the door And
said me "What the Fuck Do you Want", I Asked Him
If He Could ASK (Sgt. JAMES) And Another Officer
to Stop Battering my Wife And MACing my Wife ———
Alexis R Centeno) And He Hit me Twice In the
FACE, Lacerating my Upper And Bottom Lips
and Visibly Chipping my Front tooth And ———
Breaking Another tooth Which I Still HAVE
half of It lodged In my Upper Gum And
I have 3 Loose teeth In the Bottom And
Trauma to my Lower Gum. Besides.

I'd like for someone to know that after he search me he claimed I resisted arrest when I complied, please help me in seeking action against officer (Nelson potter, Sgt. James) And the Lawrence police dept.

Sincerely

Luis A. Centeno