PLAINTIFF
Luis A. Centeno  # 6916
P.O. Box 807  # 9cup.
Middleton, Mass. 01949  # 418

DEFENDANT
Lawrence Police Dept
Officer/ Nelson Potter

ATTORNEY(S) FIRM NAME, ADDRESS AND TEL #

ATTORNEY(S) (if known)
PRO-SE

Board of Bar Overseers # (Required)

## ORIGIN CODE AND TRACK DESIGNATION

Place an X in one box only:

- [ ] 1. F01  Original Complaint
- [ ] 2. F02  Removal to Sup. Ct. c.231, s. 104 (F)
- [X] 3. F03  Retransfer to Sup. Ct. c.231, s. 102C (X)
- [ ] 4. F04  District Ct. Appeal c231, s. 97 (X)
- [ ] 5. F05  Reactivated after Rescript; Relief from judgment/order (Mass. R. Civ. P. 60 (X)
- [ ] 6. E10  Summary process appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | PERSONAL INJURY | (F) | [ ] Yes   [ ] No |

1. PLEASE GIVE A CONCISE STATEMENT OF THE FACTS: (Required in ALL Types of Actions)

STATEMENT IS ATTACHED BECAUSE IT Didn't FIT.

2. IN A CONTRACT ACTION (CODE A) OR A TORT ACTION (CODE B) STATE, WITH PARTICULARITY, MONEY DAMAGES WHICH WOULD WARRANT A REASONABLE LIKELIHOOD THAT RECOVERY WOULD EXCEED $25,000:

3. PLEASE IDENTIFY, BY CASE NUMBER, NAME AND DIVISION, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

| SIGNATURE OF ATTORNEY OF RECORD OR PLAINTIFF | DATE |
|---|---|
| Luis alberto Centeno | 06-08-02 |

OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE

## DISPOSITION

A. Judgment Entered
- [ ] 1. Before jury trial or nonjury hearing
- [ ] 2. During jury trial or nonjury hearing
- [ ] 3. After jury verdict
- [ ] 4. After court finding
- [ ] 5. After post trial motion

B. No Judgment Entered
- [ ] 6. Transferred to District Court under G.L. c.231, s.102C.

Disposition Date _____

RECEIVED
BY _____
DATE _____
DISPOSITION ENTERED
BY _____
DATE _____