**Commonwealth of Massachusetts**
County of Essex
The Superior Court

Civil Docket **ESCV2002-01234**

RE: Centeno v Potter et al

TO: Joseph S Fair, Esquire
Dwyer Duddy & Facklam
1 Center Plaza
Suite 360
Boston, MA 02108-1804

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **12/10/2002**:

*RE: Defendant Officer Nelson Potter's MOTION to Dismiss (MRCP 12b) Complaint of Luis A Centeno*

**is as follows:**

**Motion (P#11) ALLOWED (Diane M. Kottmyer, Justice) Notices mailed December 13, 2002**

Dated at Lawrence, Massachusetts this 15th day of January, 2003.

Thomas H. Driscoll Jr.,
Clerk of the Courts
BY:

Kevin Jones
Assistant Clerk

Telephone: (978) 687-7463

Copies mailed 01/15/2003