D 14

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

SUPERIOR COURT
CIVIL ACTION

No. 02-01234-e

Luis A. Centeno

v.

Nelson Potter

JUDGMENT ON MOTION TO DISMISS
M.R.C.P. 12(b) 5

This action came on to be heard on the Motion of defendant Nelson Potter to Dismiss the action. and the Court, Kottmyer, J., presiding, having granted the said motion.

It is hereby ORDERED and ADJUDGED that the action be and hereby is dismissed. and that the defendant(s) recover costs.

Dated at Lawrence Massachusetts, this 13 day of December 2002.

_Kevin Jones_
Assistant Clerk