# COMMONWEALTH OF MASSACHUSETTS

## Motion To Reinstate Civil Complaint And Remove Dismisal

Civil Complaint Docket#
2002- 01234-C

Luis A. Centeno
Vs.
Nelson Potter ET.,AL.

Now comes the plaintiff Luis A. Centeno and move this honorable court to reinstate and grant permission to remove dismissal in above mentioned case.
The court had, on or about December 15th 2002, dismissed said complaint "without prejudice" For violation of rule 4 of the civil rules procedures.

Plaintiff also request's that the appropriate forms be sent to re summons said defendant(s)

Signed under pains and penalties of perjury

Dated. 03-10-03
X Luis A. Centeno

Luis A. Centeno
E.C.C.F
240-B #655
P.O. Box 807
Middleton, MA
01949

11/25/03
The Court treats the motion as a motion to vacate dismissal. A hearing will be held on 12/17/03.

D. † Kottmyer

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
NO.  02-1234C

LUIS A. CENTENO,
Plaintiff

vs.

LAWRENCE POLICE DEPT, ET AL,
Defendants

### Order Regarding Filing of New Complaint

On December 10, 2002, this action was dismissed against both defendants for insufficiency of service of process.

On April 4, 2003, the plaintiff sought permission to refile the complaint in this Court as a new case, and moved that the filing fee be waived. The request is denied. If plaintiff wishes to pursue this claim, he must file a motion to vacate the dismissals and seek permission to make service on the City by certified mail pursuant to Rule 4(d)(4) and on the individual defendant by certified mail to his place of employment.

_____
Diane M. Kottmyer
Justice of the Superior Court

Date: April 17, 2003



Commonwealth of Massachusetts
County of Essex
The Superior Court

Civil Docket **ESCV2002-01234**

RE:   Centeno v Potter et al

TO:   Joseph S Fair, Esquire
      Dwyer Duddy & Facklam
      1 Center Plaza
      Suite 360
      Boston, MA 02108-1804

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **12/17/2003**:

*RE: Letter from plaintiff re: reinstatement of his case.*

**is as follows:**

**MOTION (P#19)** The motion to vacate dismissal was heard on 12/17/03. However, Centeno, an inmate, was not brought to court. The hearing, shall be rescheduled and the plff shall be habed in for hearing. (Diane M. Kottmyer, Justice). Notices mailed January 02, 2004

Dated at Salem, Massachusetts this 2nd day of January, 2004.

                                              Thomas H. Driscoll Jr.,
                                              Clerk of the Courts
                                        BY:

                                              Kevin Jones
                                              Assistant Clerk

Telephone: (978) 687-7463

Copies mailed 01/02/2004