Commonwealth of Massachusetts
County of Essex
The Superior Court

CIVIL DOCKET# **ESCV2002-01234**

RE:   **Centeno v Potter et al**

TO: Joseph S Fair, Esquire
Dwyer Duddy & Facklam
1 Center Plaza
Suite 360
Boston, MA 02108-1804

## NOTICE TO APPEAR FOR MOTION HEARING

The Court will hear argument on the motion(s) referenced below

**Motion/Hearing: miscellaneous**

**Plaintiff's Motion to Vacate Dismissal**

Counsel should appear as follows:

DATE:       **03/09/2004**
TIME:       **02:00 PM**
LOCATION:   **CtRm 3 (Lawrence)**

Dated at Lawrence, Massachusetts this 8th day of January, 2004.

Thomas H. Driscoll Jr.,
Clerk of the Courts

BY:

Kevin Jones
Assistant Clerk

Telephone: (978) 687-7463

Check website as to status of case: *http://ma-trialcourts.org/tcic*
cvchrgmot_2.wpd 49604 hrgmot mercierm