# Commonwealth of Massachusetts
## County of Essex
## The Superior Court



Civil Docket **ESCV2002-01234**

RE: Centeno v Potter et al

TO: Joseph S Fair, Esquire
Dwyer Duddy & Facklam
1 Center Plaza
Suite 360
Boston, MA 02108-1804



Received
MAR 18 2004
Dwyer Duddy and Facklam

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **03/10/2004**:

*RE: Letter from plaintiff re: reinstatement of his case.*

**is as follows:**

**MOTION (P#19) After hearing, and treated as a motion for relief from judgment pursuant to Mass. R. Civ P. 60 (b)(6), the motion is DENIED. Plaintiff has failed to set forth any reason justifying relief from the order of this Court. (Kottmyer, J.,) dismissing his complaint. dated 3/9/04 (Robert H. Bohn, Jr., Justice). Notices mailed March 10, 2004**

Dated at Salem, Massachusetts this 10th day of March, 2004.

Thomas H. Driscoll Jr.,
Clerk of the Courts

BY:

Kevin Jones
Assistant Clerk

Telephone: (978) 687-7463

Copies mailed 03/10/2004