UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
)
LUIS A. CENTENO,           )
            Plaintiff,     )
                           )
vs.                        )   C.A. NO:#04-11381-MLW
                           )
NELSON POTTER,             )
            Defendant.     )
                           )
```

MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO RULE 6(b), FED.R.CIV.P.

The plaintiff, Luis A. Centeno, hereby moves this Honorable Court pursuant to Rule 6(b), of the Federal Rules of Civil Procedure for an enlargement of time of Thirty (30) days from April 21, 2005 to May 20, 2005 to file his Response to the Motion of the Defendant, Nelson Potter's Motion To Strike Plaintiff, Luis A. Centeno's Opposition to Defendant, Nelson Potter's Motion to Dismiss, and Leave to file said motion.

Respectfully Submitted
by the Plaintiff,

Luis A. Centeno, Pro Se
M.C.I. Shirley (Medium)
Harvard Road
P.O. Box 1218
Shirley, Massachusetts 01464

Date: 04-21, 2005

### REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby requests pursuant to L.R. D.Mass 7.1(D) for oral argument on this motion.

### REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

The plaintiff, Luis A. Centeno, hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

### LOCAL RULE 7.1 (A)(2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named defendant, Nelson Potter, regarding the foregoing motion in a good faith effort to narrow the issue and or resolve the issue in this motion.

### CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro Se, plaintiff in this civil action entitled Centeno vs. Potter, No:#04-cv-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedure, one copy of the foregoing motion upon: Brian M. Maser, Esq., Dwyer, Duddy, and Facklam, One Cener Plaza, Suite #360, Boston, Massachusetts 02108-1804, by depostiting the aforementioned documents in the istitutional mail depository box, by first class mail postage prepaid on this 21ST. day of APRIL, 2005.

Luis A. Centeno, Pro-Se   Unit- F-1 Cell- 23
MCI Shirley Medium.
P.O. Box 1218
Harvard Road.
Shirley, MA.
01464.