UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO, )<br>    Plaintiff, )<br>)<br>v. )    C.A. No. 04-11381-MLW<br>)<br>NELSON POTTER, )<br>    Defendant. ) | |

## MOTION OF THE DEFENDANT, NELSON POTTER, FOR LEAVE TO FILE A MOTION TO STRIKE PLAINTIFF, LUIS A. CENTENO'S OPPOSITION TO DEFENDANT NELSON POTTER'S MOTION TO DISMISS

Now comes the Defendant, Nelson Potter, and files the instant Motion For Leave To File A Motion To Strike Plaintiff, Luis A. Centeno's Opposition To Defendant Nelson Potter's Motion To Dismiss. For the reasons set forth in the attached memorandum of law, the Defendants respectfully request that the Court dismiss Plaintiff's complaint in this matter.

Respectfully submitted,
For the Defendant,
**Nelson Potter,**
By his attorney,

Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated: April 19, 2005
f:\lpa\potter031138lmlw\pldgs\mot.file.mot.strike.doc

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 counsel for the Defendant, Nelson Potter, hereby certifies that he attempted to confer with the plaintiff, Luis Centeno, to resolve the issues in the Motion To Dismiss but was unable to establish contact given his incarceration.

Date: 4.19.05

Brian M. Maser

## CERTIFICATE OF SERVICE

    I, Brian M. Maser, Esquire, hereby certify that I have served a true and accurate copy of the foregoing document upon the Plaintiff, Luis A. Centeno, MCI-Shirley (Medium), P.O. Box 1218, Harvard Road, Shirley, Massachusetts, 01464, this 19th day of April, 2005.

                                                                         Brian M. Maser