UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,
              Plaintiff,

vs.                             C.A. NO:#04-cv-11381-MLW

NELSON POTTER,
              Defendant.

PLAINTIFF, LUIS A. CENTENO'S, MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO RULE 6(b), FED.R.CIV.P. TO FILE HIS OPPOSITION TO
DEFENDANT, NELSON POTTER'S MOTION TO DISMISS

Now comes the plaintiff, Luis A. Centeno, (hereinafter "plaintiff Centeno"), and moves this Honorable Court, pursuant to Federal Rules of Civil Procedure, Rule 6(b), for an enlargement of time in which to file his Opposition to the Defendant Nelson Potter's Motion to Dismiss filed on March 22, 2005..

As reasons for this motion, the plaintiff Centeno, states that an enlargement of time is need due his status as an incarcerated, pro se, litigant, and the fact that the institutional law library's schedule is as such that it only allows the plaintiff Centeno access to it on certain

days and times and for the fact that the plaintiff Centeno, on or about March 31, 2005 he was transfered from M.C.I. Concord to M.C.I. Shirely and his legal documents and materials have not been forwarded to him by the Massachusetts Department of Corrections.

The plaintiff Centeno, states that he is in need of thirty days (30) from March 30, 2005 to April 28, 2005 to file his opposition to the defendant Potter's motion to Dismiss.

**Wherefore,** the plaintiff Centeno, respectfully request that this Honorable Court <u>GRANT</u> his Motion for Enlargement of Time.

March 30, 2005

Respectfully Submitted
by the Plaintiff,
*Luis A. Centeno*
Luis A. Centeno, Pro Se
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby requests pursuant to L.R. D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

The plaintiff, Luis A. Centeno, hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named defendant, Nelson Potter, regarding the foregoing motion in a good faith effort to narrow the issue and or resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro Se, plaintiff in this civil action entitled Centeno vs. Potter, No:#04-cv-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedure, one copy of the foregoing motion upon: Brian M. Maser, Esq., Dwyer, Duddy, and Facklam, One Center Plaza, Suite #360, Boston, Massachusetts 02108-1804, by depostiting the aforementioned documents in the istitutional mail depository box, by first class mail postage prepaid on this 12Th day of APRIL, 2005.

*Luis A. Centeno*
Luis A. Centeno, Pro-Se
MCI SHIRLEY MEDIUM.
P.O. BOX. 1218.
HARVARD ROAD
SHIRLEY, MASSACHUSETTS.
01464.