UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
LUIS A. CENTENO,                    )
                    Plaintiff,      )
                                    )
vs.                                 )    C.A. NO:#04-11381-MLW
                                    )
NELSON POTTER,                      )
                    Defendant.      )
                                    )
```

PLAINTIFF, LUIS A. CENTENO'S OPPOSITION TO THE
MOTION OF THE DEFENDANT, NELSON POTTER, FOR  LEAVE
TO FILE A MOTION TO STRIKE PLAINTIFF, LUIS A. CENTENO'S
OPPOSITION TO DEFENDANT, NELSON POTTER'S MOTION TO DISMISS

I.    STATEMENT OF THE CASE

Plaintiff, Luis A. Centeno, submitted his Complaint and Application to Proceed In Forma Pauperis with this Honorable Court on June 10, 2005.  The Court however did not grant his application to proceed in forma pauperis until approximately six (6) months later on December 2, 2004.  The Court also on December 2, 2004, issued the Summons and USM-285 Forms to the plaintiff, Luis A. Centeno, for service upon the defendant, Nelson Potter, by the United States Marshals Service.  The Court re-issued the Summons and USM-285 Forms to the plaintiff, Luis A. Centeno, for service upon the defendant, Nelson Potter on February 15, 2005.  The United States Marshals Service did in fact

effect proper service upon the defendant, Nelson Potter,
on February 23, 2005. On March 22, 2005, the defendant,
Nelson Potter, file with the court a Motion to Dismiss for
insufficiency of service of process and pursuant to the
Full Faith and Credit Clause.  On March 30, 2005, the
plaintiff, Luis A. Centeno, filed with the court a Motion
for Enlargement of Time [**Exhibit 1**].  On April 12, 2005,
the Plaintiff, Luis A. Centeno, uncertain that the
Institutional Mail Department of the Massachusetts Department
of Correction had forwarded the March 30, 2005 Motion for
Enlargement of Time to the defendant, Nelson Potter, did
in fact send the defendant, Nelson Potter, a "cover letter
and certificate of service"that is dated April 12, 2005,
the motion in that communication the"Motion for Enlargement
of Time is dated March 30, 2005", and was sent simply as
a precautionray measure.  The plaintiff, Luis A. Centeno,
on April  14, 2005, filed with the court his Opposition to
the defendant, Nelson Potter's Motion to Dismiss.

II.  ARGUMENT

     THE PLAINTIFF, LUIS A. CENTENO'S REQUEST FOR  AN
     ENLARGEMENT OF TIME FOR FILING OF HIS OPPOSITION AND
     HIS OPPOSITION TO THE DEFENDNAT, NELOSN POTTER'S IS
                    **NOT** TIME BARRED

Local Rule, D.Mass 7.1 (B)(2), states:

> " A party opposing a motion, shall file an opposition to
> the motion within fourteen (14) days after service of the
> motion, unless another period is fixed by rule or statute,
> or by order of the court, and in the same (rather than a
> seperate), document a memorandum of reasons, including
> citation of supporting authorities, why the motion should
> not be granted. Affidavits and other documents setting
> forth or evidencing facts on which the opposition is
> based shall be filed with the opposition. The fourteen
> day period is intended to include the period specified
> by the civil rules for mailing time and provide for a
> uniform period regardless of the use of the mails"

In the instant case, the defendant, Nelson Potter, submitted
to the Court his Motion to Dimsiss on March 22, 2005. The
Plaintiff, Luis A. Centeno, was not served with the defendant,
Nelson Potter's Motion to dismiss until March 26, 2005. The
plaintiff, Luis A. Centeno, filed his Motion for Enlargement
of Time pursuant to Rule 6(b), of the Federal Rules of Civil
Procedure with the Court on March 30, 2005. See **Exhibit 1.** The
plaintiff, Luis A. Centeno, also send a follow-up of the
March 30, 2005 Motion for Enlargement of Time on April 12,
2005. See **Exhibit 2.** While the cover letter and the certificate
of service is dated April 12, 2005, the actual motion it self
is dated March 30, 2005, in accordance with Rule 11(a), of the
Federal Rules of civil procedure. See **Exhibit 2.** The on

April 14, 2005, plaintiff, Luis A. Centeno, filed with the Court the Plaintiff, Luis A. Centeno's Opposition to Defendant, Nelson Potter' Motion to Dismiss.  See **Exhibit 3.**

The plaintiff, Luis A. Centeno, upon receiving the defendant, Nelson Potter's Motion to Dismiss  on March 26, 2005, had immediately sent his Motion for Enlargement of Time on March 30, 2005, and filed his Opposition to the defendant, Nelson Potter's Motion to Dismiss on April 14, 2005.

**Wherefore**, the plaintiff, Luis A. Centeno, respectfully requests that this Honorable Court <u>DENY</u> the defendant, Nelson Potter's Motion to Strike Plaintiff, Luis A. Centeno's Opposition to Defendant, Nelson Potter's Motion to Dismiss.

Respectfully Submitted
by the Plaintiff,

Luis A. Centeno, pro se
M.C.I. Shirley (Medium)
Harvard Road
P.O. Box 1218
Shirley, Massachusetts 01464

04/26 /2005