Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

FILED
[CLERK'S] OFFICE.
05 MAY 16 A 8:30
[U.S.] DISTRICT COURT
[DISTRICT OF] MASS
05/09/2005

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:   CENTENO cs. POTTER
      United States District Court
      No:#04-cv-11381-MLW

Dear Ms. Boyce:

   Enclosed please find for filing the following:

I'd Like To Ask That Your Office Send Me An Entry Copy Of My Case So That I Can See What's Going On With My Civil Case.

Also, Please Send Me Information On How I Can Obtain My Record electronically Through My Home Computer.

Your Prompt Response Will Be Greatly Appreciated.
Thank You.

Luis A. Centeno
PRO-SE