United States District Court
John Joseph Moakley Courthouse
1 Courthouse way, Suite 5110
Boston, Massachusetts. 02210                  06-02-2005

Rebecca Greenburg
Greetings.
I'm in need of the U.S. District courts internet address and also a copy of the docket entry sheet(s) regarding my case.
Thank you very much for your time. mrs. greenburg
Your response will be greatly apreciated.

                              Respectfully submitted by,

                              Luis A. Centeno #W84630
                              MCI Shirley (Medium) F-1
                              P.O. BOX. 1218    Cell #23
                              Harvard Road
                              Shirley, Ma.  01464-1218