UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>      Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>      Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as counsel of record for the Defendant, Nelson Potter, on the ground that he will no longer be associated with the law firm of Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E. Dwyer, Esquire, will continue to represent the Defendant in this action.

                                                Respectfully submitted,
                                                For the Defendant,
                                                **Nelson Potter,**
                                                By his attorney,

                                                /s/ B. W. M.
                                                Matthew E. Dwyer (BBO# 139840)
                                                Brian M. Maser (BBO# 655667)
                                                Dwyer, Duddy and Facklam
                                                Attorneys At Law, P.C.
                                                Two Center Plaza, Suite 430
                                                Boston, MA 02108

Dated: July 12, 2005                        (617) 723-9777
f:\lpa\potter0311381mlw\pldgs\bmm.not.wd.app.doc

### CERTIFICATE OF SERVICE

I, Brian M. Maser, Esquire, hereby certify that I have served a true and accurate copy of the foregoing document upon the Plaintiff, Luis A. Centeno, # 484630, MCI-Shirley (Medium), P.O. Box 1218, Harvard Road, Shirley, MA 01464, this 12th day of July, 2005

                                                /s/ B. W. M.
                                                Brian M. Maser