Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

08 / 16 /2005

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210


RE:    CENTENO  cs.  POTTER
       United States District Court
       No:#04-cv-11381-MLW


Dear Ms. Boyce:

     Please inform me of the status of thefollowing
pleadings and when the court Judge: Mark L. Wolf will rule
on them.


1.) Docket(s)numbers: [26],[27],[28],[29],[30],,[33],[34],
[35[,[36],[39],[40],[40],[41],[42],[[44],[45],[46],[47],[48],
[49],[50],[52],.

Thank you for your attention to this matter.

                              Respecffully Submitted By:

                              Luis A. Centeno Pro-Se.