ORIGINAL
NO COPY.

SCANNED
DATE: 3-23-05
BY: [signature]

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK.
John Joseph Moakley Courthouse.
1 Courthouse Way, Suite 2300.
Boston, MA 02210

FILED OFFICE
PRO-SE'S OFFICE
2005 MAR 21 P 3:14

C.A., CEP-11381-MLW.
LUIS A. CENTENO
PRO SE
V.
OFFICER NELSON POTTER
03-15-05
LUIS A. CENTENO
PRO SE

Luis A. CENTENO
V.               PLAINTIFF
OFFICER: NELSON POTTER
        DEFENDANT, DISTRICT OF MASS. C4-11381-MLW

EX-PARTE MOTION FOR EMERGENCY RULING
OF PLAINTIFF LUIS A CENTENO'S PRO-SE
PRIVILEGES.

NOW COMES THE PLAINTIFF LUIS A. CENTENO PRO SE
AND RESPECTFULLY MOVES THIS HONORABLE
COURT TO GRANT THIS MOTION/EX-PARTE
MOTION ON THE GROUNDS THAT THE DEPT.
OF CORRECTIONS AND ITS AGENCIES ARE
TO LET THE PLAINTIFF MAKE COPIES OF THE
LEGAL DOCUMENTS REGARDING THE
ABOVE NAMED AND NUMBERED CASE.

IN ADDITION THERE HAS BEEN DIFFICULTIES
IN PLAINTIFFS GETTING COPIES OF THE
LEGAL DOCUMENTS NEEDED FOR THE
FORWARDING PROCESS TO DIFFERENT
AGENCIES, U.S. DISTRICT, COURT, CLERK OF
U.S. DISTRICT, DEFENDANT, U.S. ATTORNEY
GENERAL, ETC.

THERE ARE ALSO SOME TYPES OF LEGAL
PROCEEDINGS THAT FEDERAL LAWS
REQUIRE TIMELY, THESE CERTAIN TYPES
OF PROCEEDINGS HAVE FEDERAL BASED
TIME LIMITS AND THESE SAID TIME
LIMITS HAVE TO BE MET IN A VERY

RESPECTFULLY ASKS THAT THIS MOTION BE ALLOWED.

I Luis A Centeno PRO-SE DO HEREBY CERTIFY THAT AN EX-PARTE MOTION FOR EMERGENCY RULING OF THE PLAINTIFF LUIS A. CENTENO'S PRO-SE PRO-SE PRIVILEGES. WAS SENT VIA U.S. MAIL TO THE U.S. DISTRICT COURT IN BOSTON, MA. ON 03-15-05.

UNDER THE PAINS AND PENALTIES OF PERJURY I LUIS A. CENTENO PRO SE DO SWEAR THAT THE ABOVE IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

SIGNED Luis A. Centeno PRO Se
MCI Concord         #W84630
P.O. Box 9106       #WEST-UP
                    #2 35
Concord, MA. 01742 9106