04-11381-
MLW

Federal District Court Pro Bono Project
One Courthose Way.
Boston, Massachusetts. 02109                        09-17-2005


My name is Luis A. Centeno aand I have a Civil case pending in the
U.S District court and it's being handled by the Honorable :
Mark L. Wolf CV. Docket# 11381-MLW CENTENO V. POTTER
I would like to ask if your office can look into this docket in the
U.S Dist. Court and see if you will be interested in assisting me
with this case I could really use some well trained lawyer to take
care of this case for me.

Please feel free to look into this case and or talk to anyone in the
U.S. District court including the judge.



Thank you for your time.

your response will be greatly appreaciated.

                              Respectfully Submitted By:

                              [signature]
                              Luis A. Centeno W-84630
                              P.O. BOX. 1218    F-1
                              Harvard Road    Cell- 17 Top.
                              Shirley, Massachusetts
                                          01464.