UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kathleen Boyce Docket clerk-MLW
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 5110
Boston, Massachusetts. 02210

C.A. no.#04-11381-MLW.

Centeno,PRO-SE
V.
Potter.

Dear Kathleen Boyce

Greetings.

I'm respectfully addressing this letter to you to ask you to please present the motions that I have numbered below to the Judge: Mark L. Lewis that he may possibly make a ruling on them thank you very much.

[27], [28], [29] , [30], [33], [34], [40], [44], [45], [46], [ + ],

[48], [49], [50], [52].   Et, Als.

PLEASE, ATTACH A Copy OF DOCKET ENTRIES FOR ABOVE NUMBERED CASE, THANK YOU.

Thank you so much for your attention to this matter and thank you for assistance so far.

09-29-2005

GBY:LAC.
FILE:Kathleen Boyce
Dockrt Clerk-MLW

Respectfully Submitted By:
Luis A. Centeno #W-84630
MCI Shirley(Medium)F-1
P.O. BOX. 1218    Cell-10 Tc
Harvard Road
Shirley, Massachusetts.
                    01464.