Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

11/02/2005

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:   CENTENO vs. POTTER
      United States District Court
      No:#04-cv-11381-MLW

Dear Ms. Boyce:

  Enclosed please find for filing the following:

Ms. Boyce, please send me a copy of the docket entry for the above named and numbered docket, at your convinience. Thank you very much for your time and attention to this letter.

Respectfully,

Luis A. Centeno
Pro-Se
F-1
MCI Shirley (Medium) Cell-10
P.O. Box 1218
Harvard Road
Shirley, MA. 01464

DATE: 11-02-05