UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,  )
               Plaintiff, )
                          )
vs.                       )   C.A. NO:#04-11381-MLW
                          )
NELSON POTTER,            )
               Defendant. )

MOTION TO COMPEL

Now comes the above plaintiff and respectfully moves this court to rule on the following motions numbered below. It has been over the (30to45) day mark and the above plaintiff would like to be able to proceed with the above numbered case.
The motions which are mentioned here are stopping the plaintiff from proceeding because the motions have not been presented to the honorable Judge: Mark L. Wolf for a ruling.

Wherefore, I ask that this motion be allowed.

Respectfully Submitted By:

Luis A. Centeno Pro-Se

DATED: 12-13-2005.

Motions to be presented: [27], [28], [29],[30],[33],[34],[40], [44],[45],[46],[47],[48],[49],[50],[52], Et, Als.

CERTIFICATE OF SERVICE

I Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled Centeno vs. Potter, No: #04-CV-11381-MLW, hereby certify that I have served pursuant to rule 5, of the Fed, Civil Procedures, one copy of the foregoing motion upon the Clerk of the United Staes District Court Kathleen Boyce at: United States District Court John Moakley Courthouse 1 Courthouse way, Suite 5110. Boston Massachusetts. by depositing the aforementioned document(s) in the institutional mail depository box, by first class mail postage paid on this 12 Day of December 2005.

Respectfully Submitted By:

Luis A. Centeno #W-84630
MCI Shirley Medium # F-1
P.O. BOX. 1218     Cell-10 Top
Harvard Road
Shirley, Massachusetts.
                    01464

DATED; 12-13-2005.