UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>　　　　Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 04-11381-MLW<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

　　Please enter the undersigned's appearance on behalf of the Defendant, Nelson Potter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　For the Defendant,
　　　　　　　　　　　　　　　　　　　**Nelson Potter,**
　　　　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　　　　_/s/ Kathleen A. Pennini_
　　　　　　　　　　　　　　　　　　　Kathleen A. Pennini (BBO# 654573)
　　　　　　　　　　　　　　　　　　　Dwyer, Duddy and Facklam
　　　　　　　　　　　　　　　　　　　Attorneys At Law, P.C.
　　　　　　　　　　　　　　　　　　　Two Center Plaza, Suite 430
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
Dated: January 27, 2006　　　　　　　(617) 723-9777

## CERTIFICATE OF SERVICE

　　I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on January 27, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,


　　　　　　　　　　　　　　　　　　　_/s/ Kathleen A. Pennini_
　　　　　　　　　　　　　　　　　　　Kathleen A. Pennini

f:\lpa\potter0311381mlw\pldgs\not.app.kap.doc:blg