Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

02/08/2006

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:   CENTENO cs. POTTER
      United States District Court
      No:#04-cv-11381-MLW

Dear Ms. Boyce:

Enclosed please find for filing the following:

Ms. Boyce please send me a copy of Docket Entry for Case: 04-11381-MLW.

Thank you for your time and attention to this matter.

Your prompt response will be greatly appreciated very much.

Respectfully Submitted By:

Luis A. Centeno PRO-SE #W84630
MCI Shirley, Medium.  #F-1.
P.O. Box. 1218.  #Cell-10
Harvard Road.
Shirley, MA. 01464.