UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------  )
                                    )
                                    )
LUIS A. CENTENO,                    )
                   Plaintiff,       )
                                    )
vs.                                 )      C.A. NO:#04-11381-MLW
                                    )
NELSON POTTER,                      )
                   Defendant.       )
                                    )
----------------------------------  )
```

MOTION FOR PRODUCTION OF DOCUMENTS.
NOW COMES THE DEFENDANT AND RESPECTFULLY MOVES  AS FOLLOWS.


PLEASE SEND ME THE FOLLOWING DOCUMENTS:
1. PLEASE SEND ME BOOKING PHOTOS .
2. PLEASE SEND ME THE COMPLETE RECORDS
CONCERNING MY ARREST ON JULY,26,2001.
THIS INCLUDES BUT NOT LIMITED TO,
                A)   BOOKING PHOTOS.
                B)   POLICE REPORTS.
                C)   ARREST REPORTS.


WHEREFORE, I ASK THAT THIS MOTION BE ALLOWED.

                          RESPECTFULLY SUBMITTED BY,

                          Luis A. Centeno PRO-SE.W84630
                          MCI SHIRLEY (MEDIUM)    F-1
                          P.O BOX 1218            cell-17
     Regards              HARVARD ROAD.
   AFC. LAC.              SHIRLEY, MASSACHUSETTS.01464
   FILE U.S.CT.

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby request's pursuant to L.R D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPU-AD TESTIFICANDUM

The plaintiff, luis A. Centeno, hereby request's that this honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1(A) (2)CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named Defendant, Nelson Potter, regarding the foregoing motion in good faith effort to narrow the issue and resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled CENTENO Vs.POTTER, No: # 04-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedures, one copy of the foregoing motion upon: Matthew E. Dwyer, Esquire. Dwyer, Duddy and Facklam Attorneys At Law, P.C. One Center Plaza, Suite 360 Boston Massachusetts. 02108-1804, by depositing the aforementioned documents in the institutional mail depository box, by first class mail postage prepaid on this Feb, day of 08th , 2006.

Luis A. Centeno, PRO-SE
P.O. Box. 1218
MCI. Shirley (Medium)
Shirley, Massachusetts.

01464