UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,
        Plaintiff,

vs.                        C.A. NO:#04-11381-MLW

NELSON POTTER,
        Defendant.

### PLAINTIFF, LUIS A. CENTENO'S, AUTOMATIC DOCUMENT DISCLOSURE PURSUANT TO LOCAL RULE 26.2(A)

Pursuant to Local rule 26.2(A), the Plaintiff, Luis A. Centeno, hereby makes the following automatic document disclosure:

(1) The name, and if known, the address and telehone number of each individual likely to have discoverable information relevent to the disputed facts alleged with particularity in pleadings, identify the subjects of the information.

**Disclosure:**

(a) Officer Nelson Potter, home address unknown, work address Lawrence Police Department, 90 Lowell Street, Lawrence, Massachusetts 01840, (978)-686-6163.

(2)  A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custoty or control of the plaintiff that are relevent to disputed facts alleged with particularity in the pleadings.

(a)  Lawrence Police Department, Incident Report, #01011412, dated 07/26/2001.

(b)  Application for Criminal Complaint, Criminal Complaint, and Criminal Docket, for No:#0118CR5227, dated 07/26/2001.

(3)  The identity of any and all expert(s) who the plaintiff may call at trial.

**Disclosure:**

The plaintiff has not to date determined any and all witness or witnesses that he may call at trial, but recognizes his obligation to supplement this response.

Date: 02-18th, 2005

Luis A. Centeno, Pro se
M.C.I. Shirley   W-84630
Harvard Road
P.O. Box 1218
Shirley, Massachusetts 01464

### REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby requests pursuant to L.R. D.Mass 7.1(D) for oral argument on this motion.

### REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

The plaintiff, Luis A. Centeno, hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

### LOCAL RULE 7.1 (A)(2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named defendant, Nelson Potter, regarding the foregoing motion in a good faith effort to narrow the issue and or resolve the issue in this motion.

### CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro Se, plaintiff in this civil action entitled <u>Centeno vs. Potter</u>, No:#04-cv-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedure, one copy of the foregoing motion upon: Brian M. Maser, Esq., Dwyer, Duddy, and Facklam, One Cener Plaza, Suite #360, Boston, Massachusetts 02108-1804, by depositing the aforementioned documents in the istitutional mail depository box, by first class mail postage prepaid on this 18Th day of February, 2006.

_____
Luis A. Centeno, Pro-Se #W-84630
MCI Shirley Medium  #F-1
P.O. Box 1218        #Cell-10
Harvard Road
Shirley Massachusetts
01464.