# Lawrence Police Department
90 Lowell Street
Lawrence, MA 01840
(978) 794-5900

## Incident Report

**Log #** 01011412

| Date of Incident | Time of Incident | Type of Incident | Location of Incident | Domestic Dispute | Floor or Apartment # |
|---|---|---|---|---|---|
| THU 07/26/2001 | 00:50 HRS | ARREST | 71 NESMITH STREET | YES | 1 |
| Date Report Submitted | Time of Report | | | | |
| THU 07/26/2001 | 02:15 HRS | | | | |

**Status Code:** C - Complainant  I - Interviewed  J - Juvenile  M - Missing  S - Suspect  V - Victim  W - Witness  O - Other  **Race Code:** W - White  H - Hispanic  B - Black

### PERSONS

| Status | Last Name | First Name | M.I. | Sex | Race | D.O.B. | Telephone | Address |
|---|---|---|---|---|---|---|---|---|
| C | MALENFANT | JEFF | | | | | | LPD |
| C | POTTER | NELSON | | | | | | LPD |
| W | FITZPATRICK | JAMES SGT | | | | | | LPD |
| W | KIRKHAM | RICHARD | | | | | | LPD |

### ARRESTS

| # | Last Name | First Name | | Sex | Race | D.O.B. | | Address |
|---|---|---|---|---|---|---|---|---|
| #1 | CENTENO | LUIS | | M | H | 01/09/1968 | | 71 NESMITH ST LAWRENCE, MA |
| Charges | A&B HOUSEHOLD | | DISORDERLY PERSON | | | RESISTING ARREST | | FALSE NAME TO PO |
| #2 | CARPIO | ALEXIS | | F | B | 10/25/1970 | | 71 NESMITH ST LAWRENCE, MA |
| Charges | DISORDERLY PERSON | | RESISTING ARREST | | | 2 COUNTS ABDW P.O SHODFOOT | | 1 COUNT A&B P.O |
| #3 | | | | | | | | |
| Charges | | | | | | | | |

**Property Code:** A - Abandoned  E - Evidence  F - Found  L - Lost  R - Recovered  S - Stolen  T - Towed  V - Vehicle  O - Other  D - Damaged  W - Suspect M/

### PROPERTY

| Status | Qty | year | Item/Brand/Model | Color | State | Registration | Characteristics - Serial or VIN | Est. Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### INCIDENT DETAILS

ON THE ABOVE DATE AND TIME OFFICER MALENFANT AND OFFICER POTTER WERE DISPATCHED TO 71 NESMITH STREET FOR A FIGHT. UPON ARRIVAL WE COULD HEAR PEOPLE SCREAMING AND YELLING AND ALSO CHILDREN CRYING FROM OUTSIDE OF THE HOUSE. WE MADE SEVERAL ATTEMPTS TO GAIN ENTRY TO THE HOME BY KNOCKING ON THE DOOR, BUT THEY REFUSED TO OPEN THE DOOR. AT THIS TIME I OBSERVED THROUGH THE WINDOWS A SHORT HISPANIC MALE LATER IDENTIFIED AS LUIS CENTENO PACING AROUND THE HOUSE SCREAMING AND YELLING. AT ONE POINT MR CENTENO CAME TO THE FRONT DOOR AND STATED FUCK OFF WE ARE HAVING A FAMILY PROBLEM AND AGAIN REFUSED TO OPEN THE DOOR. OFFICER MALENFANT OBSERVED THREE FEMALES THROUGH THE REAR WINDOW CRYING HYSTERICALLY AND ASKING FOR HELP. AT THIS TIME ONE OF THE CHILDREN CAME TO THE FRONT DOOR AND LET US IN THE HOUSE. WHEN WE ENTERED THE HOUSE (D1) CONTINUED TO YELL AT US ORDERING US TO LEAVE THE HOUSE. (D1)

| Investigating Officer's Signature | Reviewed By | |
|---|---|---|
| Ptl. Jeffrey A. Malenfant | | Page 1 of 2 |

