UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


LUIS A. CENTENO,

    VS.         PLAINTIFF.

                                        C.A. NO:# 2004-11381-MLW

NELSON POTTER,

                DEFENDANT.


<u>INTERROGATORIES OF PLAINTIFF, LUIS A. CENTENO,
REQUESTING IDENTIFICATION OF DOCUMENTS AND FOR
PRODUCTION OF DOCUMENTS PURSUANT TO
RULES 33, AND 34, FED.R.CIV.P.</u>


To: Matthew E. Dwyer, ESQ., Attorney At Law, One Center Plaza, Suite 360, Boston, Massachusetts 02108-1804.


    PLEASE TAKE NOTICEthat, pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant is hereby required to answer under oath the interrogatories setforth below to the extent permitted by Rule 26(e) F.R.C.P., these interrogatories are to be deemed continuing interrogatories and answers to them are to be supplemented promptly upon acquisition of further additional information.

I.

## DEFINITIONS
\*\*\*\*\*\*\*\*\*\*\*\*

A.  As used here, the words or terms "document" or "documents" include any written, printed, typed, computer generated or graphic matter of any kind or nature, however produced or reproduced now in possession, custody or control of a defendant, or in the possession, custody or control of the present or former officers, agents, representatives, employees of the defendant or any and all other persons acting in its or his/her behalf, including documents at any time in the possession, custody or control of such individuals or entities, or known by the defendant to exist, give the date of each document, the author of each document, the signer of each document, if any, the person to whom addressed, if any, any file, index, or other identifying number affixed to it and its general common generic name, and specify the person having costody or control of it. (Pursuant to Rule 34, F.R.C.P., the Plaintiff requests that a copy of each any every document identified be attached to or be served with the answer to these interrogatories.)

B.  As used here, the words or terms "Identify", "Identity", or Identification" when used in reference

to a natural person mean to state his/her full name and present or last known address. and his/her present or last known position and buisness affiliation; when used in reference to a document mean to state its date, its author, the type of document (e.g., letter, memorandum, telegram, chart, photograph, computer generated, sound reproduction, etc.) or, if the above information is not available, some other means of identifying it, and its present location and the name of each of its present custodians.  If any such document was but is no longer in your possession or subject to your control, or in existence, state whether it is (a) missing or lost, (b) has been destroyed, (c) has been transfered voluntarily or involuntarily to others, or (d) otherwise disposed of, and in each instance, explain the circumstances surrounding and authorization for such disposition of it and state the date or approximate date of it.

    C.  The words or terms "you" or "your" mean the defendants, their present and former members, officers, agents, employees, and all other persons acting or purporting to act on their behalf, including all present or former members, officers, agents, employees, and all other persons exercising or purporting to exercise discretion, making policy, and making decisions.

D. The words or terms "telephone communications" or "electronic communications" when used in reference to any and all types of communication devises (e.g. telephone systems, cellular telephone systems, e-mail via the internet, fax machines, give the name of the service provider, account numbers, identification of person listed on account, service (phone) number, persons names, addresses, that were parties to communications and the titles of those parties, the telehone number at which the person called was called from or was reached, and the substance (audio/digital recordings, notes, documents, etc.) of the communication.

E. The words or terms "person" or "persons" when used in reference to officers, agents, members, employees, and all other persons acting or purporting to act on a defendants behalf, including all present or former officers, agents, members, employees, and all other persons exercising or purporting to exercise discretion, making policy, and making decisions, give the full first, middle, and last names, date of births, ages, home and work addresses, social security numbers, employment, job title, rank, designation, date of employement, number of complaints filed against him/her, law suits filed against him/her, letters of repremand, letters of commendations, etc.

All interrogatories should be answered on the basis of defendant's knowledge or information and belief, including that of its officials, representatives, counsel members, employees, agents, officers part and present, and all other persons exercising or purporting to act on the behalf of the defendants, and contractors. If any answer is given on information and belief, such fact should be stated in the answer. In any information called for in an interrogatory is being withheld on the ground that it is subject to attorney-client privilege or any other privilege, state with respect to such interrogatory that information is being withheld and state the alleged ground of the privilege to include Massachusetts General Laws, Code of Massachusetts Regulations, Cite Case Law, Common Law, Policy or Custom relied upon.

PLAESE TAKE FURTHER NOTICE that, with regard to documents identified in the answers to interrogatories, plaintiff requests production of the matter identified in each such answer, pursuant to Rule 34, F.R.C.P. the plaintiff requests that a copy of each such document be attached to or served with the answer. Production shall take place at

the place at the institution that the plaintiff is confined MCI. Shirley, P.O. Box.1218 Harvard Road Shirley Ma. 01464. at _____ am/pm, on _____,2005, or at such other times as may be agreed on by both parties.

