UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,  )
              Plaintiff,  )
vs.  )  C.A. NO:#04-11381-MLW
NELSON POTTER,  )
             Defendant.  )

Request For Default
RULE 55(A)

I, Luis A. Centeno, Undersigned For the above named Plaintiff' Luis A. Centeno State that the complaint in this action was filed on 06-10-2004, and summons and a copy of the complaint were served on the defendant(s) officer: Nelson Potter, on 02-23-05, as appears on the officers (defendants return reciept; and the defendant herin has failed to serve a responsive pleading or otherwise to defend as provided By: RULES OF CIVIL PROCEDURES RULE 55(A.)

Wherefore, I, Luis A. Centeno/PRO-SE Requests that this request for default be entered against the defendant Officer: Nelson Potter for not answering the judges order which is: To answer the Complaint against him Officer: Nelson Potter, By: 02-23-2006.

Wherefore, I Luis A. Centeno Asks That this request be allowed.

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby request's pursuant to L.R D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPU-AD TESTIFICANDUM

The plaintiff, luis A. Centeno, hereby request's that this honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1(A) (2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named Defendant, Nelson Potter, regarding the foregoing motion in good faith effort to narrow the issue and resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled CENTENO Vs.POTTER, No: # 04-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedures, one copy of the foregoing motion upon: Kathleen A. Pennini, Dwyer, Duddy and Facklam Attorneys At Law, P.C. One Center Plaza, Suite 360 Boston Massachusetts. 02108-1804, by depositing the aforementioned documents in the institutional mail depository box, by first class mail postage prepaid on this 2ND day of February, 2006.

Luis A. Centeno, PRO-SE
P.O. Box. 1218
MCI. Shirley (Medium)
Shirley, Massachusetts.

01464