Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

FILED
IN CLERKS OFFICE

2006 MAR 17 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

03/14/2006

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:   CENTENO cs. POTTER
      United States District Court
      No:#04-cv-11381-MLW

Dear Ms. Boyce:

Enclosed please find for filing the following:

Ms. Boyce please Send Me A Copy of Docket Entry #2004-CV.11381-MLW. As Soon As you Can Send it. Thank you Very Much.

Your prompt Response will be Very Much Appreciated.

Respectfully Submitted By.

Luis A. Centeno PRO-SE #W-84630
MCI Shirley, Medium # F-1.
                        # Cell-01
P.O. Box.1218
Harvard Road.
Shirley, MA. 01464.