Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

FILED
IN CLERKS OFFICE

2006 APR -4  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:  CENTENO cs. POTTER
     United States District Court
     No:#04-cv-11381-MLW

Dear Ms. Boyce:

Enclosed please find for filing the following:

Greetings.

The following is to let you know that at the moment the facility of MCI Shirley Medium is in lockdown and I have no access to the Law Library, Copier, or Typewriter, therefore to answer anything will be burdensome for me at the moment, if I send you any documents they will be handwritten.

Respectfully Submitted By:

Luis A. Centeno #W-84630

CC. Kathleen A. Pennini
Dwyer, Duddy and Facklam.
Attorneys At Law, P.C.
One Center Plaza, Suite #430
Boston, Massachusetts. 02108-1804.

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby request's pursuant to L.R D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPU-AD TESTIFICANDUM

The plaintiff, luis A. Centeno, hereby request's that this honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1(A) (2)CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named Defendant, Nelson Potter, regarding the foregoing motion in good faith effort to narrow the issue and resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled CENTENO Vs.POTTER, No: # 04-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedures, one copy of the foregoing motion upon: Kathleen A. Pennini,Dwyer, Duddy and Facklam Attorneys At Law, P.C. One Center Plaza, Suite 360 Boston Massachusetts. 02108-1804, by depositing the aforementioned documents in the institutional mail depository box, by first class mail postage prepaid on this _____ day of_____, 200__.

Luis A. Centeno, PRO-SE
P.O. Box. 1218
MCI. Shirley (Medium)
Shirley, Massachusetts.

01464