UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 13 P 2: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

LUIS A. CENTENO,
        Plaintiff,

vs.

NELSON POTTER,
        Defendant.

C.A. NO:#04-11381-MLW

## Motion to Appoint Counsel.

Now comes the above plaintiff in the above captioned matter and respectfully moves this Honorable Court to appoint counsel for plaintiff Luis A. Centeno due to plaintiff' innability to utilize the Law Library at MCI Shirley Medium, Shirley MA. At the present momen there's a lockdown in progress and the plaintiff need's legal assistance to meet the guide lines and orders of Judge: Mark L. Wolf.

Wherefore, I ask this motion be allowed.

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby request's pursuant to L.R D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPU-AD TESTIFICANDUM

The plaintiff, luis A. Centeno, hereby request's that this honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1(A) (2)CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named Defendant, Nelson Potter, regarding the foregoing motion in good faith effort to narrow the issue and resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled <u>CENTENO Vs.POTTER</u>, No: # 04-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedures, one copy of the foregoing motion upon: Kathleen A. Pennini,Dwyer, Duddy and Facklam Attorneys At Law, P.C. One Center Plaza, Suite 360 Boston Massachusetts. 02108-1804, by depositing the aforementioned documents in the institutional mail depository box, by first class mail postage prepaid on this \_10TH\_day of \_APRIL\_, 20\_06\_.

Luis A. Centeno, PRO-SE
P.O. Box. 1218
MCI. Shirley (Medium)
Shirley, Massachusetts.

01464