UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,                )
                    Plaintiff,  )
                                )
vs.                             )    C.A. NO:#04-11381-MLW
                                )
NELSON POTTER,                  )
                    Defendant.  )

## MOTION TO APPOINT COUNSEL PURSUANT TO 28 U.S.C. § 1915 (e) (1),

NOW COMES THE PLAINTIFF NAMED IN THE ABOVE CAPTIONED MATTER AND RESPECTFULLY MOVES THIS HONORABLE COURT TO APPOINT COUNSEL ON THE GROUNDS THAT THE FACILITY WHERE THE PLAINTIFF IS INCARCERATED DOES NOT HAVE A LAW LIBRARY OR ANY LEGAL ASSISTANCE TO THE PLAINTIFF THEREFORE, MAKING THE ABOVE CAPTIONED MATTER VERY COMPLEX FOR THE PLAINTIFF TO CONTINUE HIS OWN REPRESENTATION IN A PRO-Se FASHION THE PLAINTIFF RESPECTFULLY DIRECTS THE

ATTENTION OF THE COURT TO THE FOLLOWING CASE: <u>DESROSIERS V. MORAN</u>, 949 F. 2d 15, 23 (1st. Cir. 1991). MOREOVER, IT IS APPROPRIATE TO APPOINT COUNSEL ONLY IF THE PLAINTIFF DEMONSTRATES...

"EXCEPTIONAL CIRCUMSTANCES." <u>COOKISH V. CUNNINGHAM</u>, 787 F. 2d. 1, 2 (1st. Cir. 1986). TO DECIDE IF THE PLAINTIFF HAS DEMONSTRATED "EXCEPTIONAL CIRCUMSTANCES", THE COURT CONSIDERS THE COMPLEXITY OF THE ISSUES INVOLVED, THE CAPABILITY OF THE INDIGENT LITIGANT, AND WETHER THE PLAINTIFF IS ABLE TO CONDUCT FACTUAL INVESTIGATION NECESSARY TO SUPPORT HIS CLAIM. <u>Id.</u>

THE PLAINTIFF FURTHER STATES THAT BEING THAT THE CORRECTIONAL FACILITY: MCI-SHIRLEY LEVEL #3 HAS NO LEGAL LIBRARY