FILED
IN CLERKS OFFICE

2006 APR 27 A 9:12

U.S. DISTRICT COURT
DISTRICT OF MASS

04-20-2006
Luis A. Centeno

Dear Mrs. Kathleen Boyce Dkt-Clerk-MLW.
Greetings.

Ma'am I'm sending you this notice of change of address hoping that you can enter for me with the Court.

New Address:
Luis A. Centeno #W-84630
MCI Shirley.              #Unit-18.
P.O. Box. 1218           #13-D.
Shirley, MA 01464.

Thank you for your time and attention to this matter.

Respectfully Submitted By:
Luis A. Centeno, Pro-Se.

Luis A. Centeno, Pro-Se.
      vs.                    C.A. No. 2004-11381-MLW.
Nelson Potter