Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464

05/04/2006

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:    CENTENO  cs.  POTTER
       United States District Court
       No:#04-cv-11381-MLW

Dear Ms. Boyce:

        Enclosed please find for filing the following:

A letter to the Medical Dept /Dental Dept.
of Middleton, MA. With this letter I'm
attempting to produce the doctor whom
took care of my injuries which the Def.
Nelson Potter caused me in July, 26, 2001.
Thank you for your time and assistance.

Respectfully Submitted by:

PRO-SE
Luis A. Centeno. # W-84630
MCI Shirley, Minimum. #Unit#8.
P.O. Box. 1218        #13-D.
Shirley, MA. 01464.