05-04-2006
Luis A. Centeno

DEAR Sir/MAAM.

GREETINGS.

I HAD A DENTAL DOCTOR TAKE CARE OF AN INJURY WHICH RESULTED FROM AN ASSAULT DATING BACK TO July, 26th, 2001.

I need the File FROM July, 26th, 2001 And I need the Full Name of the Lady DOCTOR WHOM I GAVE CONSENT TO TO WORK ON MY Mouth.

I HAVE A LAWSUIT in the U.S. DISTRICT COURT In BOSTON, MA. And I need this INFORMATION WITHIN 30 DAYS. FROM: 05-07-2006 TO... 06-07-2006. Please.

I REPRESENT MYSELF IN A PRO-SE CAPACITY in THIS MATTER THAT'S WHY I ASK FOR THIS MYSELF.

In CLOSING THANK YOU VERY MUCH FOR YOUR TIME AND ATTENTION TO THIS MATTER.

CC. KATHLEEN BOYCE
DOCKET CLERK - MLW
UNITED STATES DIST. CT.
1. COURTHOUSE WAY.
SUITE 5110.
BOSTON, MA. 02210

Respectfully Submitted By.

Luis A. Centeno #W-84630
MCI SHIRLEY, Minimum. # UNIT #8
P.O. BOX. 1218     # 13-D.
SHIRLEY, MA. 01464.