```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


LUIS CENTENO,                    )
     Plaintiff                   )
                                 )
        v.                       )   C.A. No. 04-11381-MLW
                                 )
NELSON POTTER,                   )
     Defendant                   )
```

                      MEMORANDUM AND ORDER

WOLF, D.J.                                          May 19, 2006

   Pro se plaintiff Luis Centeno, an inmate confined at MCI Shirley, has filed a complaint alleging that defendant Nelson Potter, a police officer, beat him while arresting Centeno.

   The plaintiff has filed a Motion for Production of Documents (Docket No. 65) and a Request for Automatic Discovery (Docket No. 68), copies of which are attached to this order. Under Federal Rule of Civil Procedure 34, requests for the production of documents ordinarily do not need to be filed with the court and should be served directly on the opposing party. Therefore, the defendants shall produce the requested documents or notify the plaintiff why they object to the requests as required by Federal Rule of Civil Procedure 34, and the plaintiff's Motion for Production of Documents is MOOT.

   At the time the plaintiff filed his Request for Automatic Discovery (Docket No. 68), the court had already ordered automatic

discovery under Local Rule 26.2(A) to be completed by March 24, 2006. If the defendants have not complied with that deadline, the plaintiff should file a motion seeking to compel discovery.

                                           /s/ MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE