COMMONWEALTH OF MASSACHUSETTS
DISTRICT MASSACHUSETTS

Luis A. Centeno
    Vs.
Nelson Potter

C.A.No.#2004-11381-MLW

<u>Plaintiff, Luis A. Centeno's
Request for Automatic Discovery
Pursuant to Rule 26.2(A), L.R.D.Mass.</u>

    The plaintiff, Luis A. Centeno, hereby requests pursuant to Rule 26.2(A), L.R.D.Mass, from the defendant, Nelson Potter, Automatic Discovery Regarding his arrest on July,26,2001, as follows:

    (1.) Police Reports
    (2.) Incident Reports
    (3.) Booking Reports
    (4.) Booking Photos
    (5.) Medical Treatment Reports
    (6.) Application for Criminal Complaint

Date: 02-17th-2006

Luis A. Centeno/PRO-SE #W-84630
MCI Shirley Medium     #F-1Unit
P.O.BOX. 1218     #10-Top
Harvard Road
Shirley, Massachusetts. 01464

AFC/LAC
Regards

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby request's pursuant to L.R D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPU-AD TESTIFICANDUM

The plaintiff, luis A. Centeno, hereby request's that this honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1(A) (2)CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named Defendant, Nelson Potter, regarding the foregoing motion in good faith effort to narrow the issue and resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, plaintiff in this civil action entitled CENTENO Vs.POTTER, No: # 04-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedures, one copy of the foregoing motion upon: Kathleen A. Pennini,Dwyer, Duddy and Facklam Attorneys At Law, P.C. One Center Plaza, Suite 360 Boston Massachusetts. 02108-1804, by depositing the aforementioned documents in the institutional mail depository box, by first class mail postage prepaid on this 8 day of February, 2006.

Luis A. Centeno, PRO-SE
P.O. Box 1218
MCI. Shirley (Medium)
Shirley, Massachusetts.

01464