# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Pro- Se

Luis A. Centeno

     Plaintiff

   VS.                      C.A. No.  2004 - 11381 - MLW

Nelson Potter

     Defendant

## Motion to Compel pursuant to rule 37 (a) (2) Fed. Civ. P.

Now comes the plaintiff and respectfully moves this honorable court to grant this motion to compel for the following reasons: the defendant through his attorney(s) was served with a request for automatic discovery see: exhibit (a) which is attached. The plaintiff Luis A Centeno Pro-se: sent a copy of his (request for automatic discovery pursuant to rule 26 2 (a), L.R.D Mass. With the send date of: 02-17-2006, and the defendant through his lawyer(s) never complied so the defendant therefore is impeding the plaintiff's ability to ready himself for trial or accurately represent himself in this case.  Wherefore, the plaintiff ask's that this motion be allowed.

DATE: 06-09-2006

Respectfully Submitted.            PRo-Se .

Pro-Se

Luis A Centeno #W84630

MCI Shirley Level #3 Unit - 8

P.O. Box 1218

Shirley, MA 01464

LAC / Regards.

CC. Matthew E. Dwyer, ESQ.

   Kathleen A. Penni, ESQ.

   Dwyer Duddy and Facklam

   Attorneys At Law, P.C.

   One Center Plaza, Suite 360

   Boston, Massachusetts. 02108-1804

   File U.S. District Court

   Kathleen Boyce