UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>      Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>      Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY OF AUTOMATIC DISCLOSURES

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Compel. As grounds for this motion, the Defendant states as follows:

1. On January 19, 2006, the Court ordered that the parties made automatic disclosures by March 24, 2006.

2. The Defendant made its automatic disclosures to the Plaintiff in compliance with the Court's order. See Defendant's Automatic Disclosures, attached hereto as Exhibit 1.

3. By order dated May 19, 2006, the Court ordered the Defendant to respond to the Plaintiff's motion as a request for the production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

4. The Defendant is in the process of compiling its response to the Plaintiff's request for the production of documents, and in fact, sent much of the material requested as part of its automatic disclosures.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to compel automatic discovery.

        Respectfully submitted,
        For the Defendant,
        **Nelson Potter,**
        By his attorney,

        */s/ Kathleen A. Pennini*
        Kathleen A. Pennini (BBO# 654573)
        Dwyer, Duddy and Facklam
        Attorneys At Law, P.C.
        Two Center Plaza, Suite 430
        Boston, MA 02108

Dated: June 15, 2006        (617) 723-9777

## CERTIFICATE OF SERVICE

    I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on June 15, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,

        */s/ Kathleen A. Pennini*
        Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot.compel.auto.discovery.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>   Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>   Defendant. | C.A. No. 04-11381-MLW |

### AUTOMATIC DISCLOSURES OF DEFENDANT, NELSON POTTER

Now comes the Defendant, through undersigned counsel, to make the following disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2.

 A. The Defendant reasonably believes that the following individuals are likely to have discoverable information relative to the facts alleged in this case.

1. Nelson Potter, Lawrence Police Department, 90 Lowell Street, Lawrence, Massachusetts, 01840.

2. Jeff Malenfant, Lawrence Police Department, 90 Lowell Street, Lawrence, Massachusetts, 01840

3. James Fitzpatrick, Lawrence Police Department, 90 Lowell Street, Lawrence, Massachusetts, 01840

4. Richard Kirkham, Lawrence Police Department, 90 Lowell Street, Lawrence, Massachusetts, 01840

5. Luis Centeno, MCI-Shirley/Medium, P.O. Box 1218, Harvard Road, Shirley, MA 01464

6. Maria Centeno

7. Alexis Carpio

B.   The Defendant hereby produces copies of the following documents in accordance with Rule 26(a)(1)(B):

1. Incident Report of July 26, 2001;

2. Application for Complaint, dated July 26, 2001

The Defendant reserves the right to supplement this list as additional information becomes available.

Respectfully submitted,
For the Defendant,
**Nelson Potter,**
By his attorneys,

*Kathleen A. Pennini*
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Date: March 24, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served upon:

Luis Centeno
MCI-Shirley/Medium
P.O. Box 1218
Harvard Road
Shirley, MA 01464

by first class mail, postage pre-paid, this 24th day of March 2006.

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter03 11381MLW\pldgs\automatic.disclosures.doc

**APPLICATION FOR COMPLAINT**

☐ JUVENILE
☒ ARREST   ☐ HEARING   ☐ SUMMONS   ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

**Trial Court of Massachusetts — District Court Department**

COURT DIVISION: ☒ Lawrence District Court, Fenton Judicial Center, 2 Appleton Street, Lawrence, MA 01840-1525

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 7-26-01 | 7-26-01 | 71 Nesmith St |

NAME OF COMPLAINANT: Ptl Nelson Potter / Ptl Jeff Matenfant
ADDRESS AND ZIP CODE OF COMPLAINANT: LPD

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Luis Centeno
71 Nesmith St
Lawrence, MA 01841

| # | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1 | A & B Household | |
| 2 | Disorderly Person | |
| 3 | Resisting Arrest | |
| 4 | False Name to P.O. | |

A hearing upon this complaint application will be held at the above court address on ___ AT ___

**CASE PARTICULARS — BE SPECIFIC**

| NO. | NAME OF VICTIM | DESCRIPTION OF PROPERTY | VALUE OR PROPERTY Over or under $250 | TYPE OF CONTROLLED SUBSTANCE OR WEAPON |
|---|---|---|---|---|
| 1 | Maria Centeno | | | |
| 2 | 71 Nesmith St Lawrence, MA | | | |
| 3 | DOB 6-28-70 | | | |
| 4 | | | | |

