UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JUL 17 P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

LUIS A. CENTENO, )
          Plaintiff, )
                   )
vs.                   ) C.A. NO:#04-11381-MLW
                   )
NELSON POTTER, )
          Defendant. )

MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO RULE 6(b), FED.R.CIV.P.

The plaintiff, Luis A. Centeno, hereby moves this Honorable Court pursuant to Rule 6(b), of the Federal Rules of Civil Procedure for an enlargement of time of Thirty (30) days from 07-14-2006 to 10-14-2006 to file his WITNESS LIST OF EXPERTS WHICH I EXPECT TO TESTIFY in the Above Captioned MATTER.

Respectfully Submitted
by the Plaintiff,

_____
Luis A. Centeno, Pro Se
M.C.I. Shirley (Medium)
Harvard Road
P.O. Box 1218
Shirley, Massachusetts 01464

Date: 07-14-___, 2006

### REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby requests pursuant to L.R. D.Mass 7.1(D) for oral argument on this motion.

### REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

The plaintiff, Luis A. Centeno, hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

### LOCAL RULE 7.1 (A)(2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named defendant, Nelson Potter, regarding the foregoing motion in a good faith effort to narrow the issue and or resolve the issue in this motion.

### CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro Se, plaintiff in this civil action entitled Centeno vs. Potter, No:#04-cv-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedure, one copy of the foregoing motion upon: Kathleen A. Pennini, Dwyer, Duddy, and Facklam, One Cener Plaza, Suite #360, Boston, Massachusetts 02108-1804, by depostiting the aforementioned documents in the istitutional mail depository box, by first class mail postage prepaid on this 14th day of July, 2006.

_____
Luis A. Centeno, Pro-Se
MCI Shirley, Medium
P.O. Box 1218
Harvard Road
Shirley, Massachusetts
01464.

#W-84630
#A-1.
#Cell-3