## AFFIDAVIT IN SUPPORT

I, Luis Centeno plaintiff hereby swear and state under the pains and penalties of perjury to the best of my knowledge, information and my belief, the following:

1.) I am the plaintiff in the above captioned matter.

2.) I am requesting that the court allows the motion for enlargement of time pursuant to F.R.C.P. 6.(b). For the purposes for narrowing the issues in conflict.

3.) I am currently confined to MCI Shirley medium and my personal movement is restricted.

4.) The motion for enlargement of time I believe will assist me in narrowing the scope of inquiry prior to trial.

This my affidavit is signed as stated penalties above

DATE: 07-13-, 2006

Respectfully,
Luis A. Centeno #W-84630
# A-1
MCI Shirley, Medium # Cell-3
P.O. Box 1218
Harvard Road.
Shirley, MA. 01464.

C.A. No: 2004-11381-MLW.