UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 17 P 3:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

LUIS A. CENTENO,
        Plaintiff,

vs.

NELSON POTTER,
        Defendant.

C.A. NO: #04-11381-MLW

## MOTION TO ALLOW THE PLAINTIFF (50) ADDITIONAL QUESTIONS TO INTERROGATORIES, PURSUANT TO F.R.C.P. 26.(b.)(2.) LIMITATIONS.

NOW COMES THE ABOVE PLAINTIFF AND RESPECTFULLY MOVES MOST HONORABLE COURT TO GRANT THIS MOTION ON THE GROUNDS THAT: PLAINTIFF PROBABLY WILL NOT BE ABLE TO SET UP A PHYSICAL DEPOSITION OF THE DEFENDANT. PLAINTIFF REQUESTS AN ADDITIONAL SERIES OF (50) INTERROGATORIES OF THE DEFENDANT BASED ON THE CIRCUMSTANCES OF THE PLAINTIFFS CONFINEMENT.

C.A. NO: 04-11381-MLW.

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT ALLOW (50) ADDITIONAL QUESTIONS TO INTERROGATORIES TO BE ANSWERED BY THE DEFENDANT. TIME FRAME TO BE DETERMINED BY THE COURT.

WHEREFORE, THE PLAINTIFF ASKS THAT THIS MOTION BE ALLOWED.

Respectfully Submitted By:

[signature]

PRO-SE
Luis A. Centeno #W-84630
MCI Shirley, Medium #A-1.
P.O. Box 1218        #Cell-3
Harvard Road
Shirley, MA. 01464.

DATED: 07-13-2006

### REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby requests pursuant to L.R. D.Mass 7.1(D) for oral argument on this motion.

### REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

The plaintiff, Luis A. Centeno, hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

### LOCAL RULE 7.1 (A)(2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named defendant, Nelson Potter, regarding the foregoing motion in a good faith effort to narrow the issue and or resolve the issue in this motion.

### CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro Se, plaintiff in this civil action entitled Centeno vs. Potter, No:#04-cv-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedure, one copy of the foregoing motion upon: Kathleen A. Pennini, Dwyer, Duddy, and Facklam, One Cener Plaza, Suite #360, Boston, Massachusetts 02108-1804, by depostiting the aforementioned documents in the istitutional mail depository box, by first class mail postage prepaid on this 13 day of July, 2006.

Luis A. Centeno, Pro-Se #W-84630
#A-1,
#Cell-3
MCI Shirley, medium
P.O. Box 1218
Harvard Rd.
Shirley, MA.
01464.