## AFFIDAVIT IN SUPPORT

I, Luis A. Centeno hereby swear and state under the pains and penalties of perjury to the best of my knowledge, information and my belief, the following:

1.) I am the plaintiff in the above case.

2.) I am requesting responses to (50) additional interrogatories, for the purposes of narrowing the issues of the conflict.

3.) I am currently confined to MCI Shirley Medium and my personal movement is restricted.

4.) The (50) additional questions I believe will assist me in narrowing the scope of inquiry prior to trial.

This my affidavit is signed as stated penalties above.

DATE: 07-13-2006.

Respectfully Submitted By:
Luis A. Centeno
PRO-SE
Luis A. Centeno #W-84630
MCI Shirley, Medium.
P.O. Box 1218
Harvard Rd.
Shirley, MA. 01464.

C.A. No. 04-11381-MLW