## AFFIDAVIT IN SUPPORT

I, Luis A. Centeno hereby swear and state under the pains and penalties of perjury to the best of my knowledge, information and my belief, the following:

1.) I AM THE PLAINTIFF IN THE ABOVE CASE.

2.) I AM REQUESTING THAT THE HONORABLE COURT ALLOW THE MOTION TO TAKE DEPOSITION UPON WRITTEN QUESTIONS FOR THE PURPOSES OF NARROWING THE ISSUES OF THE CONFLICT.

3.) I AM CURRENTLY CONFINED TO MCI SHIRLEY MEDIUM AND MY PERSONAL MOVEMENT IS RESTRICTED.

4.) THE REQUEST/MOTION TO TAKE DEPOSITION I BELIEVE WILL ASSIST ME IN NARROWING THE SCOPE OF INQUIRY PRIOR TO TRIAL.

This my affidavit is signed as stated penalties above.

DATE! _____ 2006.

Respectfully Submitted By:

Luis A. Centeno  Pro-Se  #W84630
MCI Shirley, Med.  #A-1.
P.O. Box. 1218      #Cell-3
Harvard Road.
Shirley, MA. 01464.