Luis A. Centeno
M.C.I. Shirley (Medium)
P.O. BOX. 1218
Harvard Road
Shirley, Massachusetts. 01464

FILED
IN CLERKS OFFICE

2006 JUL 26  A 10: 22

07/13/ 2006
U.S. DISTRICT COURT
DISTRICT OF MASS

Kathleen A. Pennini
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
One Center Plaza, Suite 360
Boston, Massachusetts. 02108-1804

Re:    CENTENO Vs. POTTER
       United States District Court
       No: #04-11381-MLW

Dear Pennini: For your perusal you will find the following:

(1.) A copy of plaintiffs Motion To Take Deposition upon written Questions, pursuant to Rule 31 (a)(2) of the F.R.C.P.

(2.) Certificate of Service.

(3.) Affidavit in Support.