FILED
CLERKS OFFICE

2006 JUL 26  A 10: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

07-11-2006

Luis A. Centeno

DEAR KATHLEEN BOYCE /DOCKET CLERK- MLW

GREETINGS

I'd like FoR You To Send Me A Copy
OF The DOCKET ENTRY: C.A. No: 2004-11381-MLW.
CenTeno Vs. poTTeR.

And I'M SORRY IF I'M BoTheRING FoR
iT is NoT My INTeNTioN BuT, I'd Like
A STaTus Review OF A MoTioN To Compel
DATED: 06-09-2006. Thank You Very
FoR YouR TiMe And ATTenTioN.

Respectfully.

Luis A. CenTeno PRO-Se
                              #84630
                              #A-1.
McI Shirley, MeDiuM  #Cell-3
P.O. Box. 1218
HARVARD RoaD.
DATED: 07-11-06   Shirley, MA. 01464.