UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>　　　　Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION FOR AN ADDITIONAL FIFTY (50) INTERROGATORIES TO DEFENDANT, NELSON POTTER

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Allow the Plaintiff Fifty (50) Additional Questions to Interrogatories Pursuant to F.R.C.P. 26(b)(2) Limitations. As grounds for this motion, the Defendant states as follows:

1. The Plaintiff has already served two (2) sets of Interrogatories to the Defendant.

2. The Plaintiff has already propounded a number of Interrogatories well in excess of the number of Interrogatories permitted by F.R.C.P. 33.

3. The Plaintiff has also requested permission of the Court to take the deposition of the Defendant upon written questions pursuant to F.R.C.P. 31.

4. To allow the Plaintiff leave to propound an additional fifty (50) interrogatories upon the Defendant would serve only to add unreasonable expense in this litigation

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to propound an additional fifty (50) questions upon the Defendant.

                                            Respectfully submitted,
                                            For the Defendant,
                                            **Nelson Potter,**
                                            By his attorney,

_/s/ Kathleen A. Pennini_
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
Dated: July 31, 2006                              (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on July 31, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,

                                            _/s/ Kathleen A. Pennini_
                                            Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot.add.50.ints.doc