UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,                              ) | |
|        Plaintiff,                              ) | |
|                                      ) | |
| v.                                            ) | C.A. No. 04-11381-MLW |
|                                      ) | |
| NELSON POTTER,                               ) | |
|        Defendant.                              ) | |

## OPPOSITION TO PLAINTIFF'S MOTION TREAT RULE 31(a)(3) DEPOSITION UPON WRITTEN QUESTIONS AS INTERROGATORIES

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion Pursuant to Rule 31 (a)(2) to Take Deposition Upon Written Questions to the extent that the Plaintiff seeks to treat the Rule 31 (a)(2) Deposition as additional interrogatories or seeks to be relieved of the cost of a stenographer  As grounds for this motion, the Defendant states as follows:

1.    The Plaintiff has already served two (2) sets of Interrogatories to the Defendant.

2.    The Plaintiff has already propounded a number of Interrogatories well in excess of the number of Interrogatories permitted by F.R.C.P. 33.

3.    The Plaintiff has also requested permission of the Court for leave to serve an additional fifty (50) interrogatories upon the Defendant

4.    F.R.C.P. 31 requires that a deponent answer the written questions before an officer, such as a stenographer, who would record the deposition.

5.    By his motion, the Plaintiff seeks to take a deposition of the Defendant upon written questions without the presence of an officer.

6.    The Defendant is not required to fund a deposition noticed by the Plaintiff.

7.    To allow the Plaintiff leave to depose the Defendant by written questions

in the manner proposed by the Plaintiff would essentially allow the

Plaintiff to propound an infinite number of additional interrogatories upon

the Defendant and would serve only to add unreasonable expense in this

litigation.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the

Plaintiff's motion pursuant to Rule 31(a)(2) to take deposition upon written questions in

the manner proposed by the Plaintiff.

Respectfully submitted,
For the Defendant,
**Nelson Potter,**
By his attorney,


Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: July 31, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy
of the foregoing document, via first class mail, on July 31, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,


Kathleen A. Pennini