UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,      Plaintiff,

vs.                                C.A. NO:#04-11381-MLW

NELSON POTTER,        Defendant.

## MOTION TO ALLOW THE PLAINTIFF (50) ADDITIONAL QUESTIONS TO INTERROGATORIES, PURSUANT TO F.R.C.P. 26.(b.)(2.) LIMITATIONS.

NOW COMES THE ABOVE PLAINTIFF AND RESPECTFULLY MOVES MOST HONORABLE COURT TO GRANT THIS MOTION ON THE GROUNDS THAT: PLAINTIFF PROBABLY WILL NOT BE ABLE TO SET UP A PHYSICAL DEPOSITION OF THE DEFENDANT. PLAINTIFF REQUESTS AN ADDITIONAL SERIES OF (50) INTERROGATORIES OF THE DEFENDANT BASED ON THE CIRCUMSTANCES OF THE PLAINTIFFS CONFINEMENT.

C.A. NO: 04-11381-MLW.

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT ALLOW (50) ADDITIONAL QUESTIONS TO INTERROGATORIES TO BE ANSWERED BY THE DEFENDANT. TIME FRAME TO BE DETERMINED BY THE COURT.

WHEREFORE, THE PLAINTIFF ASKS THAT THIS MOTION BE ALLOWED.

Respectfully Submitted By:

PRO-SE
Luis A. Centeno #W-84630
MCI Shirley, Medium #A-1.
P.O. Box. 1218          #Cell-3
HARVARD ROAD
SHIRLEY, MA. 01464.

DATED: 07-13-2006.