UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS A. CENTENO,
                 Plaintiff,

vs.                            C.A. NO:#04-11381-MLW

NELSON POTTER,
                 Defendant.

## PLAINTIFF' MOTION PURSUANT TO RULE 31(a)(2) TO TAKE DEPOSITION UPON WRITTEN QUESTIONS.

NOW COMES THE PLAINTIFF AND REQUESTS THAT THIS MOST HONORABLE COURT ALLOW PLAINTIFF TO PROCEED WITH THE DEPOSITION OF DEFENDANT, BY WAY OF RULE 31(a)(2) WRITTEN QUESTIONS.

BASED ON THE PLAINTIFF'S STATE OF INCARCERATION WITHIN THE D.O.C., THE PLAINTIFF WILL NOT LIKELY OBTAIN APPROVAL OF THE SUPERINTENDENT OF SHIRLEY MEDIUM TO PERFORM PHYSICAL DEPOSITION, NOR DOES THE PLAINTIFF HAVE FUNDS FOR STENOGRAPHER, THE WRITTEN QUESTIONS POSED TO THE DEFENDANT WOULD ALSO RELIEVE THE D.O.C. COSTS IN GRANTING A PHYSICAL DEPOSITION. PLAINTIFF REFERS TO ATTACHED AFFIDAVIT TO FURTHER SUPPORT HIS MOTION.

THEREFORE, THE PLAINTIFF RESPECTFULLY ASKS/REQUESTS THAT HE BE ALLOWED TO PERFORM THE DEPOSITION ON THE DEFENDANT BY WRITTEN QUESTION IN THE INTEREST OF FAIRNESS OF BOTH PARTIES AND THE RELATED COST OF A PHYSICAL DEPOSITION.

WHEREFORE, THE PLAINTIFF ASK'S THAT THIS MOTION BE ALLOWED.

DATED: 07-13-2006

Respectfully Submitted:

Luis A. Centeno PRO-SE.
#W-84630
MCI Shirley, Medium #A-1.
#Cell-3
P.O. BOX. 1218
HARVARD ROAD
SHIRLEY, MA. 01464.