## AFFIDAVIT IN SUPPORT

I, Luis A. Centeno hereby swear and state under the pains and penalties of perjury to the best of my knowledge, information and my belief, the following:

1.) I am the plaintiff in the above case.

2.) I am requesting responses to (50) additional interrogatories, for the purposes of narrowing the issues of the conflict.

3.) I am currently confined to MCI Shirley Medium and my personal movement is restricted.

4.) The (50) additional questions I believe will assist me in narrowing the scope of inquiry prior to trial.

This my affidavit is signed as stated penalties above.

DATE: 07-13-2006.

Respectfully Submitted by:
*Luis A. Centeno* (Pro-Se)
Luis A. Centeno #W-84630
MCI Shirley, Medium.
P.O. Box 1218
Harvard Rd.
Shirley, MA. 01464.

C.A. No. 04-11381-MLW

## REQUEST FOR ORAL ARGUMENT

The plaintiff, Luis A. Centeno, hereby requests pursuant to L.R. D.Mass 7.1(D) for oral argument on this motion.

## REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

The plaintiff, Luis A. Centeno, hereby requests that this Honorable Court issue a Writ of Habeas Corpus Ad-Testificandum to the Superintendent at his place of confinement at the address below.

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

The plaintiff, Luis A. Centeno, Pro-Se, litigant, hereby certify that I have attempted to confer with the attorney of record for the named defendant, Nelson Potter, regarding the foregoing motion in a good faith effort to narrow the issue and or resolve the issue in this motion.

## CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro Se, plaintiff in this civil action entitled <u>Centeno vs. Potter</u>, No:#04-cv-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil Procedure, one copy of the foregoing motion upon: Kathleen A. Pennini, Dwyer, Duddy, and Facklam, One Cener Plaza, Suite #360, Boston, Massachusetts 02108-1804, by depositing the aforementioned documents in the istitutional mail depository box, by first class mail postage prepaid on this _____ day of July, 2006.

Luis A. Centeno, Pro-Se
#W-84630
#A-1
#cell-3
MCI Shirley, medium
P.O. Box 1218
Harvard Rd.
Shirley, MA.
01464.