#3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis A. Centeno/Pro-Se
       Plaintiff
Vs.
                    C.A. No. 2004-11381-MLW
Nelson Potter
     Defendant

## PLAINTIFFS CLARIFICATIONS OF HIS MOTIONS IN RESPONSE TO DEFENDANTS OPPOSITION TO RULE 31(a)(3).

1.) Defendant believes this deposition upon written questions are interrogatories which they clearly are not to be or misconstrued as interrogatories.

2.) The plaintiff is reducing the states cost in transportation, security, by taking the deposition upon written questions from the plaintiff posed to the defendant which will save the defendant cost's dealing with travel expenses and the cost of purchasing a transcript of an oral deposition,

3.) Under rules of the federal civil procedures this form of deposition Pursuant to Rule 31(a)(3) is much more reasonable and in favor of the defendant himself, The Dept. of Corrections, The Court itself and of course The Plaintiff.

Plaintiff submits this clarification notice as a good faith effort to limit cost's on all parties incuding the D.O.C. to expedite the adjudication of this case within the Rules of Federal Procedures.

Dated: 08-04-2004

Respecfully Submitted By:
Luis A. Centeno/Pro-Se

# DWYER, DUDDY and FACKLAM
## ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

*Attachment of 4 #*

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN P. FOX
†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

July 31, 2006

Luis Centeno
# 484630
MCI-Shirley
Harvard Road
P.O. Box 1218
Shirley, MA 01464

Re:  **Centeno v. Potter**
     C.A. No. 04-11381-MLW

Dear Mr. Centeno:

Enclosed please find the following:

1. Opposition To Plaintiff's Motion Treat Rule 31(a)(3) Deposition Upon Written Questions As Interrogatories

2. Opposition To Plaintiff's Motion For Permission For An Additional Fifty (50) Interrogatories To Defendant, Nelson Potter

Thank you for your attention to this matter.

Very truly yours,

Kathleen A. Pennini

cc: Nelson Potter, LPD
    James Bowers, Esq.

KAP/cjc
Enclosures
F:\LPA\Potter0311381MLW\ltrs\07.31.06.centenoencdocs.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

#4

| | |
|---|---|
| LUIS A. CENTENO,<br>  Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 04-11381-MLW |
| NELSON POTTER,<br>  Defendant. | )<br>)<br>)<br>) |

### OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION FOR AN ADDITIONAL FIFTY (50) INTERROGATORIES TO DEFENDANT, NELSON POTTER

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Allow the Plaintiff Fifty (50) Additional Questions to Interrogatories Pursuant to F.R.C.P. 26(b)(2) Limitations. As grounds for this motion, the Defendant states as follows:

1. The Plaintiff has already served two (2) sets of Interrogatories to the Defendant.

2. The Plaintiff has already propounded a number of Interrogatories well in excess of the number of Interrogatories permitted by F.R.C.P. 33.

3. The Plaintiff has also requested permission of the Court to take the deposition of the Defendant upon written questions pursuant to F.R.C.P. 31.

4. To allow the Plaintiff leave to propound an additional fifty (50) interrogatories upon the Defendant would serve only to add unreasonable expense in this litigation

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to propound an additional fifty (50) questions upon the Defendant.

        Respectfully submitted,
        For the Defendant,
        **Nelson Potter,**
        By his attorney,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: July 31, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on July 31, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot.add.50.ints.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

#5

| | |
|---|---|
| LUIS A. CENTENO,<br>  Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 04-11381-MLW |
| | ) |
| NELSON POTTER,<br>  Defendant. | )<br>) |

**OPPOSITION TO PLAINTIFF'S MOTION TREAT RULE 31(a)(3) DEPOSITION UPON WRITTEN QUESTIONS AS INTERROGATORIES**

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion Pursuant to Rule 31 (a)(2) to Take Deposition Upon Written Questions to the extent that the Plaintiff seeks to treat the Rule 31 (a)(2) Deposition as additional interrogatories or seeks to be relieved of the cost of a stenographer  As grounds for this motion, the Defendant states as follows:

1. The Plaintiff has already served two (2) sets of Interrogatories to the Defendant.

2. The Plaintiff has already propounded a number of Interrogatories well in excess of the number of Interrogatories permitted by F.R.C.P. 33.

3. The Plaintiff has also requested permission of the Court for leave to serve an additional fifty (50) interrogatories upon the Defendant

4. F.R.C.P. 31 requires that a deponent answer the written questions before an officer, such as a stenographer, who would record the deposition.

5. By his motion, the Plaintiff seeks to take a deposition of the Defendant upon written questions without the presence of an officer.

6. The Defendant is not required to fund a deposition noticed by the Plaintiff.