United States District Court
District Of Massachusetts

Luis A. Centeno/Pro-Se
         Plaintiff
Vs.                    C.A. No:2004-11381-MLW
Nelson Potter<sub>Defendant</sub>

6.) <u>Request for Hearing if The Court Requires Verbal clarification and argument on The Plaintiff's Position on Additional interrogatories and Deposition Upon Written Questions.</u>

7.) Cerificate of Service.

   please ensure filing and docketing of the forementioned
   (<u>7</u>) Documents and ensure<u>That the Plaintiff be Habed in if a</u>
       <u>if a Hearing is Needed.</u>

   Thank you for your time and attention to this matter.

                         Very truly yours

                         Luis A. Centeno/Pro-Se
Date: 08-04-2006

cc. peNNiNi. ESQ.