UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis A. Centeno/Pro se

    Vs.    Plaintiff

Nelson Potter

        Defendant

C.A. No:04-11381-MLW

MOTION FOR ENLARGEMENT OF TIME PURSUANT TO RULE 6(b) OF THE FED,CIV, PROCEDURES.

The Plaintiff, Luis A. Centene, hereby moves this honorable court pursuant to Rule 6(b) of the Fderal civ, Porc. for enlargement of time for the trial of this case.
the time requested would be September, 2007. please see attached affidavit of the plaintiff in further support of this motion to continue the case until September, 2007.

Therefore; The plaintiff respecfully requests that this honrable court allow the continunace of this case and that the trial time be granted in September, 2007.

Certificate of service
I, hereby certify that I have served the defendant this motion by U.S. Pre-paid mail

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Luis A. Centen/Pro se

Respecfully Submitted By
Luis A. Centeno/Pro Se
MCI Shirley, Medium
P.O.BOX.1218
harvard Road
Shirley, Ma. 01464