AFFIDAVIT IN SUPPORT

I, Luis A. Centeno, swear and affirm under the pains and penalties of purjury to the best of my information, understanding, and knowledge the foregoing statement are true and accurate as follows:

1.) I am a party in the civil action No;2004-11381-MLW and Pro se,
2.) I am currently an inmate at Shirley Medium,
3.) I will be released frcm my incarceration in September of 2007,
4.) Based on my incarceration the discovery process inthis case as stated above is slow a but proceeding along,
5.) There has been a settlement offer by the defendant and I and the defendant are in negotiations,
6.) I have requested medical documentations with regards from two seperate agencies,
7.) I need to postpone the trial of this case until September, 2007,
8.) I have been interviewing attornies to handle this litigation however it is dificult to hire a liability attorney given my current status of incarceration,
9.) The defendant will not be prejuduced in approximately 12 month delat,
10.) During that period of time the defendant and I can negotiate a reasonable settlement which will meet the needs of both parties,
11.) this will also allow me time based on the scheduling of the D.O.C. institution to gain access to the law library and prepare pre-trial motions that will be needed to obtain discovery and any other procedural issues that might arise in the process to prepare for trial of this case.



DATE - C8-11-CG