UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 AUG 17  A 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| LUIS A. CENTENO,           Plaintiff, | |
| vs. | C.A. NO:#04-11381-MLW |
| NELSON POTTER,           Defendant. | |

## MOTION TO COMPEL PURSUANT TO RULE 37(a)(2) OF THE FEDERAL RULES OF, CIVIL PROCEDURES.

Now comes the plaintiff and respectfully moves this most honorable court to grant this motion to compel for the following reasons: the defendant through his attorney(s) was served with a Request for Admissions pursuant to Rules of civil procedures 31(a)(2) on: 07-13-2006 and the defendant has failed to answer to this request on a timely manner, the defendant was clearly asked to respond to the above REQUEST FOR ADMISSIONS by (30) day(s) of date of service.
Therefore the defendant has not complied with the Rules of federal procedures, the plaintiff will do everything in his power and within the laws of the Federal Rules of Civil Procedures to meet all deadlines/guidelines if not the defendant will seek a dismissal

Wherefore, the plaintiff ask(s) that this motion be allowed by way of judgement to plaintiff for defendant(s) not following the Rules of Civil Procedures.

SEE; EXHIBIT (a) Request for admissions.