EXHIBIT (A)

FILED
UNITED STATES DISTRICT COURT IN CLERKS OFFICE

DISTRICT OF MASSACHUSETTS

2006 AUG 17 A 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

Luis A. Centeno    Pro-se

      Plaintiff

  Vs.                          C.A. No:2004-11381-MLW

Nelson Potter

      Defendant

### AFFIDAVIT IN SUPPORT

I, Luis A. Centeno hereby swear and state under the pains and penalties of perjury to the best of my knowledge, information and my belief, the following:

1.) I'am the plaintiff in the above captioned matter.

2.) I'am requesting the answer to the **REQUEST FOR ADMISSIONS** I sent the defendant through his attorney(s) on 07-13-2006 for the purpose of narrowing the issues of conflicts.

3.) I'am currently confined to MCI Shirley Medium and my personal movement is restricted.

4.) The answer to these **REQUESTED ADMISSIONS** I believe will assist me in narrowing the scope of inquiry prior to trial.

This affidavit is signed as stated penalties above.

Dated:08-15-2006              Respectfully Submitted By:

                                    Luis A. Centeno/Pro-se #W-84630

                                    MCI Shirley Medium      #F-1

                                    P.O.BOX. 1218          #Cell-17

                                    Harvard Road

                                    Shirley, Massachusetts. 01464

AFC:LAC