UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>      Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>      Defendant. | C.A. No. 04-11381-MLW |

## OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL REQUESTS FOR ADMISSIONS

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Compel. As grounds for this motion, the Defendant states as follows:

1. On or about July 14, 2006, the Plaintiff sent Request for Admissions to the Defendant.

2. These Request for Admissions were received by the Defendant's attorney on or after July 18, 2006.

3. Per the Federal Rules of Civil Procedure, the Defendant's responses to the Plaintiff's Request for Admissions were due on or about August 17, 2006.

4. Counsel for the Defendant is unable to communicate with the Plaintiff except through written correspondence as the Plaintiff is an inmate in a Massachusetts correction facility.

5. By letter dated April 14, 2006, the Plaintiff demand a certain monetary settlement.

6. By letter dated August 9, 2006, the Defendant made an offer in the amount of the Plaintiff's demand.

7. As the Defendant was matching the monetary value of the Plaintiff's latest demand, the Defendant anticipated that the matter would be settled.

8. In his response to the Defendant's offer, the Plaintiff greatly increased the amount of the amount of his demand.

9. As it became clear that the matter would not settle as anticipated, the Defendant requested, by letter dated August 15, 2006, an extension of time in to which to respond to the Plaintiff's request for admissions until September 18, 2006.

10. The Plaintiff never attempted to confer in good faith with the Defendant concerning this motion prior to filing his motion to compel the Defendant's responses to his Request for Admissions.

11. The Defendant anticipates that he will complete and serve his responses to the Plaintiff's Request for Admissions by Friday, August 25, 2006.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to compel pursuant to F.R.Civ.P. 37(a).

    Respectfully submitted,
    For the Defendant,
    **Nelson Potter,**
    By his attorney,

    /s/ Kathleen A. Pennini
    Kathleen A. Pennini (BBO# 654573)
    Dwyer, Duddy and Facklam
    Attorneys At Law, P.C.
    Two Center Plaza, Suite 430
    Boston, MA 02108
Dated: August 21, 2006    (617) 723-9777

## CERTIFICATE OF SERVICE

      I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on August 21, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,

                                               Kathleen A. Pennini

F:\LPA\Potter03\11381MLW\ltrs\mot.opp.compel.resp.req.admissions.doc