COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

Luis A. Centeno PRO Se                    DATE: 08-28-2006
           Plaintiff,        C.A. No: 2004-11381-MLW
     Vs.
OFFICER: Nelson Potter
                 Defendant,

PLAINTIFFS  REBUTTLE TO DEFENDANTS OPPOSITION TO
   PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME

Now Comes The PLAINTIFF In Response And For
CLARIFICATIONS BASED on The DEFENDANTS OPPO-
SITION TO PLAINTIFFS MOTION FOR ENLARGEMENT
OF TIME:

1.) The PLAINTIFF Agrees With DEFENDANTS #1.)
    OF Their OPPOSITION,

2.) The PLAINTIFF CORRECTS The DEFENDANTS
    ASSERTION That The PLAINTIFF filed The
    COMPLAINT On June, 3RD, 2004 When in
    FACT The PLAINTIFF filed The COMPLAINT
    On June, 10Th, 2004,

3.) The PLAINTIFF Agrees With DEFENDANTS STATE-
    MENT #3.) OF Their OPPOSITION,

4.) The PLAINTIFF Agrees With DEFENDANTS
    STATEMENT #4.) OF Their OPPOSITION,

Such time as he returns to his home to obtain the necessary documents to comply with discovery and other obligations such as depositions, and other discovery requests of the plaintiff from the defendant. However even the defendant recognizes that more time is needed for the plaintiff to complete the discovery requests made of him.

7.) Settlement negotiations are between the parties to find a fair settlement for the wrong that was committed on the party bringing the claim. In this case the plaintiff is truely uncertain of the costs of settlement today, and future costs.

THE PLAINTIFF HAS MADE MANY ATTEMPTS TO RESOLVE THE ISSUES WITH THE DEFENDANTS. THE DEFENDANTS HOWEVER IGNORED THOSE REQUESTS FURTHER COMPOUNDING THE DAMAGE TO THE PLAINTIFFS PERSON WITH NO REGARD FOR THE ACTIONS TAKEN BY THE DEFENDANT AND THE PAIN AND SUFFERING THE DEFENDANT INFLICTED ON THE PLAINTIFF.

THE PLAINTIFF MUST TAKE INTO CONSIDERATION OF ALL PRESENT EXPENSES AS WELL AS THE PAIN AND SUFFERING AND HUMILIATION AT THE HANDS OF THE DEFENDANT FROM THE ASSAULT AND BATTERY AS WELL AS THE PAIN AND SUFFERING THAT THE PLAINTIFF WILL ENDURE DURING THE RECONSTRUCTION OF THE DAMAGE CAUSED BY THE DEFENDANT.

THE PLAINTIFF HAS REACHED OUT TO
THE DEFENDANT TO FIND A REASONA-
ble SOLUTION TO SETTLEMENT, THE
LAPSE OF TIME BY THE DEFENDANT
OF OVER (30) DAYS WHICH WAS THE
EXPIRATION TIME THE PLAINTIFF under-
STOOD SETTLEMENT OFFERS TO HAVE
HAD EXPIRED, AND ON RECONSIDER-
ATION OF THE PLAINTIFFS POSITION
WITH THIS PHYSICAL INJURY AND NOT
KNOWING PRESENT COSTS OR FUTURE
COSTS OF THIS NATURE THE PLAINTIFF
DID TRULY ANTICIPATED GREATER COSTS
THAN THOSE THAT WERE ANTICIPATED
IN THE EXPIRED OFFER OF SETTLEMENT
AND THE PLAINTIFF DID IN FACT INCREASE
HIS SETTLEMENT OFFER REASONABLY TO
COVER THE ANTICIPATED COSTS UPON
THE PLAINTIFFS RELEASE IN SEPT. 2007,
AND FUTURE RELATED COSTS TO THE
RECONSTRUCTION DENTAL WORK