NEEDED IN THE FUTURE.

8.) THE PLAINTIFF HAS ALWAYS TRIED TO CONFER WITH THE DEFENDANT THROUGH HIS COUNSEL BY LETTER, WHICH IS MORE APPROPRIATE GIVEN THE PLAINTIFFS CURRENT STATUS. THE PLAINTIFF CURRENTLY HAS DEFENDANTS COUNSEL'S PHONE NUMBER INITIATED ON HIS LIST OF APPROVED PERSONS TO CALL, HOWEVER THE PLAINTIFF BASED ON THE NEW LOCKDOWN POLICIES WITHIN SHIRLEY MINIMUM INSTITUTED BY THE D.O.C. CREATES A MAJOR DIFICULTY IN REACHING WORK OFFICES WHEN INDIVIDUALS ARE AT THEIR WORK STATIONS FURTHERMORE BASED ON THE DEFENDANTS PAST HISTORY OF IGNORING LETTERS FROM PLAINTIFF TO DEFENDANT LEADS THE PLAINTIFF TO ANTICIPATE NO RESPONSE FROM THE DEFEN-

dant except from official documents such as motions to the Court, for example the failure of the defendant to even comply with his own self imposed deadline for submission of admissions.

For these reasons and the lack of communication to the plaintiff the plaintiff filed his Motion for Enlargement of Time/Continuance of the case only for trial purposes and for production of documents, and discovery requirements from both parties.

Even if the plaintiff gave notice of his intent to ask the Court for continuance of time until Sept. 2007, the defendant is not prejudiced by ruling of this Honorable Court to grant such continuance until

Sept. 2007, it will be the plaintiff who will be prejudiced for he will not be prepared properly to respond to the discovery requirements of him by the defendants.

Therefore, the Respectfully requests that this Honorable Court allow the forementioned Rebuttle to the Defendants opposition of the plaintiffs Motion for a Continuance/enlargement of Time and further deny the Defendants opposition and allow the plaintiffs Motion for said Continuance of this case until Sept. 2007.

Respectfully Submitted

_____  Date: 08-28-06
By: The Plaintiff
Luis A. Centeno  Pro Se
P.O. Box 1218
Shirley, MA 01464

cc. Kathleen A. Pennini, ESQ.
File.