UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>      Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>      Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion for an Enlargement of Time in Which to Commence Trial in this matter. As grounds for this motion, the Defendant states as follows:

1. The alleged incident upon which the Plaintiff bases his claim against the Defendant occurred on July 26, 2001.

2. The Plaintiff's complaint in this matter was filed in federal court on or about June 3, 2004.

3. By its Memorandum and Order dated January 19, 2006, the Court found that the Plaintiff was not entitled to a free lawyer in a civil case. Furthermore, the Court found that the Plaintiff was fully capable of representing himself in this matter and that he had not demonstrated that the needed counsel to conduct any factual investigation.

4. In addition, the Court set forth the schedule in this matter on January 19, 2006.

5. The parties are in the process of conducting discovery and should be ready to proceed to trial in December 2006, as scheduled, or soon thereafter.

6. If the Plaintiff is unable to complete discovery by the discovery deadline of October 31, 2006, the Defendant would be willing to assent to a short request for an extension of time.

7. Although the parties have been engaged in settlement negotiations, the Defendant does not anticipate that such negotiations will prove fruitful as the Plaintiff rejected the Defendant's demand in the same amount as the Plaintiff's demand. After the Defendant's offer was made, the Plaintiff significantly increased the amount of his demand.

8. The Plaintiff never sought to confer in good faith with the Defendant in this matter prior to filing his motion for an extension of time in which to commence the trial in this matter.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion for an enlargement of time in which to commence trial in this matter.

Respectfully submitted,
For the Defendant,
**NELSON POTTER**,
By his attorney,

*Kathleen A Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: August 21, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on August 21, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, MA 01464

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot.extend.time.commence.trial.doc