Commonwealth of Massachusetts
District of Massachusetts

Luis A. Centeno
PRO Se
Plaintiff,

Vs.

Officer: Nelson Potter
Defendant,

Date: 08-28-06.

C.A. No: 04-11381-MLW

**Plaintiffs Motion To Compel Request For Admissions Pursuant To Federal Rules of Civil procedures, Rule 37(a)(2).**

Now Comes the plaintiff And Respectfully Moves this Most Honorable Court to Grant this Motion to Compel Request For Admissions (see Exhibit(A)); For the following reasons:

1.) The plaintiff sent a Request For Admissions to the Defendant through his Attorney Kathleen A. Pennini, ESQ. on 07-13-2006 And clearly gave the Defendant the (33) days to answer which Defendant failed to answer on the Due Date of, 08-13-2006.

2.) The plaintiff then proceeded to submit a Motion to Compel the Admissions on 08-15-2006, on 08-23-2006 the plaintiff sent in a Request to Withdraw the Motion to Compel dated 08-13-06 upon Recieving An Opposition to plaintiffs Motion to Compel Request For Admissions, In Good Faith the plaintiff withdrew the Motion to Compel Request For Admissions Based on the Good Faith Promise that the Defendant

Through his attorney Kathleen A. Pennini, Esq would produce the admissions as the defendant stated/guaranteed the plaintiff in writing with a date certain. In defendants opposition numbered (11) states: "11. The defendant anticipates that he will complete and serve his responses to the plaintiff's Request for Admissions by Friday, August, 25th, 2006".

Please also see <u>Affidavit in Support</u> of this motion, Therefore: the plaintiff respectfully requests that this Honorable Court Compel the defendant to provide the Request for Admissions which the Def. himself promised the plaintiff would recieve said admissions "By Friday August, 25th, 2006", and for Costs preparing this motion as far as office supplies and postage needed for the submission of this motion to Compel Request for Admissions the total Costs Requested for the defendant to pay in the amount of Five Dollars And Forty Six Cents.

Wherefore, the plaintiff asks that this motion be allowed.

Date: 08-29-06

Respectfully Submitted By

Luis A. Centeno Pro Se
P.O. Box 1218
Shirley, MA. 01464

cc: Kathleen A. Pennini, Esq.
File.
PMTCRA.