# Affidavit in Support of Motion to Compel Request for Admissions.

I, Luis A. Centeno state and depose the following statetements under the pains and penalties of perjury as to my best information, knowledge, and belie.

1.) On 07-13-2006 I sent a Request for Admissions without any response from the Defendant, with regard to the Request for Admissions,

2.) On 08-15-2006 I sent a Motion to Compel the Request for Admissions to the Court and served the Defendant,

3.) On August, 21, 2006 I recieved Defendants "Opposition to Plaintiffs Motion to Compel Requests for Admissions",

4.) I after review of Number 11 of the Defendants opposition to the Plaintiffs Motion to Compel stated clearly that the Defendants intent was to serve Defendants Responses to the Plaintiffs Request for Admissions "by Friday, 25th of August, 2006."

5.) On 08-23-2006 I filed with the Court a withdrawal of my Motion to Compel Request for Admissions based on the statement the Defendant made in his opposition to the Motion to Compel Request for Admissions,

6.) The Defendant has failed to produce to me the admissions "By Friday, August 25th, 2006" as promised by the Defendant,

7.) I have spent Five Dollars and Forty Six Cents in postage and office supplies on this matter of — Discovery/Admissions,

8.) I have now been compelled to refile my Motion to Compel the production for the Admissions from the Defendant as attached as Exhibit (A) with the above Motion based on the Bad Faith offer of the Defendant.

Signed as to statement in the beginning of this Affidavit.

Dated: 08-29-06   Luis A. Centeno Pro Se
P.O. Box 1218
Shirley, MA. 01464.