COMMONWEALTH OF MASSACHUSETTS,
DISTRICT OF MASSACHUSETTS.

Exhibit B
A

Luis A. Centeno PRO SE
PLAINTIFF,

Vs.      C.A. No: 2004-11381-MLW

OFFICER: Nelson Potter,
DEFENDANT,

## PLAINTIFF' REQUEST TO WITHDRAW HIS MOTION TO COMPEL REQUEST FOR ADMISSIONS OF THE DEFENDANT.

NOW COMES THE PLAINTIFF AND REQUESTS THIS HONORABLE COURT TO WITHDRAW HIS MOTION TO COMPEL HIS REQUEST FOR ADMISSIONS DATED: 07-13-2006.

THE PLAINTIFF RECIEVED DEFENDANT'S OPPOSITION DATED: August, 21, 2006 WHICH STATES CLEARLY FOR THE FIRST TIME THAT THE ATTORNEY'S REPRESENTING THE DEFENDANT HAVE AGREED TO ENSURE THAT THE PLAINTIFF RECIEVES THE OVERDUE REQUEST FOR ADMISSIONS TO BE PRODUCED BY FRIDAY, 25, 2006, AS THEY STATE IN THEIR OPPOSITION MARKED AS (11.) THERE ARE A NUMBER OF MISREPRESENTATIONS THAT HAVE BEEN MADE WITH REGARDS TO SETTLEMENT WHICH IS NOT AS THE PLAINTIFF BELIEVES TO BE MATERIAL WITHIN THIS MOTION TO ADDRESS (see Exhibit A)

THEREFORE: PLAINTIFF RESPECTFULLY REQUESTS THAT THE MOTION TO COMPEL THE DEFENDANT BE WITHDRAWN AT THE PLAINTIFFS REQUEST BASED ON THE OVERDUE DEFENDANTS WILLINGNESS TO NOW PRODUCE ADMISSIONS WITH A DATE CERTAIN (AUGUST, 25TH, 2006.)

Respectfully Submitted By:
Plaintiff

_____
Luis A. Centeno Pro Se
P.O. Box 1218
Shirley, Mass.
01464.

I, Luis A. Centeno, hereby certify that a copy of the foregoing motion to withdraw his motion to compel request for admissions of the defendant was sent via U.S. Mail with postage paid on 08-23-06.

Signed under penalties and pains of perjury:

_____   Date: 08-23-06.