United States District Court
District of Massachusetts

Luis A. Centeno
    Vs.  Plaintiff,      C.A. No: 2004-11381-MLW
Officer: Nelson Potter,
      Defendant,

<u>Incarcerated Pro se Luis A. Centeno's Motion for leave to Depose
Depose: Officer: Nelson Potter Lawrence Police Department Officer
Dfendant in this matter.</u>

Pursuant to F.R.C.P. 30(a)(2) Luis A. Centeno in this case hereby moves this most Honorable court for an order authorizing the party Luis A. Centeno, to take the deposition of the wittness as stated above, to be held at the United States District Court, john joseph Moakley Courthouse, 1 Courthouse Way, Boston,Massachusetts. 02108. in Boston, Ma. or within the Department of Corrections currently MCI Shirley, Medium, P.O. BOX. 1218 Harvard Road, Shirley, Massachusetts. 01464. or any other facility to which Luis A. Centeno may be transfered, Pursuant to this court's order.

                                      By: Luis A. Centeno, Pro se

Dated:09-01-2006

                                    P.O. BOX. 1218, Shirley, Ma.
                                                      01464

Certificate of Service
I, Luis A. Centeno, Hereby certify that a true copy of this document was served upon the attorney of record for the defendant by first class U.S. Mail on <u>09-01-2006</u>

                                              Luis A. Centeno, Pro se