Pro se
Luis A. Centeno #W-84630
MCI Shirley, Medium
P.O. BOX. 1218
Harvard Road
Shirley, Massachusetts. 01464

08-31-2006

Re: <u>Centeno Vs. Potter</u>
    U.S. District Court
    C.A. NO:2004-11381-MLW

Kathleen Boyce
Docket Clerk-MLW
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 5110
Boston, Massachusetts. 02108

Dear Ms. Boyce:

I have reviewed the docket entry sheet and I noticed that it is stated "Motions due by 02-23-2006". Please inform of what type of motions are to be completed by past date February,23rd,2006.

I have outstanding motions before the Honorable court and new motions I am preparing in light of the defendants avoidance to comply with discovery requests, if my motions that are on file beyond the date of 02-23-2006 will not be heard by the court based on the courts scheduling order please inform me of the same so I can prepare a motion to amend the scheduling order.

I'm also aware of the status conference scheduled for hearing on Nov, 28th,2006 for 4P.M before his Honor Chief Justice: Mark L. Wolf, Please provide me with the courts standard outline of the agenda and the requirements of both partiesto this action sothat I can prepare Myself and my claim properly before his Honor.