UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>    Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL REQUESTS FOR ADMISSIONS

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Compel. As grounds for this motion, the Defendant states as follows:

1. On or about July 14, 2006, the Plaintiff sent Request for Admissions to the Defendant.

2. These Request for Admissions were received by the Defendant's attorney on or after July 18, 2006.

3. Per the Federal Rules of Civil Procedure, the Defendant's responses to the Plaintiff's Request for Admissions were due on or about August 17, 2006.

4. Counsel for the Defendant is unable to communicate with the Plaintiff except through written correspondence as the Plaintiff is an inmate in a Massachusetts correction facility.

5. By letter dated April 14, 2006, the Plaintiff demand a certain monetary settlement.

6. By letter dated August 9, 2006, the Defendant made an offer in the amount of the Plaintiff's demand.

7. As the Defendant was matching the monetary value of the Plaintiff's latest demand, the Defendant anticipated that the matter would be settled.

8. In his response to the Defendant's offer, the Plaintiff greatly increased the amount of the amount of his demand.

9. As it became clear that the matter would not settle as anticipated, the Defendant requested, by letter dated August 15, 2006, an extension of time in to which to respond to the Plaintiff's request for admissions until September 18, 2006.

10. After requesting the extension until September 18, 2006, the Defendant never made a "promise" to the Plaintiff that the Defendant's responses would be served by August 23, 2006, but did inform the Court that it thought it might be able to serve the requests by that date. However, for a number of reasons, despite the use of good faith efforts to do so, the Defendant was not able to serve his responses by that date.

11. The Plaintiff never formally rejected the Defendant's request for an extension until September 18, 2006 to serve his responses to the Plaintiff's discovery requests.

12. The Defendant ultimately served the discovery responses prior to the September 18, 2006 extended deadline to serve its responses.

13. The Plaintiff never attempted to confer in good faith with the Defendant concerning this motion prior to filing his motion to compel the Defendant's responses to his Request for Admissions.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to compel pursuant to F.R.Civ.P. 37(a).

        Respectfully submitted,
        For the Defendant,
        **Nelson Potter,**
        By his attorney,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108

Dated: September 15, 2006     (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on September 15, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter03 11381MLW\pldgs\mot.opp.2nd.mot.compel.resp.admissions.doc