United States District Court
District of Massachusetts

FILED
[CLERK]S OFFICE

2006 SEP 21 P 2:20

Luis A. Centeno
    Vs.   Plaintiff
Officer Nelson Potter
         Defendant

C.A. No: 2004-11381-MLW
Date: 09-18-2004

[U.S. DISTRICT COURT
DISTRICT OF MASS]

## Motion for extension of time pursuant to F.R.C.P. 6 (b).

Now Comes the Plaintiff and respecfully moves this most Honorable court to allow this motion for extension of time in order for the plaintiff to answer all motions that were due by date of: 02-23-2006.

Respecfully Submitted By:

Luis A. centeno/Pro se
MCI Shirley, Medium
P.O. Box. 1218
Shirley, Massachusetts. 01464

Certificate of service .

I, Luis A. Centeno hereby certifies
that a true copy of the foregoing document
has been served via first class mail,
postage prepaid, this 19th, day of September 2006 upon;
The clerk of the U.S. District Court:

Kathleen Boyce
U.S. District court
1. Courthose way, Suite 2300
John Joseph Moakley Courthouse
Boston, Massachusetts. 02210