UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>      Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>      Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion for an Enlargement of Time in Which to File Dispositive Motions Except for Motions for Summary Judgment in this matter. As grounds for this motion, the Defendant states as follows:

1. The Court set forth the schedule in this matter on January 19, 2006.

2. The Court's January 19, 2006 Scheduling Order states, in pertinent part:

   > All dispostive motions except motions for summary judgment shall be filed by February 23, 2006, and responses shall be filed fourteen days thereafter pursuant to Local Rule 7.1.

3. The February 23, 2006 deadline set by the Court applies only to dispositve motions, although it specifically excludes motions for summary judgment from such deadline.

4. The parties are in the currently in the process of conducting discovery, and per the Court's Scheduling Order, the discovery deadline is currently set for October 31, 2006.

5. The proper time for filing dispositive motions with the Court, save for motions for summary judgment, is before discovery.

1

6. The Plaintiff will not be prejudiced by the Court's refusal to grant an extension to file dispositve motions, save for motions for summary judgment.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion for an enlargement of time in which to file dispositive motions, except for motions for summary judgment.

Respectfully submitted,
For the Defendant,
**NELSON POTTER,**
By his attorney,

*Kathleen A. Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108

Dated: September 26, 2006            (617) 723-9777

### CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on August 26, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, MA 01464

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot,ext,time.file.dispositive.motions.doc

2