UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis A. Centeno
    Vs. Plaintiff      C.A. No:2004-11381-MLW
Officer Nelson Potter
    Defendant

FILED
CLERKS OFFICE
2006 SEP 25 P 3: 15
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION FOR EXTENTION OF TIME PURSUANT TO F.R.C.P. RULE 6(b).

Now comes the Plaintiff inthe above captioned matter and respecfully moves this most honorable to allow this motion for extention of time in order for the plaintiff to answer all motions that were due by the date of February,23rd,2006 as depicted in the Honorable Chief Justice Mark L. Wolf' scheduling orders. The plaintiff asks that this motion be allowed an extended time as the court deems fair and after the court gives the plaintiff a description of the motions that were due by February,23rd,2006 so that the plaintiff can draw up the motions in regard and submit them as asked by the Honorable Chief Justice Mark L. Wolf. The Plaintiff suggests to the court additional time of six months.
Wherefore, The plaintiff asks that this motion be allowed.

Certificate of Sevice

I, Luis A. Centeno hereby certifies
that a true copy of the foregoing
document has been served via first
class mail postage paid, this 20th, day of
September, 2006 Upon: The clerk of the U.S.
District Court for filing.