Luis A. Centeno
M.C.I. Shirely (Medium)
Harvard Road
P.O. Box 1218
Shirely, Massachusetts 01464



Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 5110
Boston, Massachusetts 02210

RE:    CENTENO cs. POTTER
       United States District Court
       No:#04-cv-11381-MLW

Dear Ms. Boyce:

Enclosed please find for filing the following:

1.) A check for $150.00 one hundred fifty dollars for the full payment of the filing fee for case assigned number: 2004-11381-MLW, named: (Luis A. Centeno vs. Officer: Nelson Potter.)

Thank you for your time and attention to this sensitive matter.

Dated: 09-11-2006    Respectfully Submitted By:

Luis A. Centeno PRO SE
MCI Shirley, Medium,
P.O. Box. 1218
Harvard Road
Shirley, MA. 01464.

File