United States District Court
District of Massachusetts

FILED
CLERKS OFFICE

2006 SEP 28 A 10: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

Luis A. Centeno
    Vs.                C.A. No: 2004-11381-MLW
Officer: Nelson Potter

<u>Plaintiffs Ex-Parte motion For Chief Justice: Mark L. Wolf to Allow the release of $151.50, based on his ruling on December, 2nd 2004.</u>

Now comes the plaintiff and respecfully requests that this honorable court issue a court order to the treasurer/Superintendent of The Dept. of Corrections of MCI Shirley, Medium P.O. BOX. 1218 Shirley, Massachusetts. 01464.  To release $150,00 for the filing fees the extra $1.50 is for copying fees for the plaintiff to obtain the first (3) three pages of his original complaint.

The plaintiff states that there is sufficient funds in his savings part of his inmates account a balance of about $300,00 dollars.

The plaintiff would require an order of the court to release the said funds required of the plaintiff by this honorable court to be issued to **MCI Shirley, Medium P.O.BOX. 1218  01464 to the Superintendent: Michael Thompson and the treasures office.**

A copy of this Ex-parte motion will only be served upon Superintendent: Michael Thompson.

Wherefore: The Plaintiff respecfully requests of the Honorable Chief Justice: Mark L. Wolf that such order be allowed and be sent to the superintendent of MCI Shirley, Medium, as well as the plaintiff.

Respectfully Submitted By:
Luis A. Centeno, Pro se
P.O. BOX 1218
Shirley, Mass. 01464