UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis A. Centeno
    Vs. Plaintiff
Nelson potter
    Defendant

C.A. No: #2004-11381-MLW
Date: 09-25-2006

FILED
CLERKS OFFICE
2006 SEP 28 P 2: 37
DISTRICT COURT
DISTRICT OF MASS

Kathleen Boyce
Docket Clerk-MLW
John Joseph Moakley Courthouse
1. Courthouse way, Suite 2300
Boston, Massachusetts. 02210

Re: Centeno Vs. Potter
    C.A. No:2004-11381-MLW

Dear Ms. Boyce

    Enclosed please find for filing and docketing the following:

**NOTICE TO WITHDRAW EX-PARTE MOTION FOR CHIEF JUSTICE MARK L. WOLF TO ALLOW THE RELEASE OF $ 151.00 BASED ON HIS RULING ON DECEMBER, 2ND, 2004**

The plaintiff hereby respecfully asks that the above mentioned motion dated: 09-01-2006 be withdrawn in good faith now that the plaintiff has paid his filing fee regarding C.A. No: 2004-11381-MLW in full by check on 09-21-2006.

Thank you very much for your time and attention to this matter.

I Remain,

                Very truly yours

                Luis A. Centeno/Pro Se
                MCI Shirley, Medium
Enclosures      P.O. Box. 1218
File             Harvard Road
Date:09-25th,2006  Shirley, Massachusetts. 01464