UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis A. Centeno/Pro Se
    Vs.    Plaintiff
Nelson Potter          C.A. No:# 2004-11381-MLW
       Defendant



Kathleen Boyce/Docket Clerk-MLW
United States District Court
John Joseph Moakley Courthouse    09-26-2006
1 Courthouse Way. Suite 2300
Boston, Massachusetts. 01220

### MOTION TO COMPEL LAWRENCE CITY POLICE DEPARTMENT TO PRODUCE COLOR PHOTOGRAPH(S) PURSUANT THE FREEDOM OF INFORMATION ACT.

Now comes the plaintiff and respecfully requests this Honorable Court **Compel Officer Eugene Scanlon** to produce all photographs of the plaintiff in color most **specifically** photograph Number #8386 **See exhibit (A)**, Further grounds for support of this motion are as follows:

1.) On august,21,2006 Plaintiff sent a ltter requesting booking photo from plaintiffs arrest on: July,26th,2001, in response plaintiff recieved dated: 08-25-2006, the letter authored by officer Eugene Scanlon keeper of the records of the Lawrence City Police Department stating " I hand searched our records and was unable to locate a booking photo from the July,26,2001 arrest." See Exhibit (B).

2.) On august,29th,2006 the plaintiff filed his request for documents and photos pursuant to **the freedom of Information Act** specifically dealing with arrest of the plaintiff on July,26,2001. See exhibit (C).

3.) On august,28,2006 per the request of Officer Eugene Scanlon of the