EXHIBIT (A)

# Lawrence Police Department

| First | M.I. | Last | Suff |
|---|---|---|---|
| LUIS | A | CENTENO | |

Date of Birth  01/19/1966

Date of Booking  THU 07/26/2001

Time of Booking  1:53 AM

Photo Number  8386

(EXHIBIT (A) )



# Lawrence Police Department

90 Lowell Street
Lawrence, MA 01840
Phone: (978) 794-5900 Ext. 500

**John J. Romero**
**Chief of Police**

(EXHIBIT (B) )

August 25, 2006

Luis A. Centeno W-84630
MCI Shirley, Medium #F-1 Cell-17
PO Box 1218
Harvard Road
Shirley, MA 01464

I am submitting this memo in response to your request dated 08/21/2006. I hand searched our records and was unable to locate a booking photo from the 07/26/01 arrest. If there was any medical treatment from this incident you need to contact the treatment facility for these records. My direct supervisor is Capt. Ronald Plourde. I cannot fill any request for information on an officer; you need to contact Atty. Jim Bowers.

Sincerely,

Off. Eugene Scanlon
Keeper of the Records

*c*

Luis A. Centeno/Pro se
P.O. BOX. 1218
Shirley, Ma. 01464

Date: 08-29-2006
Lawrence Police Dept.
90 Lowell, Street.      (EXIBIT (C))
Lawrence, Ma. 01840

Attn: Officer: Eugene Scanlon
    Dear Mr. Scanlon
    Iam In reciept of your letter/ Memo dated: august,25, 2006, I appreciate your prompt response to my request however aside from a booking photo, under the **Freedom of Information Act**. I am requesting in this letter any and all documents pertaining to my arrest of July,26,2001, including all incident reports and any other booking documents in regards to my arrest of July,26,2001.

With regards to medival treatment since the injury was sustained on my person while in Lawrence police custody and the fact that severe injury was inflicted there must be some incident report within the Lawrence police Dept. itself as to treatment of a person in custody of the Lawrence police depy. these documents I further request under the **Freedom of Information Act**.

As to medical treatment given to me please advise in writing the name of the outside facility of the Lawrence police Dept., its address and the contact person who I should contact for further information from their facility which I believe was the Essex County Correctional facility, however I have no names of physicians involved in my treatment program.

As to attorney James Bowers I will be contacting him as you have suggested.

Thank you for yourattention to these matters and your anticipated cooperation.        Very truly yours

EXHIBIT (C)
EXHIBIT (C)

D

Luis A. Centeno/Pro se
P.O. BOX. 1218
Shirley, Ma 01464

Date; 08-28-2006

James Bower, Esquire.
261 Common, Street          (Exhibit (B))
Lawrence, Ma. 01840

Re: Centeno Vs. Potter
    U.S. Dist. Court.
    C.A. No:2004-11381-MLW

Dear Mr. Bowers:

Please be advised that I recived a letter dated: August, 25, 2007 from Officer: Eugene Scanlon Keeper of the Records at the Lawrence police Dept. which as you can see in the letter attached herein specically refers to your office my request for information on officer: Nelson Potter with regard to his past history of disciplinary actions in any form taken against officer: Nelson Potter dealing with physical harm to any persons in his care and custody, through the **Freedom of Information Act**. It is my prayer that we can work together to accomplish this goal without the need for formal proceedings in the U.S. Distrct Court within the pending case before the honorable court.

I look forward to your cooperation and attention to this matter, if you require of me to sign a confidentiality agreement please draft an agreement and any information filed from the records/documents you provide in this discovery inquiry I would assent to a motion to impound all information until trial of this case with the exception of myself.

Again thank you for your anticipated cooperation and attention to this matter.

         I, Remain,              Very truly yours

Luis A. Centeno/Pro Se
MCI Shirley, Medium
P.O. Box. 1218
Harvard Road
Shirley, Massachusetts. 01464

09-14-2006

(EXHIBIT)(E).

Eugene Scanlon
Keeper of the Records
Lawrence Police Department
90 Lowell street
lawrence, Massachusetts. 01840

Re: **Luis A. Centeno Vs. Officer nelson potter, C.A.NO#2004-11381-MLW**

Dear Officer Scanlon:

In your memo dated august,25,2006 to me you stated in pertinent part, "I have hand searched our records and was unable to locate a booking photograph from 07-26-2001 arrest" Please take notice of the enclosed copy of the photograph numbered #8386 taken at 1:53 A.M on Thursday, 26th,of July, 2001 by the Lawrence Police Departamnt.

I'm sure this was an oversight on your in producing the documents requested of your recorsd from me on 08-21-2006.

Please produce a color copy of this photograph #8386 and any and all photographs you have in possesion at the Lawrence police Dept. as Keeper of teh recorsd Please consider this to be a Massachusetts Rules of Civil Procedures Rule 9Cletter to resolve areas of discovery in the above refered case.

Thank you for your time and attention to this matter.

I, Remain,

Truly Yours

Luis A. Centeno/Pro se.

cc: Kathleen A. Pennini, Esquire.

File

EXHIBIT (E)



# Lawrence Police Department

90 Lowell Street
Lawrence, MA 01840
Phone: (978) 794-5900 Ext. 500

**John J. Romero**
**Chief of Police**

(EXHibiT (F))

September 22, 2006

Luis A. Centeno W-84630
MCI Shirley, Medium #F-1 Cell-17
PO Box 1218
Harvard Road
Shirley, MA 01464

I am submitting this memo in response to your request dated 09/14/2006. This department does not have the ability to print a photo in color.

Sincerely,

Off. Eugene Scanlon
Keeper of the Records

EXHIBIT (F)