UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



Luis A. Centeno
    Vs. Plaintiff
Officer Nelson Potter
    Dfendant

C.A. No:# 2004-11381-MLW

Date: 09-30-2006

### PLAINTIFFS MOTION FOR HEARING OF PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME

    Now comes the plaintiff and respecfully moves this most Honorable court to schedule a hearing on plaintiffs motion for enlargement of time for submitting all dispositive motions.

For the reasons stated below:

1.) Dfendant had filed their opposition to the plaintiffs motion for enlargement of time dated: September,26th,2006 See exhibit (A),

2.) The plaintiff will be prejudiced if this Honorable court refuses to grant an extention to file despositive motions as the plaintiff has filed several motions which are before this Honorable Court;

3.) The plaintiff has been classed out of the level (4) Institution, MCI Shirley, Medium to level (3) Old Colony Correctional Facility in Bridgewater, Ma;

4.) Level (3) institution is the beginning of reintegration for inmates to re-enter into the community, consequently the plaintiff **will not** be able to have access to typewriters lawlibraries and other such items needed for research and the ability to produce documents before this Honorable;

5.) The parties are in the midst of discovery and the defendants have utilized their authority to thwart the efforts of the prosecution of this case which has led the plaintiff to file dispositive

(2)

motions to this court in order for the prosecution to notify the court of the interference in the discovery process which has been caused at the Lawrence Police Department Keeper of the Records Division and the defendant to accurately, truthfully and completely supply the prosecution with its request for discovery, defendants come to the table with dirty hands and therefore the prosecution has been left with no other recourse but to request of this Honorable Court extentions of time in the different phases of this case and the date set for the adjudication of this case, the plaintiff himself also notes to the court that his abilities to prosecute this case is hampered greatly in areas of discovery based on his status and his upcoming move from one institution to a lower security institution which was conveyed to the plaintiff on September,26th,2006.See exhibit (b) classboard decision.

The defendant is the party that will not suffer any prejudice by the court granting the extention of times in the different phases of discovery and other such dates to properly ready the parties for trial.

Wherefore the plaintiff Luis A. centeno/Pro Se hereby moves that this Honorable Court allow his motion for hearing and that all outstanding motions be heard at the same hearing.

Respectfully Submitted By:

Date:09-30-2006                    Luis A. Centeno/Pro Se

cc. Kathleen A. Pennin, Esq.

<u>Certificate of Service</u>

I, Luis A. Centeno/Pro Se, Hereby Certifies that on Sept, 30, 2006 A copy of the foregoing document Have Been Served on the Attorney: Kathleen A Pennini, Esq. for Defendant Officer Nelson Potter, by U.S Mail postage Pre Paid. Signed under the pains and penalties of perjury.

Date: 09-30-06