*Exhibit B*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>     Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>     Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL REQUESTS FOR ADMISSIONS

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Compel. As grounds for this motion, the Defendant states as follows:

1. On or about July 14, 2006, the Plaintiff sent Request for Admissions to the Defendant.

2. These Request for Admissions were received by the Defendant's attorney on or after July 18, 2006.

3. Per the Federal Rules of Civil Procedure, the Defendant's responses to the Plaintiff's Request for Admissions were due on or about August 17, 2006.

4. Counsel for the Defendant is unable to communicate with the Plaintiff except through written correspondence as the Plaintiff is an inmate in a Massachusetts correction facility.

5. By letter dated April 14, 2006, the Plaintiff demand a certain monetary settlement.

6. By letter dated August 9, 2006, the Defendant made an offer in the amount of the Plaintiff's demand.

7. As the Defendant was matching the monetary value of the Plaintiff's latest demand, the Defendant anticipated that the matter would be settled.

8. In his response to the Defendant's offer, the Plaintiff greatly increased the amount of the amount of his demand.

9. As it became clear that the matter would not settle as anticipated, the Defendant requested, by letter dated August 15, 2006, an extension of time in to which to respond to the Plaintiff's request for admissions until September 18, 2006.

10. The Plaintiff never attempted to confer in good faith with the Defendant concerning this motion prior to filing his motion to compel the Defendant's responses to his Request for Admissions.

11. The Defendant anticipates that he will complete and serve his responses to the Plaintiff's Request for Admissions by Friday, August 25, 2006.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to compel pursuant to F.R.Civ.P. 37(a).

    Respectfully submitted,
    For the Defendant,
    **Nelson Potter,**
    By his attorney,

    */s/ Kathleen A. Pennini*
    Kathleen A. Pennini (BBO# 654573)
    Dwyer, Duddy and Facklam
    Attorneys At Law, P.C.
    Two Center Plaza, Suite 430
    Boston, MA 02108
Dated: August 21, 2006    (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on August 21, 2006, upon:

Luis A. Centeno,
#484630
MCI-Shirley, A1,
Harvard Road
P.O. Box 1218
Shirley, Massachusetts, 01464,

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter0311381MLW\ltrs\mot.opp.compel.resp.req.admissions.doc

Luis A. Centeno  Pro Se
P.O. Box 1218
Shirley, MA. 01464.

Exhibit B.

08-23-06

Kathleen Boyce
Docket Clerk-MLW
U.S. District Court.
John Joseph Moakley Courthouse
1. Courthouse Way, Suite 5110
Boston, Massachusetts. 02210

Re: Centeno vs. Potter
C.A. No: 2004-11381-MLW.

Dear Kathleen Boyce:

Enclosed please find the following:

1.) Plaintiff's Request to Withdraw His Motion to Compel Request for Admissions of the Defendant, for Good Cause.

Please ensure the docketing and filing of the enclosed Motion to Withdraw.

Thank you for your attention to this matter, I, Remain, Very Truly Yours

Luis A. Centeno

Enclosures
CC: Kathleen A. Pennini, Esq.
File.

COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS.

Exhibit B

Luis A. Centeno, Pro Se
    Plaintiff,

Vs.                               C.A. No: 2004-11381-MLW

Officer: Nelson Potter,
    Defendant,

PLAINTIFF' REQUEST TO WITHDRAW HIS MOTION TO COMPEL REQUEST FOR ADMISSIONS OF THE DEFENDANT.

NOW COMES THE PLAINTIFF AND REQUESTS THIS HONORABLE COURT TO WITHDRAW HIS MOTION TO COMPEL HIS REQUEST FOR ADMISSIONS DATED: 07-13-2006.

THE PLAINTIFF RECIEVED DEFENDANT'S OPPOSITION DATED: AUGUST, 21, 2006 WHICH STATES CLEARLY FOR THE FIRST TIME THAT THE ATTORNEY'S REPRESENTING THE DEFENDANT HAVE AGREED TO ENSURE THAT THE PLAINTIFF RECIEVES THE OVERDUE REQUEST FOR ADMISSIONS TO BE PRODUCED BY FRIDAY, 25, 2006, AS THEY STATE IN THEIR OPPOSITION MARKED AS (11.) THERE ARE A NUMBER OF MISREPRESENTATIONS THAT HAVE BEEN MADE WITH REGARDS TO SETTLEMENT WHICH IS NOT AS THE PLAINTIFF BELIEVES TO BE MATERIAL WITHIN THIS MOTION TO ADDRESS (see Exibit A)

THEREFORE: PLAINTIFF RESPECTFULLY REQUESTS THAT THE MOTION TO COMPEL THE DEFENDANT BE WITHDRAWN AT THE PLAINTIFFS REQUEST BASED ON THE OVERDUE DEFENDANTS WILLINGNESS TO NOW PRODUCE ADMISSIONS WITH A DATE CERTAIN (AUGUST, 25TH, 2006.)

RESPECTFULLY SUBMITTED BY:
PLAINTIFF

_[signature]_
LUIS A. CENTENO PRO SE
P.O. BOX 1218
SHIRLEY, MASS.
01464.

I, Luis A. Centeno, hereby certify that a copy of the foregoing motion to withdraw his motion to compel request for admissions of the defendant was sent via U.S. mail with postage paid on 08-23-06.

Signed under penalties and pains of perjury:

_[signature]_    DATE: 08-23-06.