UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>    Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION FOR A HEARING ON HIS MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion for a Hearing on his Motion for an Enlargement of Time in Which to File Dispositive Motions Except for Motions for Summary Judgment in this matter. As grounds for this motion, the Defendant states as follows:

1. Despite the fact that the Plaintiff indicates in his Certificate of Service that he sent a copy of the Plaintiff's Motion for Hearing of Plaintiff's Motion for Enlargement of Time on September 30, 2006, the Defendant never received such motion in the mail from the Plaintiff. Rather, on October 6, 2006, the Defendant received this motion only from notification by the Court that it had been electronically filed on the docket by the Court.

2. The Plaintiff never attempted to notify the Defendant of his intent to file this motion, and thus, did not engage in consultation with the Defendant as required to comply with Local Rule 7.1.

3. The motions that have been filed by the Plaintiff since February 2006 have not been dispositive motions.

1

4. The Plaintiff is not precluded, by the Court's February 23, 2006 deadline for filing dispositive motions (except for motions for summary judgment) from filing other motions with the Court.

5. The Defendant has, in good faith, responded to all of the Plaintiff's discovery requests in accordance with the Federal Rules of Civil Procedure. As such, the Plaintiff's has no evidence for his assertion that Defendant has "come to the table with dirty hands."

6. The Defendant is not responsible for any outstanding discovery disputes between the Plaintiff and the Keeper of the Records Division of the Lawrence Police Department. Furthermore, neither the City of Lawrence nor the Lawrence Police Department is a defendant in this action.

7. The Plaintiff will not suffer any prejudice by the Court's denial on either his motion for a hearing concerning his motion for an extension of time to file dispositive motions, except for motions for summary judgment.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion for a hearing on his motion for an enlargement of time in which to file dispositive motions.

                Respectfully submitted,
                For the Defendant,
                **NELSON POTTER,**
                By his attorney,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108

Dated: October 10, 2006        (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on October 10, 2006, upon:

Luis A. Centeno
OCCC – Minimum Unit – C
1 Administration Road
Bridgewater, MA 02324

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot.hearing.mot.ext.deadline.dispositive.mots.doc

3