Luis A. Centeno/Pro Se
OCCC - Minimum Unit - C
1. Administration Rd.
Bridgewater, MA. 02324

ED
OFFICE
OCT 10 P 4:31
DISTRICT COURT
DISTRICT OF MASS

10-05-2006

Kathleen Boyce
Docket Clerk - MLW
John Joseph Moakley Courthouse
1. Courthouse Way, Suite 2300
Boston, Massachusetts. 02210

Re: Centeno Vs. Potter    Notice of Change of Address.
    C.A. No: 2004-11381-MLW

Dear Ms. Boyce;

This notice is to inform you that I have Moved to Another Facility which is written on the Top of this page, please send Any And All Future Correspondence Pertaining To my case To the Above Address.

Thank you very much For your Time And Attention To This Matter.

I Remain,

Very Truly Yours

10-05-2006.

Luis A. Centeno/Pro Se