UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>　　　Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>　　　Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>) |

## MOTION OF DEFENDANT, NELSON POTTER, FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF THE INCARCERATED PLAINTIFF

Now comes the Defendant, Nelson Potter, and pursuant to F.R.Civ.P. 30(a)(2) hereby moves this Honorable Court for leave to take the deposition of the Plaintiff, who is currently a prisoner and is incarcerated at a state correction facility in Bridgewater, Massachusetts. As grounds for this motion, the Defendant states as follows:

1. The Plaintiff, Luis A. Centeno, is currently a prisoner at MCI-Concord and will continue to be a prisoner in the custody of the Massachusetts Department of Correction until at least September 2007.

2. In this above-referenced matter, the Plaintiff has made numerous unsubstantiated allegations against the Defendant.

3. During the deposition, the Defendant seeks to question the Plaintiff allegations which the Plaintiff made in his complaint(s);

4. Through the deposition, the Defendant seeks to elicit information from the Plaintiff relating to contradictory statements made by the Plaintiff concerning the events on July 26, 2001 over the course of this litigation.

1

5. The discovery sought by the Defendant is not unreasonably cumulative or duplicative, and is not obtainable from some other source that is more convenient, less burdensome, or less expensive;

6. The Defendant has not had ample opportunity by discovery in the action to obtain the information sought from the incarcerated Plaintiff;

7. The benefit of the deposition outweighs the burden or expense of the taking of the deposition.

8. The Defendant seeks to take the Plaintiff's deposition in accordance with the terms set forth in the Notice of Deposition, attached hereto as Exhibit 1.

WHEREFORE, the Defendant, Nelson Potter, moves for leave of Court to take the deposition of the Plaintiff, Luis A. Centeno.

> Respectfully submitted,
> For the Defendant,
> **NELSON POTTER,**
> By his attorney,
>
> _Kathleen A. Pennini_
> Kathleen A. Pennini (BBO# 654573)
> Dwyer, Duddy and Facklam
> Attorneys At Law, P.C.
> Two Center Plaza, Suite 430
> Boston, MA 02108
> (617) 723-9777

## CERTIFICATE OF SERVICE

      I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on October 13, 2006, upon:

Luis A. Centeno
OCCC – Minimum Unit – C
1 Administration Road
Bridgewater, MA  02324

                                                                                          Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\mot.leave.court.take.plaintiffs.depo.doc