UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>    Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

Please take notice that on October 30, 2006 at 10:00 a.m., Nelson Potter, the Defendant in this action, by his attorney, will take the deposition upon oral examination of Luis A. Centeno, pursuant to Rule 30 of the Federal Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths, at Old Colony Correctional Center in Bridgewater, Massachusetts and will continue from day to day until completed. You are invited to attend and cross-examine.

                                            Respectfully Submitted,
                                            For the Defendant,
                                            **NELSON POTTER**
                                            By his attorneys,

                                            _/s/ Kathleen A. Pennini_
                                            Kathleen A. Pennini
                                            BBO # 654573
                                            Dwyer, Duddy and Facklam
                                            Attorneys at Law, P.C.
                                            Two Center Plaza, Suite 430
                                            Boston, MA 02108
                                            617-723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 13th day of October 2006, upon:

Luis A. Centeno
OCCC – Minimum Unit – C
1 Administration Road
Bridgewater, MA  02324

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\not.depo.centeno.doc