UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUIS A. CENTENO, | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C.A. No. 04-11381-MLW |
| | ) | |
| NELSON POTTER, | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Defendant, Nelson Potter, certifies that he has complied with the provisions of

Local Rule 7.1 regarding his Motion for Leave of Court to Take the Deposition of the

Incarcerated Plaintiff, Luis A. Centeno.

Respectfully submitted,

For the Defendant,
**NELSON POTTER,**
By his attorney,

*Kathleen A. Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
Dated: October 13, 2006          (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on October 13, 2006, upon:

Luis A. Centeno
OCCC – Minimum Unit – C
1 Administration Road
Bridgewater, MA  02324

Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\cert.cons.LR7.1.mot.leave.ct.depo.doc