United States District Court
District of Massachusetts

Luis A. Centeno/Pro Se
         Plaintiff
Vs.                                C.A. No: 2004-11381-MLW
Officer Nelson Potter
         Defendant

## Petition for Writ of Habeas Corpus
### under 28 U.S.C. 2254

Now comes the Plaintiff and respectfully asks that this Honorable Court issues a writ of Habeas Corpus upon the Superintendent: Bernard Brady of OCCC Minimum at One Administration Road, Bridgewater, MA. 02324 that the Body of Luis A. Centeno #W-84630 be produced for trial on: Dec. 18, 2006. At the United States District Court located at: John Joseph Moakley Courthouse, 1. Courthouse Way, Boston, MA. 02210 at 4:P.M.

Thank you for your time and attention to this matter.

I, Remain
                                   Very Truly Yours,

Date: 10-15-2006
                                   Luis A. Centeno/Pro Se

Signed under the pains and penalties of perjury.

10-15-2006.

_Luis A. Centeno_/Pro Se

## Certificate of Service

I, Luis A. Centeno, do hereby certify that a copy of the foregoing document was served on the clerk of the U.S. District Court Ms. Karleen Boyce, John Joseph Moakley Courthouse, 1. Courthouse Way, Boston, MA. 02210. Via U.S. prepaid postaged mail on this 15th, day of October, 2006.

10-15-2006.

_Luis A. Centeno_/Pro Se