Luis A. Centeno/Pro Se
OCCC Minimum Unit-C
1. Administration Road
Bridgewater, MA. 02324

October, 15, 2006

Kathleen Boyce
Docket Clerk-MLW
United States District Court
John Joseph Moakley Courthouse
1. Courthouse Way, Suite 2300
Boston, Massachusetts. 02210

Re: Centeno vs. Potter
    C.A. No. 04-11381-MLW.

Dear Ms. Boyce

Enclosing for Docketing and filing please find:

1.) Petition for Writ of Habeas Corpus under 28 U.S.C. 2254

2.) Certificate of Service.

Thank you Kindly.

In addition please send me a copy of the Docket entry Sheet C.A. No. 04-11381-MLW.
Thank you.

Respectfully,
Luis A. Centeno/Pro Se

Enclosures
cc. Kathleen A. Pennini, Esq
File.