Luis A. Centeno / Pro Se
OCCC Minimum Unit - C
IC. Administration Road
Bridgewater, MA. 02324

FILED
CLERKS OFFICE
2006 NOV 15 P 2: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

November, 13, 2006

Kathleen Boyce
Docket Clerk-MLW
John Joseph Moakley Courthouse
1. Courthouse Way, Suite 5110
Boston, Massachusetts. 02210

Re: Centeno Vs. Potter.
US District Court.
04-11381-MLW.

Dear Ms. Boyce;

I am respectfully addressing this letter to you in hopes that you can tell me if I will be habed into the U.S. District Court on Nov, 28th, 2006 for a Status Conference Hearing at 4 P.M. in Courtroom 10 before the Honorable Chief Judge Mark L. Wolf. Please tell me if the Habe have been issued and if the D.O.C.'s at Old Colony Corr. Facility / Minimum Facility is aware of this here Habeas.

THANK YOU VERY MUCH FOR YOUR TIME AND ATTENTION TO THIS MATTER.

I, REMAIN,

VERY TRULY YOURS

DATE: NOV, 13, 06

*[signature]*

Luis A. Centeno / PRO Se
OCCC Minimum Unit-C
IC. Administration Road.
Bridgewater, MA. 02324

Enclosures:
Kathleen A Pennini, Esq.
File: