Luis A. Centeno / Pro Se
OCCC Minimum Unit-
IC. Administration
Bridgewater, MA. 02324

FILED
CLERKS OFFICE
2006 NOV 15 P 2:26
U.S. DISTRICT COURT
DISTRICT OF MASS.

Nov, 13, 2006

Kathleen A. Pennini, Esq.
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, Massachusetts. 02108-1804

Re: Centeno vs. Potter
U.S. District Court
#04-11381-MLW.

Dear Ms. Pennini, Esq.

Enclosed is at this time a letter addressed to the Clerk of the U.S. District Court inquiring about a Motion for Writ of Habeas Corpus which I filed on 10-23-2006 at the behest of Ms. Kathleen Boyce / Docket Clerk-MLW. I intend to go forward with this case so long as I do not hear from you or your client, also I have inquired about the documents to be signed by myself in order to settle this case, and if the mentioned documentation is not here by date certain: Nov, 28th, 2006 I will consider our previous settlement negotiations void, and will go

FORWARD WITH MY CIVIL ACTION.

FIRST AND FOREMOST I HAVE BEEN HAVING SECOND THOUGHTS REGARDING THE AMOUNT OF SETTLEMENT, AND I STRONGLY BELIEVE THAT AFTER THE DATE OF EXPIRATION ON NOV. 28, 2006 ARRIVES I WILL LET THE COURT DECIDE THROUGH THE PROPER CHANNELS WHAT THE SETTLEMENT WILL BE.

I WILL AWAIT YOUR PROMPT RESPONSE TO THIS CORRESPONDENCE AS SOON AS YOUR TIME ALLOWS.

I REMAIN,

VERY TRULY YOURS

DATE: NOV, 13, 06

_[signature]_
LUIS A. CENTENO / PRO SE

ENCLOSURES
KATHLEEN BOYCE
DOCKET CLERK - MLW.

FILE.