# DWYER, DUDDY and FACKLAM
### ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN P. FOX
†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

November 17, 2006

The Honorable Mark Wolf
c/o Dennis O'Leary
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

  Re: **Centeno v. Potter**
    United States District Court
    C.A. No. 04-11381-MLW

Dear Judge Wolf:

  Please accept this letter as the status report requested by the Court concerning the prospects for settlement and/or motions for summary judgment. While I have attempted to gain the Plaintiff's assent to the filing of this status report to the Court, I have not heard from the Plaintiff giving his assent to the filing of this status report.

  The parties have reached a settlement in this matter. On November 13, 2006, the Plaintiff signed a settlement agreement and release. The Defendant shall be executing the settlement agreement within the next few days. I anticipate that I will be electronically filing the stipulation of dismissal on or about Monday, November 20, 2006.

  Therefore, unless the Court desires to see the parties for a conference, I believe that the pre-trial conference set for November 28, 2006, as well as the trial tentatively scheduled to begin on December 18, 2006, may be canceled.

  Please feel free to contact me regarding any concerns or questions concerning the facts set forth in this status update. Thank you for your attention to this matter.

        Very truly yours,

        *Kathleen A. Pennini*
        Kathleen A. Pennini

Cc: Luis A. Centeno
   Nelson Potter, LPD

F:\LPA\Potter0311381MLW\pldgs\11.17.06.status.update.judge.wolf.doc