"A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>     Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>     Defendant. | C.A. No. 04-11381-MLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-captioned matter hereby stipulate, that the claims of the plaintiff are hereby discontinued and dismissed with prejudice pursuant to Rule 41(a)(1) F.R.Civ.P., and waiving all rights of appeal.

Respectfully Submitted,
For the Plaintiff,
LUIS A. CENTENO
Pro Se

_/s/ Luis A. Centeno_

Luis A. Centeno
MCI-Shirley
A1 Harvard Road
P.O. Box 1218
Shirley, MA 01464

Date: 11-13-06

For the Defendant,
NELSON POTTER,
By his attorneys,

_/s/ Kathleen A. Pennini_

Matthew E. Dwyer
BBO #139840
Kathleen A. Pennini
BBO# 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date: 11/22/2006

F:\LPA\Potter0311381MLW\pldgs\stip.dismissal.with.prejudice.doc