Luis A. Centeno / Pro Se
OCCC Minimum Unit-C
IC. Administration, Road
Bridgewater, MA. 02324

FILED
CLERKS OFFICE
2006 DEC -6 P 4: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

November, 21, 2006

The Honorable Mark L. Wolf
c/o Dennis O'Leary
United States District Court
  District of Massachusetts
1. Courthouse Way, Suite 5110
Boston, Massachusetts. 02210

Re: Centeno vs. Potter
    _____
    United States District Court
    C.A. No. 04-11381-MLW.

Dear Judge Wolf;

Please accept this letter as my assent to a status report of case assigned number: 04-11381-MLW, As it is true that I have not made the assent to report the status of the negotiation/settlement agreement between the defendant and I, I must be honest with you your honor, "I am not satisfied with the settlement which I am currently in with the defendant, it's just that I made the mistake of asking for five thousand dollars and since then I feel like I'm being intimidated into this settlement, I have signed the settlement agreement on November, 13, 2006 And Release

(2)

as well, but, I am not satisfied with the amount of the settlement only because is not even enough to fix my mouth with.

I've also signed these documents because the law library here at OCCC Minimum in Bridgewater, MA. does not have adequate law books that would help me defend and prosecute my case, also I fear going to trial without knowing how to present my case due to the lack of the law books or proper research that would need to be done.

I had a whole lot of help from jailhouse law clerks, and now that I don't have it I feel that I cannot defend myself properly, I ask that you allow me to recant on my signed settlement agreement and release and allow me to go to trial in order for me to get a decent offer that will help me fix my mouth and cover the medical dental expenses which will exceed well over five thousand dollars. My original offer was $30,000 thirty thousand dollars and if you'd allow me to go to trial that's my offer to the defendant for the injuries I sustained from him on July, 26, 2001.

In Closing I ask that if I'm allowed to recant on my settlement negotiations I would like

To go to trial with this case and justice served.

If I'm not allowed to recant on my offer then please accept this as my assent for status report of the negotiation of settlement which has been going on between the defendant and myself.

Thank you very much, Your Honor for your time and attention to date of this matter.

I Remain,

Very Truly Yours,

Date: 11-21-06    Luis A. Centeno / Pro Se

cc. Kathleen A. Pennini, Esq.

P.S. If I am allowed to recant my settlement agreement, please allow me to come into court by habing in for the status conference on Nov. 28, 06 and the fore coming dates until trial.

Thank you.