Luis A. Centeno / Pro Se
OCCC Minimum Unit-C
1 C Administration Road
Bridgewater, MA. 02324

December, 17, 2006

Kathleen Boyce
Docket Clerk-MLW
United States District Court
District of Massachusetts.
1 Courthouse Way, Suite 2300
Boston, Massachusetts. 02210



Re: Centeno vs. Potter.
United States District Court
C.A. No.: 2004-11381-MLW

Dear, Ms. Boyce;

Please send me a copy of the docket entry for the above matter if you would be so kind. And I'd like to know if the Judge: Mark L. Wolf is aware or has gotten notice from the Attorney for Officer Nelson Potter regarding the settlement negotiations dated November, 13, 2006.

Please let me know if I will be going to trial this month or if the Judge is going to allow the Defendant to settle out of court.

THANK you So Much Ms. Boyce For All you HAVE DoNe For Me, For it Goes Beyond it Just Being your Job As A Docket clerk in this Case, you've Been A GReAT Help, And MAy God Bless you And your loved ones, I wish you And your FAmily As well As your co-workers A very Merry christmas And A prosperous New year, these Are My Most Sincere wishes, the Same For Judge MARK L. WOLF, He's A GReAT Judge, And An incredible MAN.

Thank you very Much.

I, Remain,

Truly Yours

[signature] Pro Se

CCCC Minimum UNIT-C
1C Administration Road
Bridgewater, MA. 02324

DATE: 12-17-06.