UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis A. Centeno, Pro Se
Plaintiff
Vs.                               C.A. No. 2004-11381-MLW
Officer Nelson Potter
Defendant

## Motion To Compel Pursuant To Rules of Federal Civil Procedures Rule 37(a)(2).

Now comes the above plaintiff, and respectfully moves this most honorable court to grant this Motion To Compel for the following reason(s); the defendant, and the plaintiff engaged in an out of court settlement which both agreed upon after the plaintiff did review the documents titled Settlement Agreement on November, 9th, 2006, this date of November, 9th, 2006 is the date which the defendant through his attorney Kathleen A. Pennini sent his documents for plaintiff to sign, on Nov,

13Th, 2006 THE PLAINTIFF SIGNED THE SETTLEMENT AGREEMENT, AND ALSO UPON CAREFUL REVIEW THE PLAINTIFF SIGNED A STIPULATION OF DISMISSAL, AND A RELEASE WHICH YOU WILL FIND A COPY ATTACHED AS EXHIBIT (A.) AFTER THE PLAINTIFFS SIGNATURE THE PLAINTIFF DID RECIEVE A LETTER FROM DEFENDANTS ATTORNEY INDICATING THAT PLAINTIFF WILL BE SENT A SETTLEMENT CHECK WITHIN (14) OF RECIEPT OF PLAINTIFF'S SIGNED SETTLEMENT AGREEMENT/STIPULATION OF DISMISSAL, AND RELEASE, AND PLAINTIFF HAS NOT RECIEVED THE SETTLEMENT CHECK SINCE THE SIGNING OF THESE DOCUMENTS — MENTIONED ABOVE.

THE PLAINTIFF IS IN NEED OF THE COURTS ASSISTANCE, BY GRANTING THIS MOTION TO COMPEL WILL QUELL THE DEFENDANT TO FOLLOW ALL ORDERS OF THIS COURT IN ORDER TO FULLY HAVE HIS CASE DISMISSED.

THE PLAINTIFF RESPECTFULLY ASKS THAT THIS MOTION BE ALLOWED, AND THAT THE PLAINTIFF BY THE GRANTING OF THIS MOTION BE GIVEN A SETTLEMENT CHECK FROM THE DEFENDANT IN THE SUM OF: FIVE THOUSAND DOLLARS.

RESPECTFULLY.

DATE: 01-13-07

LUIS A. CENTENO PROSE
OCCC MINIMUM UNIT-C
1C ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324

CC. KATHLEEN BOYCE
DOCKET CLERK-MLW
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
OFFICE OF THE CLERK
BOSTON, MASSACHUSETTS.
02210

CC. KATHLEEN A. PENNINI, ESQ.
DWYER, DUDDY AND FACKLAM
ATTORNEYS AT LAW P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS. 02108-1804

# CERTIFICATE OF SERVICE

I, Luis A. Centeno, Pro-Se, Plaintiff in this civil action entitled Centeno vs. Potter, No: # 2004-11381-MLW, hereby certify that I have served pursuant to Rule 5, of the Federal Rules of Civil procedures, one copy of the foregoing motion upon: Kathleen A. Pennini, Esq. Dwyer, Duddy and Facklam Attorneys at Law. P.C. Two Center Plaza, Suite 430 Boston, Massachusetts. 02108-1804, by — depositing the aforementioned documents in the Institutional Mail Depository Box by First Class Mail postage prepaid on this 13th, day of January, 2007.

Date 01-13-2007

Luis A. Centeno Pro-Se
OCCC Minimum Unit-C
1C Administration Road
Bridgewater, MA. 02324