UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO,<br>    Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 04-11381-MLW<br>)<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PURSUANT TO RULES OF FEDERAL CIVIL PROCEDURES RULES 37(a)(2)

Now comes the Defendant, Nelson Potter, and hereby moves this Honorable Court to deny the Plaintiff's Motion to Compel. As grounds for this motion, the Defendant states as follows:

1. The Plaintiff cannot obtain the relief he seeks pursuant to F.R.Civ.P. 37(a)(2) as this motion does not concern discovery matters.

2. Although the Plaintiff signed the Settlement Agreement and Stipulation of Dismissal with Prejudice on or about November 13, 2006, soon thereafter, he petitioned the Court to permit him to be released from both the agreement and the dismissal of his suit.

3. On December 29, 2006, Defendant's counsel received notice from the Court that the Plaintiff's claim had been properly dismissed.

4. On or about January 8, 2007, Defendant's counsel received a Notice of Levy from the Commonwealth of Massachusetts Department of Revenue Child Enforcement Division concerning a child support lien against the Plaintiff. A true copy of the Notice of Levy is attached as Exhibit 1.

5. Pursuant to this Notice of Levy, the settlement funds must be paid directly to the Commonwealth of Massachusetts, and not to the Plaintiff. The Defendant intends to comply with the Notice of Levy.

WHEREFORE, the Defendant, Nelson Potter, hereby moves that the Court deny the Plaintiff's motion to compel pursuant to Rule 37(a)(2).

                                                 Respectfully submitted,
For the Defendant,
**Nelson Potter,**
By his attorney,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
Date: January 18, 2007                                           (617) 723-9777

## CERTIFICATE OF SERVICE

    I, Kathleen A. Pennini, hereby certify that I have served a true and accurate copy of the foregoing document, via first class mail, on January 18, 2007, upon:

Luis A. Centeno
OCCC- Minimum Unit – C
One Administration Road
Bridgewater, MA 02324

                                                                       */s/ Kathleen A. Pennini*
                                                                       Kathleen A. Pennini

F:\LPA\Potter0311381MLW\pldgs\opp.mot.compel.settlement.funds.doc