

# The Commonwealth of Massachusetts
# Department of Revenue
# Child Support Enforcement Division

Alan L. LeBovidge
  Commissioner
Marilyn Ray Smith
  Deputy Commissioner

## NOTICE OF LEVY     No. 110706
(Massachusetts General Laws, Chapter 119A, Section 6 (b) (3) and (4))

| | | | |
|---|---|---|---|
| Name: | DWYER DUDDY AND FACKLAM ATTN KATHYANNE PENNIN | Obligor's Name: | LUIS A CENTENO (W84630) |
| Address: | 2 CENTER PLAZA STE 430 | Obligor's Address: | ONE ADMINISTRATION ROAD |
| City/State/Zip: | BOSTON, MA 02108 | Obligor's City/State/Zip: | BRIDGEWATER, MA 02324 |
| | | Social Security Number: | 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 |
| | | **Total Amount Due:** | **$16,313.63** |

The obligor named above owes a child support debt in the amount mentioned above which accrued pursuant to an order of the ESSEX Court. Pursuant to M.G.L Chapter 119A, Section 6 (b) (1) this debt is now a lien by operation of law in favor of the custodial parent or the Commonwealth of Massachusetts on any real or personal property belonging to the obligor. Notice and demand have been made on the obligor for the total amount of the debt. The obligor has failed to pay and the debt is past-due.

This is to notify you that all property or rights to property, funds and credits belonging to the obligor, or for which you are obligated to the obligor, which are in your possession, are hereby levied for payment of past-due child support, including any statutory additions.

**Demand is hereby made for the immediate payment of the amount set forth above, or such lesser amount, from the obligor's property, or from funds which you owe or may owe in the future to the obligor, in your possession.**

A person or entity that fails or refuses to surrender property subject to levy shall be liable to the Commonwealth in a sum equal to the value of the property not so surrendered but not exceeding the amount of the lien, together with costs and interest at the rate established by section thirty-two of chapter sixty-two C from the date of the levy. G.L..c.119A, sec.6(b)(7).

This levy shall remain in effect until the obligor's child support arrears are paid in full or upon release of the levy by the Child Support Enforcement Division of the Department of Revenue. In any event the levy will expire no later than six years from the date of issuance, unless extended by issuance of a further Notice of Levy. G.L. Chapter 119A, Section 6 (b) (5).

| Robert J. Crist, II<br>Deputy Director<br>of Field Operations<br>Name and Title of Authorized DOR/CSE Staff | Signature: *Robert J. Crist, II* | Date: 1/8/2007 |
|---|---|---|

---

*(Cut on dotted line. Complete, attach payment and mail this portion to address below)*

## PAYMENT OF LEVY

**Please complete and remit this portion of the form with any payments resulting from this levy.** Make all payments to the Commonwealth of Massachusetts and send *attention: Matthew Slade* to:

DOR/CSE ICE
P.O. Box 9492
Boston, MA 02205-9492

| Obligor's Name: | AP SS#: | Levy Number: | Amount of Check: |
|---|---|---|---|
| | - - | | |