UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 APR -5 A 11: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

LUIS A. CENTENO,  )
    Plaintiff,  )
  )
v.  )  Civil Action NO. 04-11381-MLW
  )
NELSON POTTER,  )
    Defendant.  )


### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Now comes the plaintiff, Luis A. Centeno, ("Centeno"), and respectfully moves this Honorable Court to Enforce the Settlement Agreement between the parties.

For the grounds set forth in the attached memorandum.

Respectfully Submitted,
By the pro se plaintiff,

April 2, 2007

Luis A. Centeno
OCCC Minimum
1 Administration Rd.
Bridgewater, MA

Case 1:04-cv-11381-MLW   Document 121   Filed 04/05/2007   Page 2 of 3

1. There has suddenly been a Department of Revenue Child Support Division Levy placed on the plaintiff's inmate account. Exhibit B.

2. The Settlement Agreement entered into and memorialized by the parties had a distinct clause of non-disclosure and confidentiality embedded in it, at No."3", Exhibit C.

3. It now appears that the defendants counsel acted in bad faith by notifying the Department of Revenue ("DOR"), and seeking a lien on the proceeds of the settlement. This bad faith gesture voided the agreement.

4. It was not defendant's counsel's perogative or duty to investigate the plaintiff's liens and notify the DOR of the monetary settlement between the parties.

5. The suddenness and timliness of the DOR Levy (Exhibit D. certainly violates the settlement agreement reached between the parties.

B.           POSTJUDGMENT INTEREST SHOULD BE CALCULATED INTO THE JUDGMENT

The purposeful delay the defendant has exhibited in giving the plaintiff the agreed upon monies requires interest on the judgment. Puruant to 28 U.S.C § 1961(a); interest shall be allowed on any judgment in a civil case recovered in a district court. Marshall v. Perez-Arzuga, 866 F.2d 521, 522 (1st cir. 1989).

THEREFOR, for all the above reasons and in the interest of justice the settlement agrrement should be enforced as it was memorialized by the parties. With the postjudgment interest calculated at a rate established by this Honorable Court. Or in the alternative this matter re-opened for the defendants deliberate violation of the settlement agreement.

April 2, 2007

Respectfully Submitted,
By the plaintiff,

Luis A, Centeno
OCCC Minimum
1 Administration Rd.
Bridgewater, MA

CERTIFICATE OF SERVICE

I, Luis A. Centeno, hereby declare that he sent a copy of this motion to the defendant's attorney, Kathleen A. Pennini, Two Center Plaza, Suite 430, Boston, MA 02108, postage prepaid.

Luis A. Centeno

3