UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 APR -5 A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LUIS A. CENTENO,<br>    Plaintiff,<br><br>v.<br><br>NELSON POTTER,<br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 04-11381-MLW<br>)<br>)<br>) |

PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION TO ENFORCE

For the reasons set forth below this Honorable Court should enforce the settlement agreement accordingly:

PROCEDURAL BACKGROUND

1. This action was initiated in 2004, alleging the defendant violated the plaintiff's civil rights.

2. On August 9, 2006, the plaintiff proposed a settlement offer through a letter. Exhibit A.

3. On or about November 13, 2006, defendants counsel agreed to settle this mattter for five thousand dollars,($5,000).

I.                                 AGRUMENT

A.                 THE COURT SHOULD ENFORCE THE
                   SETTLEMENT AGREEMENT

The parties in this matter reached a equitable settlement on November 13, 2006. As of April 2, 2007, the plaintiff has not received the funds that was promised to him in fourteen (14) days.

There has also been recent developments to this matter that require this Court to reopen this matter.

1

4. This settlement represents a compromise of disputed claims and nothing herein shall be construed as an admission of liability on the part the Defendant with respect to any of the Plaintiff's claims. This settlement is made for the sole purpose of saving the costs and resources associated with discovery and the litigation of this matter. This Settlement Agreement shall not be admissible in evidence except as may be necessary to secure enforcement of its terms.

_____      11-13-2006
Luis A. Centeno, Plaintiff           Date


_____      _____
Nelson Potter, Defendant           Date

F:\LPA\Potter0311381MLW\misc\settlement.agreement.draft.doc