EXHIBIT A

## SETTLEMENT AGREEMENT

Agreement made this 13th day of November 2006 by and between Luis A. Centeno (hereinafter, "the Plaintiff") and Nelson Potter (hereinafter, "the Defendant").

Whereas, the Plaintiff commenced litigation against the Defendant in the United States District Court for the District of Massachusetts in <u>Centeno v. Potter,</u> Civil Action No. 04-CV-11381-MLW; and

Whereas, the parties are desirous of achieving an amicable resolution of their differences and bringing finality to this controversy, therefore, the Plaintiff and the Defendant do hereby agree as follows:

1. In full and final settlement of all claims brought, or that could have been brought, by the Plaintiff in the above-entitled action the Defendant agrees to pay to the Plaintiff five thousand ($ 5,000.00) dollars:

2. The Plaintiff shall execute and forward to the Defendant's counsel, Kathleen A. Pennini, the Stipulation of Dismissal annexed hereto and marked "A" and the Release annexed hereto and marked "B". Attorney Pennini shall electronically file the fully executed Stipulation of Dismissal with the United States District Court for the District of Massachusetts.

3. The Plaintiff acknowledges and agrees that the terms of this settlement shall remain confidential and are not subject to disclosure except in accordance with the terms of paragraph four (4). The parties further agree that they shall make no public statement concerning this matter except to state that this matter has been amicably resolved.



Alan L. LeBovidt
  Commissioner
Marilyn Ray Smith
  Deputy Commissioner

EXHIBIT B

# The Commonwealth of Massachusetts
# Department of Revenue
# Child Support Enforcement Division

## NOTICE OF LEVY          No. 110706

(Massachusetts General Laws, Chapter 119A, Section 6 (b) (3) and (4))

| | | | |
|---|---|---|---|
| Name: | DWYER DUDDY AND FACKLAM ATTN KATHYANNE PENNIN | Obligor's Name: | LUIS A CENTENO (W84630) |
| Address: | 2 CENTER PLAZA STE 430 | Obligor's Address: | ONE ADMINISTRATION ROAD |
| City/State/Zip: | BOSTON, MA 02108 | Obligor's City/State/Zip: | BRIDGEWATER, MA 02324 |
| | | Social Security Number: | 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 |
| | | **Total Amount Due:** | **$16,313.63** |

The obligor named above owes a child support debt in the amount mentioned above which accrued pursuant to an order of the ESSEX Court. Pursuant to M.G.L Chapter 119A, Section 6 (b) (1) this debt is now a lien by operation of law in favor of the custodial parent or the Commonwealth of Massachusetts on any real or personal property belonging to the obligor. Notice and demand have been made on the obligor for the total amount of the debt. The obligor has failed to pay and the debt is past-due.

This is to notify you that all property or rights to property, funds and credits belonging to the obligor, or for which you are obligated to the obligor, which are in your possession, are hereby levied for payment of past-due child support, including any statutory additions.

Demand is hereby made for the immediate payment of the amount set forth above, or such lesser amount, from the obligor's property, or from funds which you owe or may owe in the future to the obligor, in your possession.

A person or entity that fails or refuses to surrender property subject to levy shall be liable to the Commonwealth in a sum equal to the value of the property not so surrendered but not exceeding the amount of the lien, together with costs and interest at the rate established by section thirty-two of chapter sixty-two C from the date of the levy. G.L..c.119A, sec.6(b)(7).

This levy shall remain in effect until the obligor's child support arrears are paid in full or upon release of the levy by the Child Support Enforcement Division of the Department of Revenue. In any event the levy will expire no later than six years from the date of issuance, unless extended by issuance of a further Notice of Levy. G.L. Chapter 119A, Section 6 (b) (5).

| Robert J. Crist, II Deputy Director of Field Operations Name and Title of Authorized DOR/CSE Staff | Signature: *Robert J. Crist, II* | Date: 1/8/2007 |
|---|---|---|

---

*(Cut on dotted line. Complete, attach payment and mail this portion to address below)*

### PAYMENT OF LEVY

Please complete and remit this portion of the form with any payments resulting from this levy. Make all payments to the Commonwealth of Massachusetts and send *attention: Matthew Slade* to:

DOR/CSE ICE
P.O. Box 9492
Boston, MA 02205-9492

| Obligor's Name: | AP SS#: | Levy Number: | Amount of Check: |
|---|---|---|---|
| | - - | | |

# DWYER, DUDDY and FACKLAM
### ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

EXHIBIT C

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN P. FOX

†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

January 4, 2007

Luis A. Centeno
OCCC – Minimum Unit -- C
1 Administration Road
Bridgewater, MA 02324

    Re:    **Centeno v. Potter**
              United States District Court
              C.A. No. 04-11381-MLW

Dear Mr. Centeno:

       I am in receipt of your letter, dated December 29, 2006, in which you indicate that you have not yet received the settlement check in this matter. Although I was originally informed that the settlement check would be available within fourteen (14) days from the receipt of the signed settlement agreement, circumstances beyond the control of myself or the Defendant have made it impossible for me to send you the settlement check within the time period originally anticipated. However, that issue appears to have been resolved and I anticipate that I should be receiving the settlement check within the next several days. In addition, as you filed a letter with the Court in which you stated that you would like to "get out" of the settlement, we were not sure how to proceed with the settlement until the Court's recent ruling that the agreement was final. Now that the issue concerning the finality of the settlement has been resolved, we can continue to process your settlement check.

       I apologize for any inconvenience that this may have caused. The Defendant intends to comply with the terms of the settlement agreement as soon as possible so that this matter may be fully resolved. Thank you for your attention to this matter.

       Thank you for your attention to this matter.

                                      Very truly yours,

                                      Kathleen A. Pennini

cc:    Nelson Potter, LPD
F:\LPA\Potter0311381MLW\ltrs\01.04.07.centeno.check.delay.doc

**EXHIBIT D**

"A"

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CENTENO, <br>     Plaintiff, <br><br> v. <br><br> NELSON POTTER, <br>     Defendant. | C.A. No. 04-11381-MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-captioned matter hereby stipulate, that the claims of the plaintiff are hereby discontinued and dismissed with prejudice pursuant to Rule 41(a)(1) F.R.Civ.P., and waiving all rights of appeal.

Respectfully Submitted,
For the Plaintiff,
**LUIS A. CENTENO**
Pro Se,

Luis A. Centeno
MCI-Shirley
A1 Harvard Road
P.O. Box 1218
Shirley, MA 01464

Date: 11-13-06

For the Defendant,
**NELSON POTTER,**
By his attorneys,

Matthew E. Dwyer
BBO #139840
Kathleen A. Pennini
BBO# 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date: _____

F:\LPA\Potter0311381MLW\pldgs\stip.dismissal.with.prejudice.doc