UNITED STATES DISTRICT COURT
JOHN JOSEPH MOAKLEY COURTHOUSE
1. MOAKLEY COURTHOUSE WAY.
SUITE 2300
BOSTON, MASSACHUSETTS. 02210

FILED
IN CLERKS OFFICE
2007 APR 10 P 1: 33

US DISTRICT COURT
DISTRICT OF MASS.

Luis A. Centeno/Pro Se )
   Vs.   Plaintiff )
)
Nelson Potter )
        Defendant )

C.A. No:2004-11381-MLW

Dear Kathleen Boyse

    I am writing you to let you know that after I wrote a motion to your office on the 3rd of April, 2007 I moved from the facility where I was in and I am changing my address so that if any response from the Honorable Judge Mark L. Wolf or any other Justice may be forwarded to my new address which is as follows:

        Luis A. Centeno#W-84630
        430 Canterbury Street
        Roslindale, Massachusetts.
            02131

Thank you very much for your time and attention to this very sensitive matter, your anticipated response will be greatly appreciated.

    I remain truly yours.

                              Respecfully Submitted By:
                              Luis A. Centeno/Pro Se
                              430 Canterbury Street
                              roslindale, Mass.
                                  02131

CC.KB/Docket Clerk
File