04-21-2007

Luis A. Centeno PRO Se

Centeno
vs.          C.A. No: 04-11381-MLW
Potter

DEAR Kathleen Boyce,

I AM WRITING you to Change My Address, I Recently Sent in A Motion To enForce Settlement And Please NOTE THAT I AM NOW A COMMORANT of:

Luis A. Centeno #W-84630
MCI Concord
P.O. Box. 9106
Concord, MA. 01742

Please Direct All Documents Regarding The Above Case Name And Docket to the New Address. Thank you.

TRuly Yours.

DATE: 04-21-07   [signature]