# Lawrence Police Department
90 Lowell Street
Lawrence, MA 01840
(978) 794-5900

## Incident Report

| | |
|---|---|
| Log # | 01011412 |
| Domestic Dispute | YES |
| Floor or Apartment # | 1 |

| | |
|---|---|
| Date of Incident | THU 07/26/2001 |
| Time of Incident | 00:50 HRS |
| Type of Incident | ARREST |
| Location of Incident | 71 NESMITH STREET |
| Date Report Submitted | THU 07/26/2001 |
| Time of Report | 02:15 HRS |

WAS ASKED SEVERAL TIMES TO CALM DOWN AT WHICH TIME (D1) APPEARED EXTREMELY INTOXICATED AND VERY UPSET. WE ATTEMPTED TO PLACE (D1) UNDER ARREST AT WHICH TIME HE OUTRIGHT REFUSED. (D2) BEGAN KICKING OFFICER MALENFANT AND MYSELF SEVERAL TIMES. AFTER A BRIEF STRUGGLE WITH BOTH (DS) THEY WERE BOTH PLACED UNDER ARREST. AS WE BEGAN ESCORTING THEM OUT TO THE CRUISERS OUTSIDE THEY CONTINUED TO BE COMBATIVE. (D1) WAS PLACED INTO MY CRUISER AND BEGAN TO KICK AT THE REAR WINDOWS AND SMASHING HIS HEAD AGAINST THE BARS COVERING THE REAR WINDOWS. (D1) WAS SPRAYED BY MYSELF WITH DEPARTMENT ISSUED O.C. AFTER (D1) WAS SPRAYED HE ATTEMPTED TO EXIT THE REAR OF THE CRUISER AT WHICH TIME I STRUGGLED TO CLOSE THE DOOR STRIKING (D1) IN THE FACE WITH THE DOOR CAUSING A LACERATION TO (D1) MOUTH AND CHIPPING A TOOTH. BOTH (DS) WERE TRANSPORTED BACK TO LPD FOR BOOKING WHILE SGT FITZPATRICK REMAINED ON SCENE TO GATHER INFORMATION FROM (V) WHO WAS ASSAULTED BY (D1). DURING BOOKING PROCEDURES (D2) BECAME EXTREMELY COMBATIVE WHILE ATTEMPTING TO REMOVE HER HANDCUFFS, SHE ONCE AGAIN BEGAN KICKING OFFICER MALENFANT. AT THIS TIME (D2) WAS SPRAYED WITH DEPARTMENT ISSUED O.C. BY OFFICER MALENFANT THEN PLACED INTO A CELL WITHOUT BEING BOOKED DUE TO HER COMBATIVE NATURE. WHILE ATTEMPTING TO BOOK (D1) HE WAS ASKED SEVERAL TIMES TO GIVE US HIS NAME AND HE STATED HIS NAME WAS JUAN FELIX. THE INFORMATION GATHERED BY (V) INDICATED THAT (D1) REAL NAME WAS LUIS CENTENO WITH A D.O.B. OF 01-09-1968. SHE ALSO ADVISED THAT HE HAD SEVERAL OUTSTANDING WARRANTS. SGT FITZPATRICK OBSERVED RED FINGER MARKS ON (VS) LEFT UPPER ARM. (V) REFUSED MEDICAL ATTENTION. (V) WAS ALSO ADVISED OF HER 209A RIGHTS. BOTH (DS) WERE CHARGED ACCORDINGLY.

| Investigating Officer's Signature | Reviewed By |
|---|---|
| Ptl. Jeffrey A. Malenfant | |

| APPLICATION FOR COMPLAINT | ☒ ADULT ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|
| ☒ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRANT | | | | COURT DIVISION: Lawrence District Court, Fenton Judicial Center, 2 Appleton Street, Lawrence, MA 01840-1525 |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 7-26-01 | 7-26-01 | 71 Nesmith ST |