## II.
### INTERROGATORIES
****************

1. Identify all persons named in this action who are now, or were formerly, employed by the city of Lawrence as police officer(s). If so please state, identify, and produce documents for each employee or police officer:

(a) first, middle, and last name(s) date(s) of birth, height, color of eyes, color of hair, race, tattoo(s).

(b) home address, work adress, social security number, drivers licencenumber, badge number.

(c) date of application to city of lawrence, for employmentas lawrence police officer(s).

(d) criminal history record(s) searches maintained by the criminal history systems board and the department of justice.

2. Identify documents of contractual nature between the city of lawrence and person(s) named in this action who are now, or were formerly, employed by the city of lawrence as police officer(s). If so please state, identify, and produce these document(s).

3. Identify document(s) relative to all person(s) named in this action who are now, or were formerly, employed by the city of lawrence as police officer(s) in the nature of employment files, jackets, etc., maintained and document(S) contained in such files, jackets, etc. If so please state,identify, and produce document(s) for each employee or police officer(s) and person(s) named in this action.

4. Identify document(s) relative to all person(s) named in this action who are now, or were formerly, employed by the city of lawrence as police officer(s) in the nature education and or training received since the date of employment or application to the city of lawrence police department, in criminal justice, the laws of the commonwealth, common law, code of massachusetts regulations, policies, customs, common usages, but not limited to. If so please state,

identify, and produce document(s) for each employee or police officer(s) and person(s) named in this action.

5. Identify document(s) relative to all person(s) named in this action who are now, or were formerly, employedby the city of lawrence as police officer(s) in the nature of complaint(s) and letter(s) of reprimand filed by superior(s), c-oworkers, civilians, cictizen(s), city counsel member(s), business, or other person(s) against the city of lawrence and or its police officer(s). If so please state, identify, and produce document(s) for each employee or person(S) named in this action.

6. Identify document(s) relative to city of lawrence policies, Rules, Regulations, customs, Practices, which govern, direct and control the actions and performance of duties of all person(s) named in this action who are now, or were formerly, employed by the city of lawrence as police officer(S). If so please state, identify, and produce document(s) in possesion or control of the city of lawrence.

7. Identify document(s) relative in nature of all insurance company or companies that have in the past or present provided policies of insurance to include imdemnity insurance to the city of lawrence and all person(s) named in this action who are now, or were formerly, employed by the city of lawrence as police officer(s). If so please state, identify, and produce document(s) to include but not limited to full and complete policy or policies of insurance, to include all declarations page(s), jackets, riders, and endorcements in possesion or control of the city of lawrence.

8. Identify document(s) relative to all criminal and civil actions taken in any District Court, Superior Court, of the Commonwealth of Massachusetts or the United States District of Massachusetts in the nature of assault, assault and battery, excessive force, false arrest, false imprisonment, civil rights violation that the city of lawrence and or all person(s) named in this action who are now, or were formerly, employed by the city of lawrence as police officer(s). If so please state, identify, and produce all document(s) to include but not limited to

criminal complaint(s), indictment(s), motion(s),affidavits, statement(s), police report(s), narrative(s), dispositions, and civilaction cover sheet(s), docket entrie(s), civil complaint(s), interrogatorie(s), production of document(s), deposition(s) statement(s), motion(s) court ruling(s), decision(s), judgement(s), and award(s) in possesion or control of the city of lawrence.

9. Identify document(s) relative to plaintiff in the nature "911" call(s), telephone communication(s) by reporting person(s) or witnesses, reporting witnesses statement(s), police report(s), etc., to include arrest report(s), supplemental report(s), log book entrie(s), narrative(s), booking inventory sheet, personal effect sheet, application(s)for criminal complaint, criminal complaint, court appearance(s) of person(s), eletronic communication(s), radio transmission(s), handwritten note(s) or otherwise recorded note(s) made by the city of lawrence or all person(s) named in this action who are now, or were formerly, employed as police officer(s) by the city of lawrence. If so please state, identify, and produce document(s) in possesion of the city of lawrence and its agent(s),' employees.

REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby request's pursuant to L.R D.Mass 7.1(D) for oral argument on this Motion.

REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPU-AD TESTIFICANDUM

The plaintiff, luis A. Centeno, hereby request's that this honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

LOCAL RULE 7.1(A) (2)CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named Defendant, Nelson Potter, regarding the foregoing motion in good faith effort to narrow the issue and resolve the issue in this motion.

CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled CENTENO Vs.POTTER, No: # 04-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedures, one copy of the foregoing motion upon: Matthew E. Dwyer, Esquire. Dwyer, Duddy and Facklam Attorneys At Law, P.C. One Center Plaza, Suite 360 Boston Massachusetts. 02108-1804, by depositing the aforementioned documents in the institutional mail depository box, by first class mail postage prepaid on this 14Th day of February, 2006.

Luis A. Centeno, PRO-SE
P.O. Box. 1218
MCI. Shirley (Medium)
Shirley, Massachusetts.

01464