OTHER REMARKS:

1-9-68

SIGNATURE OF COMPLAINANT: M. Potter 177

**DEFENDANT IDENTIFICATION INFORMATION** — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 1-9-66 | Florida | 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 | M | H | 5'6" | 130 | Bro | Blk |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| Landscaping | | Rosa | Inez |

**COURT USE ONLY**

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE ☐ Sufficient evidence presented ☐ Defendant failed to appear    TYPE OF PROCESS ☐ Warrant ☐ Summons returnable ___ | |
| | ☐ Continued to ___ | |

COMMENTS:

# Lawrence Police Department
## Incident Report

90 Lowell Street
Lawrence, MA 01840
(978) 794-5900

**Log #** 01011412

| Date of Incident | Time of Incident | Type of Incident | Location of Incident | Domestic Dispute | Floor or Apartment # |
|---|---|---|---|---|---|
| THU 07/26/2001 | 00:50 HRS | ARREST | 71 NESMITH STREET | YES | 1 |

| Date Report Submitted | Time of Report |
|---|---|
| THU 07/26/2001 | 02:15 HRS |

**Status Code:** C - Complainant   I - Interviewed   J - Juvenile   M - Missing   S - Suspect   V - Victim   W - Witness   O - Other   **Race Code:** W - White   H - Hispanic   B - Black

### PERSONS

| Status | Last Name | First Name | M.I. | Sex | Race | D.O.B. | Telephone | Address |
|---|---|---|---|---|---|---|---|---|
| C | MALENFANT | JEFF | | M | | | LPD | |
| C | POTTER | NELSON | | | | | LPD | |
| W | FITZPATRICK | JAMES SGT | | | | | LPD | |
| W | KIRKHAM | RICHARD | | | | | LPD | |

### ARRESTS

| # | Last Name | First Name | Sex | Race | D.O.B. | | Address |
|---|---|---|---|---|---|---|---|
| 1 | CENTENO | LUIS | M | H | 01/09/1968 | | 71 NESMITH ST LAWRENCE, MA |
| | **Charges** | DISORDERLY PERSON | | | | RESISTING ARREST | FALSE NAME TO PO |
| 2 | CARPIO | ALEXIS | F | B | 10/25/1970 | | 71 NESMITH ST LAWRENCE, MA |
| | **Charges** | DISORDERLY PERSON | | | | RESISTING ARREST | 2 COUNTS ABDW P.O SHODFOOT   1 COUNT A&B P.O |
| 3 | | | | | | | |
| | **Charges** | A&B HOUSEHOLD | | | | | |

### PROPERTY

Property Code: A - Abandoned   E - Evidence   F - Found   L - Lost   R - Recovered   S - Stolen   T - Towed   V - Vehicle   O - Other   D - Damaged   W - Suspect M/V

| Status | Qty | Property Code | Item/Brand/Model | Year | State Registration | Color | Characteristics - Serial or VIN | Est. Value |
|---|---|---|---|---|---|---|---|---|

### INCIDENT DETAILS

ON THE ABOVE DATE AND TIME OFFICER MALENFANT AND OFFICER POTTER WERE DISPATCHED TO 71 NESMITH STREET FOR A FIGHT. UPON ARRIVAL WE COULD HEAR PEOPLE SCREAMING AND YELLING AND ALSO CHILDREN CRYING FROM OUTSIDE OF THE HOUSE. WE MADE SEVERAL ATTEMPTS TO GAIN ENTRY TO THE HOME BY KNOCKING ON THE DOOR, BUT THEY REFUSED TO OPEN THE DOOR. AT THIS TIME I OBSERVED THROUGH THE WINDOWS A SHORT HISPANIC MALE LATER IDENTIFIED AS LUIS CENTENO PACING AROUND THE HOUSE SCREAMING AND YELLING. AT ONE POINT MR CENTENO CAME TO THE FRONT DOOR AND STATED FUCK OFF WE ARE HAVING A FAMILY PROBLEM AND AGAIN REFUSED TO OPEN THE DOOR. OFFICER MALENFANT OBSERVED THREE FEMALES THROUGH THE REAR WINDOW CRYING HYSTERICALLY AND ASKING FOR HELP. AT THIS TIME ONE OF THE CHILDREN CAME TO THE FRONT DOOR AND LET US IN THE HOUSE. WHEN WE ENTERED THE HOUSE (D1) CONTINUED TO YELL AT US ORDERING US TO LEAVE THE HOUSE.