NAME OF COMPLAINANT: Ptl Nelson Potter / Ptl Jeff Matenfant

ADDRESS AND ZIP CODE OF COMPLAINANT: LPD

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Luis Centeno
71 Nesmith ST
Lawrence, MA 01841

| # | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1 | A & B Household | |
| 2 | Disorderly Person | |
| 3 | Resisting Arrest | |
| 4 | False Name to P.O. | |

COURT USE ONLY → A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | AT | ← COURT USE ONLY

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Maria Centeno | | | |
| 2 | 71 Nesmith St Lawrence, MA | | | |
| 3 | DOB 6-28-70 | | | |
| 4 | | | | |

OTHER REMARKS:

1-9-68

x M. Potter 177
SIGNATURE OF COMPLAINANT

### DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 1-9-66 | Florida | 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 | M | H | 5'6 | 130 | Bro | Blk |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| Landscaping | | Rosa | Inez |

### ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | **PROCESS TO ISSUE** ☐ Sufficient evidence presented ☐ Defendant failed to appear  **TYPE OF PROCESS** ☐ Warrant ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS:

DC-CR2 (3/88)

| CRIMINAL COMPLAINT | DOCKET NO. 0118 CR 5227 | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| COURT DIVISION **LAWRENCE** | NAME, ADDRESS AND ZIP CODE OF DEFENDANT Luis Centeno 71 Nesmith St. Lawrence, MA 01841 | | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. *lee* |
| DEFT. DOB AND SEX 1/9/68 male | OFFENSE CODE(S) 605,401,995b,910a | | |
| DATE OF OFFENSE(S) 7/26/01 | PLACE OF OFFENSE(S) Lawrence | | |
| COMPLAINANT William Lees for Nelson Potter | POLICE DEPARTMENT (if applicable) Lawrence | | |
| DATE OF COMPLAINT 7/26/01 | RETURN DATE AND TIME 7/26/01 | | |

**COUNT-OFFENSE**

**a. ASSAULT AND BATTERY c265 s13A**

did assault and beat Maria Centeno, Household Member, in violation of G.L. c.265, s.13A.

**COUNT-OFFENSE**

**b. DISORDERLY PERSON c272 s53**

was a disorderly person, in that he or she did, with purpose to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, engage in fighting or threatening, or in violent or tumultuous behavior, or did create a hazardous or physically offensive condition by an act that served no legitimate purpose of the defendant, in violation of the Common Law and G.L. c.272, s.53.

**COUNT-OFFENSE**

**c. RESISTING ARREST c.268 s.32B**

did knowingly resist arrest by Nelson Potter, a police officer acting under color of official authority by using or threatening physical force or otherwise creating a substantial risk of bodily injury, in violation of c.268 s.32B.

**COUNT-OFFENSE**

**d. GIVE FALSE NAME TO P.O. C268 S34**

did knowingly give a false name, to-wit: Juan Felix for the purpose of disguising himself/herself with intent to obstruct the due execution of the law and to hinder a police officer in the lawful performance of his/her duties, in violation of C268 S34.

| COMPLAINANT X William Lees | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X | ON (DATE) 7/26/01 | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| FIRST JUSTICE Michael T. Stella Jr. | | COURT ADDRESS 2 Appleton Street Lawrence, Ma. 01840-1525 | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |

| REASONS FOR ORDERING BAIL G. L. c. 276, § 58 | DOCKET NUMBER(S) 0118 5227 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| COURT DIVISION _Fuller_ | NAME OF DEFENDANT _Luis A. Centeno_ | AMOUNT OF BAIL _50,000/5,000_ |

## TO THE SUPERIOR COURT DEPARTMENT:

On this date the court denied the release of the above named defendant on personal recognizance without surety. A summary of the court's reasons therefor is evidenced by my marking one or more of the items listed below in Section I. A further explanation may appear in Section II. In the case of a revision of bail upwards, findings of fact do appear in Section II.

**SECTION I**

1. ☒ The nature and circumstances of the offense charged.
2. ☒ The potential penalty the defendant faces.
3. ☐ The defendant's family ties.
4. ☐ The defendant's financial resources and employment record.
5. ☐ The defendant's history of mental illness.
6. ☐ The defendant's reputation and length of residence in the community.
7. ☒ The defendant's record of convictions.
8. ☐ The defendant's present drug dependency or his or her record for illegal drug distribution.
9. ☐ The defendant's record of flight to avoid prosecution.
10. ☐ The defendant's fraudulent use of an alias or false identification.
11. ☒ The defendant's failure to appear at a court proceeding to answer to an offense.
12. ☐ The fact that the defendant's alleged acts involve "abuse" as defined in G.L. c. 209A, § 1.
13. ☐ The fact that the defendant's alleged acts constitute a violation of a temporary or permanent order issued under G.L. c. 208, § 18 or 34B; G.L. c. 209, § 32; G.L. c. 209A, § 3, 4 or 5; or G.L. c. 209C, § 15 or 20.
14. ☐ The defendant's history of orders issued against him or her under the aforementioned sections.
15. ☐ The defendant's status of being on bail pending adjudication of a prior charge.
16. ☒ The defendant's status of being on probation, parole or other release pending completion of sentence for any conviction.
17. ☐ The defendant's status of being on release pending sentence or appeal for any conviction.

**SECTION II**

Further explanation (and, in the case of a revision of bail upwards, findings of fact):

_Warrants Pending_

| JUSTICE X _[signature]_ | DATE _7/26/01_ |
|---|---|
| DC-CR 6 (9/99) | ☐ Continued on separate sheet |

# CRIMINAL DOCKET

| DOCKET NO. | ATTORNEY NAME |
|---|---|
| 0118 CR 5227 | Lee / Mahaney |

| COURT DIVISION | Interpreter Required (language:) | DATE & JUDGE | DOCKET ENTRY |
|---|---|---|---|
| LAWRENCE | | 7/26/01 Brennan<br>7/26/01 Brennan<br>7/26/01 Brennan | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft advised per 211D §2A<br>☐ Waiver of counsel found after colloquy<br>Terms of release set: $50,000 w/s<br>☐ PR ☑ Bail:  or $5,000<br>☐ Held (276 §58A)<br>☑ See back for special conditions 3A/AC<br>Arraigned and advised:<br>☑ Potential of bail revocation (276 §58)<br>☐ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10)<br>Advised of right to jury trial<br>☐ Does not waive<br>☐ Waiver of jury trial found after colloquy<br>Advised of trial rights as pro se (Supp.R. 4)<br>Advised of right of appeal to Appeals Ct (R. 28) |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Luis Centeno
71 Nesmith St.
Lawrence, MA 01841

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 1/9/68 male | 605, 401, 995b, 910a |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| 7/26/01 | Lawrence |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| William Lees for Nelson Potter | Lawrence |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 7/26/01 | 7/26/01 |

---

**COUNT-OFFENSE:** a. ASSAULT AND BATTERY c265 s13A

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT WAIVED

DISPOSITION DATE & JUDGE: 10-1-01 Welehn

DISPOSITION METHOD: (none checked)
FINDING: (none checked)

SENTENCE OR OTHER DISPOSITION:
☑ Dismissed upon: ☐ Request of Comm.  ☑ Failure to prosecute

---

**COUNT-OFFENSE:** b. DISORDERLY PERSON c272 s53

DISPOSITION DATE & JUDGE: 10-1-01 Welehn

☑ Dismissed upon: ☑ Failure to prosecute

---

**COUNT-OFFENSE:** c. RESISTING ARREST c268 s32B

DISPOSITION DATE & JUDGE: 10-1-01 Welehn

☑ Dismissed upon: ☑ Failure to prosecute

---

**COUNT-OFFENSE:** d. GIVE FALSE NAME TO P.O. c268 S34

DISPOSITION DATE & JUDGE: 10-1-01 Welehn

☑ Dismissed upon: ☑ Failure to prosecute

---

ADDITIONAL COUNTS ATTACHED

A TRUE COPY ATTEST: X  CLERK-MAGISTRATE/ASST. CLERK

COURT ADDRESS:
2 Appleton Street
Lawrence, MA 01840-1525

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 1 | 7/26/01 | ARR | ☐ Held ☐ Cont'd  $5,000 Cash | Brennan | | | |
| 2 | 8/22/01 | PTH | ☐ Held ☐ Cont'd  Bail Stands | Harrison | | | |
| 3 | 9-5-01 | PTH | ☐ Held ☐ Cont'd  Bail Stand | Flatley J. | | | |
| 4 | 10/1/01 | JT | ☐ Held ☐ Cont'd | | | | |
| 5 | | | ☐ Held ☐ Cont'd | | | | |
| 6 | | | ☐ Held ☐ Cont'd | | | | |
| 7 | | | ☐ Held ☐ Cont'd | | | | |
| 8 | | | ☐ Held ☐ Cont'd | | | | |
| 9 | | | ☐ Held ☐ Cont'd | | | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | |

ARR = Arraignment   PT = Pretrial hearing   CE = Discovery compliance & jury election   T = Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 9-5-01 | Court orders out of court compliance by 9-19-01   Jarasitis. |
| 10-1-01 | Officer Nelson Patter failed to appear - Indict on true date. |
| 7/15/03 | ATTY MAHANEY FILED APP |
| 5/26/04 | Motion for Habeas Denied Copies to A @ ECHC |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| PRETRIAL CONFERENCE REPORT | DOCKET NUMBER 0118 CR 5227 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| COURT DIVISION<br>Lawrence District Court<br>Fenton Judicial Center<br>2 Appleton Street<br>Lawrence, MA 01840-1525 | COMMONWEALTH VS _Luis Contera_<br>NAME OF DEFENDANT | |

### PRETRIAL CONFERENCE REPORT

A pretrial conference between the parties was conducted on _3-15_, 20_05_ with the following results:

**1. MANDATORY DISCOVERY FOR THE DEFENDANT.** See Mass. R. Crim. P. 14(a)(1). The Commonwealth has provided (will provide by _C/E_) the following if relevant and within the possession, custody or control of the prosecutor:
- ✓ written or recorded statements of the defendant
- ✓ any facts of an exculpatory nature

See Mass. R. Crim. P. 14(a)(2). The defendant has been permitted (will be permitted by _C/E_) to discover, inspect, and/or copy the following if within the possession, custody, or control of the prosecutor or persons under the prosecutor's direction and control:
- ✓ any material and relevant physical evidence and documents (specify) _to be introduced at trial_
- ✓ statements of persons as defined by Rule 14(d)
- ✓ reports of physical ~~or mental~~ examinations of any persons
- ✓ reports of scientific tests or experiments
- ✓ names, addresses and dates of birth of prospective witnesses

*Parties agree to an out of court compliance date, two weeks prior to trial.*

COMPLETED: YES___ NO ✓ COMPLIANCE DATE: _C/E_

**2. ADDITIONAL DISCOVERY FOR THE DEFENDANT.** The defendant has been permitted (will be permitted by _C/E_) to discover, inspect, and/or copy the following if within the possession, custody, or control of the prosecutor:

Agreed  Ordered  *C/W reserves the Rt to introduce evidence of bad acts + Excited utterances at trial*
- ✓ ___ substance of any oral statements made by the defendant
- ✓ ___ written or recorded statements of the co-defendant
- ✓ ___ substance of any oral statements made by the co-defendant
- ✓ ___ any promises, rewards, or inducements made to any witness
- n/a ___ copies of search warrants with the return and affidavits
- ✓ ___ names and addresses of expert witnesses and field of expertise
- ✓ ___ identification procedures *requests Booking photo's*
- ✓ ___ police reports —

COMPLETED: YES___ NO ✓ COMPLIANCE DATE: _C/E_

**3. RECIPROCAL DISCOVERY FOR THE PROSECUTION.** See Mass R. Crim. P. 14(a)(3). The prosecution has been permitted (will be permitted by _C/E_) to discover, inspect, and copy the following:

Agreed  Ordered  *all evidence discoverable under MRCP 14 + 23*
- ✓ ___ any material and relevant physical evidence and documents (specify) _to be introduced at trial_
- ✓ ___ statements of persons as defined by Rule 14(d)
- ✓ ___ reports of physical ~~or mental~~ examinations of any persons
- ✓ ___ reports of scientific tests or experiments
- ✓ ___ names, addresses and dates of birth of prospective witnesses

COMPLETED: YES___ NO ✓ COMPLIANCE DATE: _C/E_

**4. NOTICE OF ALIBI.** See Mass. R. Crim. P. 14(b)(1). The Commonwealth hereby notifies the defendant that the time, date and place of the alleged offense was as follows: _See Police Report_

DC-CB-23 (1/94)    (over)

Defendant agrees, if an alibi defense will be offered, to notify the Commonwealth in writing on or before _____, 20____ of the place or places at which the defendant claims to have been at the time of the alleged offense and the names, addresses and dates of birth of the defendant's alibi witnesses or may here so state. _____

The Commonwealth agrees to notify the defendant in writing on or before _2 wks prior to trial_, 20____ of the names, addresses and dates of birth of witnesses on which it relies to establish defendant's presence at the scene of the alleged offense or otherwise to rebut defendant's alibi defense.

**5. NOTICE OF OTHER DEFENSES**, Mass. R. Crim. P. 14(b)(2),(3). If the defendant intends to rely upon the defense of lack of criminal responsibility or upon a defense based upon a license, claim of authority or ownership, or exemption, defendant must notify the Commonwealth within seven days of today or may here so state. _2 wks prior to trial_

**6. OTHER DISCOVERY AGREEMENTS.** The parties agree to the following other matters relating to discovery:
Commonwealth to provide any "Prior Bad Acts" evidence it intends to introduce at trial no later than 2 wks prior to trial.

**7. MOTIONS.** Matters upon which the parties have not reached agreement which are to be the subject of motions:
Further Discovery, Motions in Limine
w/ proper notice to c/w

**8. STIPULATIONS OF FACT:**
None

**9. STATUS OF DEFENDANT.** The defendant (is) (is not) presently in custody at _____.

**10. INTERPRETER.** A _____ interpreter will be needed.

**11. STATUS OF CASE. (NOT BINDING)**
Estimated length of trial: _1 Day_
No. of Witnesses: Pros. ____  Def. _1-3_
Jury _✓_   Jury Waived ____   (Not binding)

**12. SUBSEQUENTLY DISCOVERED MATERIAL.** The undersigned acknowledge their continuing duties regarding discovery under Mass. R. Crim. P. 14 (a)(4).

**13. CERTIFICATION.** The undersigned certify that the above Pre-Trial Conference Report was agreed to on _8-15_, 20_01_ and that each party is bound by this report. This report shall control the subsequent course of the proceedings.

_____          _____
Ass't. District Attorney                    Defense Counsel
Police Prosecutor

_____
Defendant

**THIS REPORT HAS BEEN SUBMITTED IN ITS ENTIRETY AND ACCEPTED BY THE COURT. THE MATTER IS SCHEDULED FOR TRIAL ON**

_____, 20____ IN _____ Court

_____          SEP 0 5 2001
Signature of Justice                    Date