| Investigating Officer's Signature | Reviewed By | |
|---|---|---|
| Ptl. Jeffrey A. Malenfant | | Page 1 of 2 |

# Lawrence Police Department
90 Lowell Street
Lawrence, MA 01840
(978) 794-5900

## Incident Report

Log # 01011412

| Date of Incident | Time of Incident | Type of Incident | Domestic Dispute |
|---|---|---|---|
| THU 07/26/2001 | 00:50 HRS | ARREST | YES |

| Date Report Submitted | Time of Report | Location of Incident | Apartment # | Floor or |
|---|---|---|---|---|
| THU 07/26/2001 | 02:15 HRS | 71 NESMITH STREET | 1 | |

WAS ASKED SEVERAL TIMES TO CALM DOWN AT WHICH TIME HE OUTRIGHT REFUSED. (D1) APPEARED EXTREMELY INTOXICATED AND VERY UPSET. WE ATTEMPTED TO PLACE (D1) UNDER ARREST AT WHICH TIME WE WERE ATTACKED BY (D2). (D2) BEGAN KICKING OFFICER MALENFANT AND MYSELF SEVERAL TIMES. AFTER A BRIEF STRUGGLE WITH BOTH (DS) THEY WERE BOTH PLACED UNDER ARREST. AS WE BEGAN ESCORTING THEM OUT TO THE CRUISERS OUTSIDE THEY CONTINUED TO BE COMBATIVE. (D1) WAS PLACED INTO MY CRUISER AND BEGAN TO KICK AT THE REAR WINDOWS AND SMASHING HIS HEAD AGAINST THE BARS COVERING THE REAR WINDOWS. (D1) WAS SPRAYED BY MYSELF WITH DEPARTMENT ISSUED O.C. AFTER (D1) WAS SPRAYED HE ATTEMPTED TO EXIT THE REAR OF THE CRUISER AT WHICH TIME I STRUGGLED TO CLOSE THE DOOR STRIKING (D1) IN THE FACE WITH THE DOOR CAUSING A LACERATION TO (D1) MOUTH AND CHIPPING A TOOTH. BOTH (DS) WERE TRANSPORTED BACK TO LPD FOR BOOKING WHILE SGT FITZPATRICK REMAINED ON SCENE TO GATHER INFORMATION FROM (V) WHO WAS ASSAULTED BY (D1). DURING BOOKING PROCEDURES (D2) BECAME EXTREMELY COMBATIVE WHILE ATTEMPTING TO REMOVE HER HANDCUFFS, SHE ONCE AGAIN BEGAN KICKING OFFICER MALENFANT. AT THIS TIME (D2) WAS SPRAYED WITH DEPARTMENT ISSUED O.C. BY OFFICER MALENFANT THEN PLACED INTO A CELL WITHOUT BEING BOOKED DUE TO HER COMBATIVE NATURE. WHILE ATTEMPTING TO BOOK (D1) HE WAS ASKED SEVERAL TIMES TO GIVE US HIS NAME AND HE STATED HIS NAME WAS JUAN FELIX. THE INFORMATION GATHERED BY (V) INDICATED THAT (D1) REAL NAME WAS LUIS CENTENO WITH A D.O.B. OF 01-09-1968. SHE ALSO ADVISED THAT HE HAD SEVERAL OUTSTANDING WARRANTS. SGT FITZPATRICK OBSERVED RED FINGER MARKS ON (VS) LEFT UPPER ARM. (V) REFUSED MEDICAL ATTENTION. (V) WAS ALSO ADVISED OF HER 209A RIGHTS. BOTH (DS) WERE CHARGED ACCORDINGLY.

Investigating Officer's Signature: Ptl. Jeffrey A. Malenfant

Reviewed By: